ORIGINAL

**FILED**
07 OCT 26 PM 12:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (STATE BAR NO. 82482)
2  EDWARD E. HARTLEY (SBN 122892)
   BARBARA L. HARRIS CHIANG (SBN206892)
3  225 Bush Street, 6th Floor
   San Francisco, California 94104
4  Telephone:   (415) 397-2700
   Facsimile:   (415) 397-3300
5  Email: wfm@dillinghammurphy.com

6  KENNY NACHWALTER, PA
   SCOTT E. PERWIN (FL SBN 710083 - *Pro Hac Vice Pending*)
7  1100 Miami Center
   201 South Biscayne Blvd.
8  Miami, Florida 33131-4327
   Telephone:   (305) 373-1000
9  Facsimile:   (305) 372-1861
   Email: sperwin@kennynachwalter.com
10
       Attorneys for PLAINTIFFS
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

**EMC**

**C 07 5470**

14 | SAFEWAY INC.; WALGREEN CO.; THE     | Case No.:
   | KROGER CO.; NEW ALBERTSONS, INC.;    |
15 | and AMERICAN SALES COMPANY,          | **PLAINTIFFS' CERTIFICATION OF**
   |                                      | **INTERESTED ENTITIES OR**
16 |              Plaintiffs,             | **PERSONS PURSUANT TO LOCAL**
   |        v.                            | **RULE 3-16**
17 |                                      |
   | ABBOTT LABORATORIES,                 |
18 |                                      |
   |              Defendant.              | *Filed Concurrently with Complaint*
19

20

21      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

22 associations of persons, firms, partnerships, corporations (including parent corporations) or

23 other entities (i) have a financial interest in the subject matter in controversy or in a party to the

24 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

25 proceeding:

26      1.      Supervalu Inc., a Delaware corporation. New Albertson's, Inc. is a wholly

27              owned subsidiary of Supervalu Inc.

28



Page 1 –Case No.
PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2. Koninklijke Ahold N.V., a public limited liability company headquartered in the Netherlands. American Sales Company, Inc. is an indirect wholly-owned subsidiary of Koninklijke Ahold N.V.

Dated: October 26, 2007

DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY
EDWARD E. HARTLEY
BARBARA L. HARRIS CHIANG

KENNY NACHWALTER, PA
SCOTT E. PERWIN

By: *Barbara L. Harris Chiang*
Attorneys for PLAINTIFFS