DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (STATE BAR NO. 82482)
EDWARD E. HARTLEY (SBN 122892)
BARBARA L. HARRIS CHIANG (SBN206892)
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone:     (415) 397-2700
Facsimile:      (415) 397-3300
Email: wfm@dillinghammurphy.com

KENNY NACHWALTER, PA
SCOTT E. PERWIN (FL SBN 710083 - *Pro Hac Vice Pending*)
1100 Miami Center
201 South Biscayne Blvd.
Miami, Florida 33131-4327
Telephone:     (305) 373-1000
Facsimile:      (305) 372-1861
Email: sperwin@kennynachwalter.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; and AMERICAN SALES COMPANY,<br><br>Plaintiffs,<br>v.<br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No.: C 07-05470 EMC<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF SCOTT E. PERWIN, ESQ. TO APPEAR PRO HAC VICE AND DECLARATION IN SUPPORT OF APPLICATION**<br><br>L.R. 11-3 |

The Court, having reviewed the Application of Scott E. Perwin, Esq. to appear pro hac vice pursuant to Rule 11-3 of the Local Rules of Practice for the United States District Court for the Northern District of California, and the Declaration in Support of that Application, and good cause appearing, hereby approves the appearance of Scott E. Perwin, Esq., pro hac vice in this action.

IT IS SO ORDERED.

Dated: _____          _____
                                                                   UNITED STATES DISTRICT JUDGE

Page 1 –Case No. C 07-05470 EMC
[PROPOSED] ORDER GRANTING APPLICATION OF SCOTT E. PERWIN, ESQ. TO APPEAR PRO HAC VICE AND DECLARATION IN SUPPORT OF APPLICATION