ORIGINAL

FILED
07 OCT 26 PM 12:07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (SBN 82482)
EDWARD E. HARTLEY (SBN 122892)
BARBARA L. HARRIS CHIANG (SBN206892)
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone:     (415) 397-2700
Facsimile:     (415) 397-3300
Email: wfm@dillinghammurphy.com

KENNY NACHWALTER, PA
SCOTT E. PERWIN (FL SBN 710083 - *Pro Hac Vice Pending*)
1100 Miami Center
201 South Biscayne Blvd.
Miami, Florida 33131-4327
Telephone:     (305) 373-1000
Facsimile:     (305) 372-1861
Email: sperwin@kennynachwalter.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; and AMERICAN SALES COMPANY,<br><br>Plaintiffs,<br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No.: C 07-5470 EMC<br><br>**APPLICATION OF SCOTT E. PERWIN, ESQ. TO APPEAR PRO HAC VICE AND DECLARATION IN SUPPORT OF APPLICATION** |

I, Scott E. Perwin, declare:

1.    I am a lawyer and active member in good standing of The Florida Bar (State Bar No. 710083). A copy of my resume, which includes my educational and professional background, is attached to this Declaration. I represent to the Court that the resume is true and accurate.

2.    I have received and reviewed the Standards of Professional Conduct set forth in Civil Local Rule 11-4 as found in the Local Rules of Practice of the United States District Court for the Northern District of California, and agree to abide by those standards.

Page - 1 – APPL. OF SCOTT E. PERWIN ESQ. TO APPEAR PRO HAC VICE; Case No. C-07-____

3. I act as counsel for plaintiffs Safeway Inc., Walgreen Co., The Kroger Co., New Albertson's, Inc. and American Sales Company, Inc. I will be working on this case as co-counsel with William F. Murphy of the San Francisco law firm of Dillingham & Murphy, 225 Bush Street, 6th Floor, San Francisco, California 94104. I am informed by Mr. Murphy, and on that basis represent to the Court, that he is a member of the Bar of this Court and the State of California in good standing.

4. I do not reside in the State of California, nor am I regularly engaged in the practice of law in the State of California.

5. For the foregoing reasons, I respectfully request that this Application to permit me to appear along with Mr. Murphy in pro hac vice, be approved by the Court.

I declare under penalty of perjury under the laws of the State of Florida and of the United States of America that the foregoing is true and correct.

Dated this 25th day of October, at Miami, Florida.



SCOTT E. PERWIN

# Exhibit A

# SCOTT E. PERWIN

Business address:
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305) 373-1000
Fax: (305) 372-1861
sperwin@kennynachwalter.com

Residence address:
800 N.E. 95 Street
Miami Shores, Florida 33138
(305) 757-4082

---

LEGAL EMPLOYMENT

1987-present
Shareholder (1994-present)
Associate (1987-1993)
Kenny Nachwalter P.A.

Attorney in 25-lawyer litigation firm, specializing in antitrust litigation.

1996-1998
Adjunct Professor, Antitrust law, University of Miami School of Law.

EDUCATION

1987
Stanford Law School
J.D., with distinction
Order of the Coif

1981
Princeton University, Department of Philosophy
M.A.

1977
Harvard University
B.A. *magna cum laude*
Philosophy and Mathematics

HONORS
Listed in:

*Chambers USA: America's Leading Lawyers for Business*
2003- present

*The Best Lawyers in America*
2007

Scott E. Perwin
Page 2

PUBLICATIONS

March 1997 — *Standing of Indirect Purchasers Under the Florida Deceptive and Unfair Trade Practices Act*, 71 FLORIDA BAR JOURNAL 81 (with William J. Blechman)

Fall 1989 — *Use of Depositions in Federal Trials: Evidence or Procedure?* 16 LITIGATION 37

MEMBERSHIPS — American Bar Association (Sections of Antitrust Law, Litigation); Florida Bar, Business Law Section (Antitrust, Franchise and Trade Regulation Committee); Dade County Bar Association; Academy of Florida Trial Lawyers.