Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email:  nnorris@winston.com

Attorney for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; and AMERICAN SALES COMPANY, INC., <br><br>Plaintiffs, <br><br>v. <br><br>ABBOTT LABORATORIES, <br><br>Defendants. | **Case No. C-07-5470 (CW)** <br><br>*Related per October 31, 2007 Order to* **Case No. C-04-1511 (CW)** <br><br>**JOINT STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND** <br><br>Date Complaint Filed:  October 26, 2007 |

1

WHEREAS on October 26, 2007 Plaintiffs SAFEWAY INC., WALGREEN CO., THE KROGER CO., NEW ALBERTSON'S, INC. and AMERICAN SALES COMPANY, INC. ("Safeway Plaintiffs") filed their complaint against Defendant ABBOTT LABORATORIES ("Defendant");

WHEREAS on October 31, 2007 Safeway Plaintiff served Defendant with its Complaint and the case was related to existing Case No. C-04-01511 CW *Doe 1 et al. v. Abbott Laboratories* and reassigned to the Honorable Claudia Wilken;

WHEREAS this Joint Stipulation is in relation only to Defendant's time to answer or otherwise respond to Safeway Plaintiff's October 26, 2007 complaint;

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the Safeway Plaintiffs and Defendant, and pursuant to Local Rule 6-1 that the time for Defendant to answer, or otherwise respond to, Safeway Plaintiff's complaint is extended by three weeks, effectively twenty-one (21) days, from the original date being November 20. Accordingly, Defendants answer or other response to Safeway Plaintiff's complaint is now due on December 11, 2007. Nothing herein shall change or otherwise effect any dates currently set per the Court's scheduling order with regard to initial disclosures, the Rule 26(f) conference or other matters.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: ___November 7, 2007___       By: ___/s/ William F. Murphy_____
                                                                  William F. Murphy
                                                                  Barbara L Chiang
                                                                  DILLINGHAM & MURPHY, LLP
                                                                  Counsel for Plaintiffs

Dated: ___November 7, 2007___       By: ___/s/ Nicole M. Norris_____
                                                                  Nicole M. Norris
                                                                  WINSTON & STRAWN LLP
                                                                  Counsel for Defendant

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**GENERAL ORDER 45 ATTESTATION**

I, Nicole M. Norris, am the ECF User whose ID and password was used to file this Joint Stipulation to Extend Time to Answer or Otherwise Respond. In compliance with General Order 45, X.B., I hereby attest that William F. Murphy, counsel for the Safeway Plaintiffs, concurred in this filing.

Dated:  ___November 7, 2007___         By:  _/s/ Nicole M. Norris_____
                                            Nicole M. Norris
                                            WINSTON & STRAWN LLP
                                            Counsel for Defendant