**FILED**

NOV - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAFEWAY INC., et al.,

    Plaintiffs,

    v.

ABBOTT LABORATORIES,

    Defendant.
_____/

No. C 07-5470 CW

ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND MODIFYING CORRESPONDING DEADLINES

    On October 31, 2007, the Court signed an order relating this case to <u>In re Abbott Laboratories Norvir Antitrust Litigation</u>, Case No. 04-1511. The Court now reschedules the initial case management conference from January 30, 2008 to December 11, 2007 at 2:00 p.m. The parties shall meet and confer regarding their initial disclosures, early settlement, ADR process selection and a discovery plan by November 27, 2007. The discovery plan shall take into account the possible consolidation of this case with Case No. 04-1511. The parties' Rule 26(f) report and case management statement shall be filed with the Court no later than December 4, 2007. The additional deadlines contained in the original Order Setting Initial Case Management Conference and ADR Deadlines are modified accordingly, based on the new initial case management

conference date of December 11, 2007 and the other dates set forth in this Order.

IT IS SO ORDERED.

Dated: NOV - 9 2007

CLAUDIA WILKEN
United States District Judge