```
1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (STATE BAR NO. 82482)
2  EDWARD E. HARTLEY (SBN 122892)
   BARBARA L. HARRIS CHIANG (SBN206892)
3  225 Bush Street, 6th Floor
   San Francisco, California 94104
4  Telephone:   (415) 397-2700
   Facsimile:   (415) 397-3300
5  Email: wfm@dillinghammurphy.com

6  KENNY NACHWALTER, PA
   SCOTT E. PERWIN (FL SBN 710083 - Pro Hac Vice Pending)
7  1100 Miami Center
   201 South Biscayne Blvd.
8  Miami, Florida 33131-4327
   Telephone:   (305) 373-1000
9  Facsimile:   (305) 372-1861
   Email: sperwin@kennynachwalter.com
10
       Attorneys for PLAINTIFFS
11
```

**FILED**
NOV 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

~~CHAMBERS COPY~~

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; and AMERICAN SALES COMPANY,<br><br>Plaintiffs,<br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No.: C 07-05470 CW<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION OF SCOTT E. PERWIN, ESQ. TO APPEAR PRO HAC VICE AND DECLARATION IN SUPPORT OF APPLICATION<br><br>L.R. 11-3 |

The Court, having reviewed the Application of Scott E. Perwin, Esq. to appear pro hac vice pursuant to Rule 11-3 of the Local Rules of Practice for the United States District Court for the Northern District of California, and the Declaration in Support of that Application, and good cause appearing, hereby approves the appearance of Scott E. Perwin, Esq., pro hac vice in this action.

IT IS SO ORDERED.

Dated: NOV 1 4 2007

_____
UNITED STATES DISTRICT JUDGE

Page 1 – Case No. C 07-05470 CW
[PROPOSED] ORDER GRANTING APPLICATION OF SCOTT E. PERWIN, ESQ. TO APPEAR PRO HAC VICE AND DECLARATION IN SUPPORT OF APPLICATION