1  Nicole M. Norris (SBN 222785)
   WINSTON & STRAWN LLP
2  101 California Street
   San Francisco, CA 94111-5894
3  Telephone:  415-591-1000
   Facsimile:  415-591-1400
4  Email: nnorris@winston.com

5  Attorney for Defendant
   ABBOTT LABORATORIES

FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; and AMERICAN SALES COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendants. | Case No. C-07-5470 (CW) <br><br> *Related per October 31, 2007 Order to* Case No. C-04-1511 (CW) <br><br> **JOINT STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND** <br><br> Date Complaint Filed: October 26, 2007 |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

SF:187907.1

1

Joint Stipulation to Extend Time to Answer or Otherwise Respond
Case No. C-07-5470 (CW)

WHEREAS on October 26, 2007 Plaintiffs SAFEWAY INC., WALGREEN CO., THE KROGER CO., NEW ALBERTSON'S, INC. and AMERICAN SALES COMPANY, INC. ("Safeway Plaintiffs") filed their complaint against Defendant ABBOTT LABORATORIES ("Defendant");

WHEREAS on October 31, 2007 Safeway Plaintiff served Defendant with its Complaint and the case was related to existing Case No. C-04-01511 CW *Doe 1 et al. v. Abbott Laboratories* and reassigned to the Honorable Claudia Wilken;

WHEREAS this Joint Stipulation is in relation only to Defendant's time to answer or otherwise respond to Safeway Plaintiff's October 26, 2007 complaint;

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the Safeway Plaintiffs and Defendant, and pursuant to Local Rule 6-1 that the time for Defendant to answer, or otherwise respond to, Safeway Plaintiffs' complaint is extended by three weeks, effectively twenty-one (21) days, from the original date being November 20. Accordingly, Defendants answer or other response to Safeway Plaintiff's complaint is now due on December 11, 2007. Nothing herein shall change or otherwise effect any dates currently set per the Court's scheduling order with regard to initial disclosures, the Rule 26(f) conference or other matters.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:   November 7, 2007        By:   /s/ William F. Murphy
                                       William F. Murphy
                                       Barbara L Chiang
                                       DILLINGHAM & MURPHY, LLP
                                       Counsel for Plaintiffs

Dated:   November 7, 2007        By:   /s/ Nicole M. Norris
                                       Nicole M. Norris
                                       WINSTON & STRAWN LLP
                                       Counsel for Defendant

NOV 1 4 2007   IT IS SO ORDERED:

                                       [signature]
                                       UNITED STATES DISTRICT JUDGE

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

2
Joint Stipulation to Extend Time to Answer or Otherwise Respond
Case No. C-07-5470 (CW)