Nicole M. Norris (SBN 222785)
Samuel S. Park (*Pro Hac Vice Admission Pending*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

Attorney for Defendant
ABBOTT LABORATORIES

FILED
2007 NOV 19  AM 11: 57

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; and AMERICAN SALES COMPANY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendants. | Case No. C-07-5470 (CW)<br><br>*Related per October 31, 2007 Order to*<br>**Case No. C-04-1511 (CW)**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Date Complaint Filed: October 26, 2007 |

Pursuant to Civil L.R. 11-3, Samuel S. Park, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ABBOTT LABORATORIES in the above-entitled action.

In support of this application, I certify on oath that:

1.   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court;

3.   I am already admitted *pro hac vice* for the related case In re Abbott Laboratories,

1

APPLICATION FOR ADMISSION PRO HAC VICE
Case No. C-07-5470 (CW)

1  Case No. C-04-1511 (CW) and have already been issued an electronic case filing login and
2  password; and,
3      4.    An attorney who is a member of the bar of this Court in good standing who maintains
4  an office within the State of California has been designated as co-counsel in the above-entitled
5  action. The name, address and telephone number of that attorney is:

    Nicole M. Norris (SBN 222785)
    WINSTON & STRAWN LLP
    101 California Street,
    San Francisco, California  94111-5894
    Telephone:   415.591.1000
    Facsimile:   415.591.1400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 19, 2007            *Nicole Norris* for

                                            SAMUEL S. PARK