Nicole M. Norris (SBN 222785)
David J. Doyle (*Pro Hac Vice Admission Pending*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:  415-591-1400
Email:  nnorris@winston.com

Attorney for Defendant
ABBOTT LABORATORIES

FILED
2007 NOV 19 AM 11:56

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; and AMERICAN SALES COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendants. | Case No. C-07-5470 (CW) <br><br> *Related per October 31, 2007 Order to* <br> **Case No. C-04-1511 (CW)** <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br><br> Date Complaint Filed:  October 26, 2007 |

Pursuant to Civil L.R. 11-3, David J. Doyle, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ABBOTT LABORATORIES in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court;

3.  I am already admitted *pro hac vice* for the related case In re Abbott Laboratories,

1  Case No. C-04-1511 (CW) and have already been issued an electronic case filing login and
2  password; and,

3      4.    An attorney who is a member of the bar of this Court in good standing who maintains
4  an office within the State of California has been designated as co-counsel in the above-entitled
5  action. The name, address and telephone number of that attorney is:

> Nicole M. Norris  (SBN 222785)
> WINSTON & STRAWN LLP
> 101 California Street,
> San Francisco, California  94111-5894
> Telephone:  415.591.1000
> Facsimile:   415.591.1400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 19, 2007

*(signed) Nicole M. Norris for*

DAVID J. DOYLE