1 | Nicole M. Norris (SBN 222785)
2 | James F. Hurst (*Pro Hac Vice Admission Pending*)
  | WINSTON & STRAWN LLP
  | 101 California Street
3 | San Francisco, CA 94111-5894
  | Telephone: 415-591-1000
4 | Facsimile: 415-591-1400
  | Email: nnorris@winston.com
5 |
  | Attorney for Defendant
6 | ABBOTT LABORATORIES

FILED
2007 NOV 19 AM 11:59

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; and AMERICAN SALES COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendants. | Case No. C-07-5470 (CW) <br><br> *Related per October 31, 2007 Order to* Case No. C-04-1511 (CW) <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br><br> Date Complaint Filed: October 26, 2007 |

Pursuant to Civil L.R. 11-3, James F. Hurst, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ABBOTT LABORATORIES in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court;

3. I am already admitted *pro hac vice* for the related case In re Abbott Laboratories,

1
APPLICATION FOR ADMISSION PRO HAC VICE
Case No. C-07-5470 (CW)

1 | Case No. C-04-1511 (CW) and have already been issued an electronic case filing login and
2 | password; and,

3 |     4.    An attorney who is a member of the bar of this Court in good standing who maintains
4 | an office within the State of California has been designated as co-counsel in the above-entitled
5 | action. The name, address and telephone number of that attorney is:

> Nicole M. Norris (SBN 222785)
> WINSTON & STRAWN LLP
> 101 California Street,
> San Francisco, California 94111-5894
> Telephone:    415.591.1000
> Facsimile:     415.591.1400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2007

_____
JAMES F. HURST