ORIGINAL

1
DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (STATE BAR NO. 82482)

2
EDWARD E. HARTLEY (SBN 122892)
BARBARA L. HARRIS CHIANG (SBN206892)

3
225 Bush Street, 6th Floor
San Francisco, California 94104

4
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300
Email: wfm@dillinghammurphy.com

6
KENNY NACHWALTER, PA
SCOTT E. PERWIN (FL SBN 710083 - *Pro Hac Vice Pending*)

7
1100 Miami Center
201 South Biscayne Blvd.

8
Miami, Florida 33131-4327
Telephone:    (305) 373-1000

9
Facsimile:    (305) 372-1861
Email: sperwin@kennynachwalter.com

10

11
LAUREN C. RAVKIND (TX SBN 16586950–*Pro Hac Vice Pending*)
One Congress Plaza

12
111 Congress Avenue, Suite 1060
Austin, TX 78701

13
Telephone: 512-480-8023
Facsimile: 512-480-8037

14
Email: lravkind@kennynachwalter.com

15
        Attorneys for PLAINTIFFS

16
                    UNITED STATES DISTRICT COURT

17
                NORTHERN DISTRICT OF CALIFORNIA

18
SAFEWAY INC.; WALGREEN CO.; THE
KROGER CO.; NEW ALBERTSON'S, INC.;

19
and AMERICAN SALES COMPANY,

20
                    Plaintiffs,

21
            v.

22
ABBOTT LABORATORIES,

23
                    Defendant.

Case No.: C 07-05470 CW

**APPLICATION OF LAUREEN C.
RAVKIND, ESQ. TO APPEAR PRO
HAC VICE AND DECLARATION IN
SUPPORT OF APPLICATION**

24
        I, LAUREN RAVKIND, declare:

25
        1.    I am a lawyer and active member in good standing of the Florida Bar (Sate Bar

26
No. 955868) and the Texas Bar (State Bar No. 16586950).  A copy of my resume, which

27
includes my educational and professional background, is attached to this Declaration.  I

28
represent to the Court that the resume is true and accurate.

2.    I have received and reviewed the Standards of Professional Conduct set forth in Civil Local Rule 11-4 as found in the Local Rules of Practice of the United States District Court for the Northern District of California, and agree to abide by those standards.

3.    I act as counsel for plaintiffs Safeway Inc., Walgreen Co., The Kroger Co., New Albertson's, Inc. and American Sales Company, Inc. I will be working on this case as co-counsel with William F. Murphy of the San Francisco law firm of Dillingham & Murphy, 225 Bush Street, 6th Floor, San Francisco, California 94104. I am informed by Mr. Murphy, and on that basis represent to the Court, that he is a member of the Bar of this Court and the State of California in good standing.

4.    I do not reside in the State of California, nor am I regularly engaged in the practice of law in the State of California.

5.    For the foregoing reasons, I respectfully request that this Application to permit me to appear along with Mr. Murphy in pro hac vice, be approved by the Court.

I declare under penalty of perjury under the laws of the State of Texas and of the United States of America that the foregoing is true and correct.

Dated this _15th_ day of November, at Austin, Texas.


_____
Lauren C. Ravkind



# EXHIBIT A

# LAUREN C. RAVKIND

Business Address:
Kenny Nachwalter, P.A.
111 Congress Ave.
Suite 1060
Austin, Texas 78701
Tel: (512) 480-8037
Fax: (512) 480-8037
lravkind@kennynachwalter.com

Residence Address:
4203 Watersedge Cove
Austin, Texas 78731

## LEGAL EMPLOYMENT

| | |
|---|---|
| June 2001-Present | KENNY NACHWALTER, P.A. (Shareholder) |
| June 2000-May 2001 | COX & SMITH INCORPORATED (Shareholder) |
| May 1992-May 2000 | KENNY NACHWALTER SEYMOUR ARNOLD CRITCHLOW & SPECTOR, P.A. (Shareholder 1997-May 2000) |
| August 1991-May 1992 | ADJUNCT PROFESSOR UNIVERSITY OF HOUSTON LAW SCHOOL Pre-Trial Texas Civil Procedure, Professional Responsibility |
| November 1989-July 1991 | BAKER & BOTTS (Associate) Houston, Texas |

## BAR MEMBERSHIPS

TEXAS and FLORIDA

## EDUCATION

| | |
|---|---|
| 1989 | THE UNIVERSITY OF TEXAS LAW SCHOOL J.D., *High Honors* Chancellor Order of the Coif |
| 1985 | EMORY UNIVERSITY B.A., *Summa Cum Laude* Political Science |
| 1983 | ST. ANNE'S COLLEGE OF OXFORD UNIVERSITY--England (1983) Politics, Philosophy and Economics |

## LEGAL PUBLICATIONS

Note, *Imputed Disqualification? Law Firm Mergers and the Need for Change*, 8 Tex. Rev. of Litigation 93 (1988).

*Ethical Considerations in a Personal Injury Practice*, University of Houston, Advanced
Personal Injury Course (October 1991).

*The Evolving Ethical Minefield*, Houston Bar Association, Business Torts Institute: Trends
and Issues in Commercial Litigation (January 2000)