ORIGINAL

FILED
2007 NOV 19 PM 2:30
CLERK
NORTHERN DISTRICT COURT
CALIFORNIA

1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (STATE BAR NO. 82482)
2  EDWARD E. HARTLEY (SBN 122892)
   BARBARA L. HARRIS CHIANG (SBN206892)
3  225 Bush Street, 6th Floor
   San Francisco, California 94104
4  Telephone:    (415) 397-2700
   Facsimile:    (415) 397-3300
5  Email: wfm@dillinghammurphy.com

6
   KENNY NACHWALTER, PA
7  SCOTT E. PERWIN (FL SBN 710083 - *Pro Hac Vice*)
   1100 Miami Center
8  201 South Biscayne Blvd.
   Miami, Florida 33131-4327
9  Telephone:    (305) 373-1000
   Facsimile:    (305) 372-1861
10 Email: sperwin@kennynachwalter.com

11 LAUREN C. RAVKIND (TX SBN 16586950–*Pro Hac Vice Pending*)
   One Congress Plaza
12 111 Congress Avenue, Suite 1060
   Austin, TX 78701
13 Telephone: 512-480-8023
   Facsimile: 512-480-8037
14 Email: lravkind@kennynachwalter.com

15     Attorneys for PLAINTIFFS

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
   SAFEWAY INC.; WALGREEN CO.; THE        Case No.: C-07-05470 CW
19 KROGER CO.; NEW ALBERTSON'S, INC.;
   and AMERICAN SALES COMPANY,            *Related per October 31, 2007 Order to*
20                                         **Case No. C-04-1511 CW**
              Plaintiffs,
21      v.                                **_CERTIFICATE OF SERVICE_**
22 ABBOTT LABORATORIES,

23            Defendant.

24
25
26
27
28

Certificate of Service - Page 1
Case No. C-07-5470 CW

## CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On November 19, 2007, I served the following document on the party listed below:

1. **APPLICATION OF LAUREEN C. RAVKIND, ESQ. TO APPEAR PRO HAC VICE AND DECLARATION IN SUPPORT OF APPLICATION**

2. **[PROPOSED] ORDER GRANTING APPLICATION OF LAUREN C. RAVKIND, ESQ. TO APPEAR PRO HAC VICE**

☑ **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

Nicole M. Norrise
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Tel: 415-591-1000
Fax: 415-591-1400
Email: nnorrise@winston.com
*Attorneys for Defendant*
***ABBOTT LABORATORIES***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 19, 2007, at San Francisco, California.

Mardoux Graff

Certificate of Service - Page 2
Case No. C-07-5470 CW