

ORIGINAL

```
 1  DILLINGHAM & MURPHY, LLP
    WILLIAM F. MURPHY (STATE BAR NO. 82482)
 2  EDWARD E. HARTLEY (SBN 122892)
    BARBARA L. HARRIS CHIANG (SBN 206892)
 3  225 Bush Street, 6th Floor
    San Francisco, California 94104
 4  Telephone:   (415) 397-2700
    Facsimile:   (415) 397-3300
 5  Email: wfm@dillinghammurphy.com

 6  KENNY NACHWALTER, PA
    SCOTT E. PERWIN (FL SBN 710083 - Pro Hac Vice Pending)
 7  1100 Miami Center
    201 South Biscayne Blvd.
 8  Miami, Florida 33131-4327
    Telephone:   (305) 373-1000
 9  Facsimile:   (305) 372-1861
    Email: sperwin@kennynachwalter.com
10
    LAUREN C. RAVKIND (TX SBN 16586950–Pro Hac Vice Pending)
11  One Congress Plaza
    111 Congress Avenue, Suite 1060
12  Austin, TX 78701
    Telephone: 512-480-8023
13  Facsimile: 512-480-8037
    Email: lravkind@kennynachwalter.com
14
15      Attorneys for PLAINTIFFS
```

RECEIVED
NOV 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
NOV 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; and AMERICAN SALES COMPANY,<br><br>Plaintiffs,<br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No.: C 07-05470 CW<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION OF LAUREN C. RAVKIND, ESQ. TO APPEAR PRO HAC VICE<br><br>L.R. 11-3 |

Lauren C. Ravkind, Esq., an active member in good standing of the bars of Texas and Florida, whose business address and telephone number is Kenny Nachwalter, PA, One Congress Plaza, 111 Congress Avenue, Suite 1060, Austin, TX 78701, 512-480-8023, having applied in the above-entitled action for admission to practice in the Northern District of

Page 1 –Case No. C 07-05470 CW
[PROPOSED] ORDER GRANTING APPLICATION OF LAUREN C. RAVKIND, ESQ. TO APPEAR PRO HAC VICE

| | |
|---|---|
| 1 | California on a pro hac vice basis, representing SAFEWAY INC.; WALGREEN CO.; THE |
| 2 | KROGER CO.; NEW ALBERTSON'S, INC.; and AMERICAN SALES COMPANY. |
| 3 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 4 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro* |
| 5 | *hac vice.* Service of papers upon and communication with co-counsel designated in the |
| 6 | application will constitute notice to the party. All future filings in this action are subject to the |
| 7 | requirements contained in General Order No. 45, *Electronic Case Filing.* |

Dated: NOV 2 8 2007

_____
UNITED STATES DISTRICT JUDGE

---

Page 2 –Case No. C 07-05470 CW
[PROPOSED] ORDER GRANTING APPLICATION OF LAUREN C. RAVKIND, ESQ. TO APPEAR PRO HAC VICE