RECEIVED
NOV 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
NOV 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; and AMERICAN SALES COMPANY, INC.,

Plaintiffs,

vs.

ABBOTT LABORATORIES,

Defendant

Case No. C-07-5470 (CW)

*Related per October 31, 2007 Order to* **Case No. C-04-1511 (CW)**

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David J. Doyle, an active member in good standing of the bar of Illinois, whose business address and telephone number is Winston & Strawn LLP, 35 W. Wacker Drive, Chicago Illinois 60601-9703; Telephone 312.558.5600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ABBOTT LABORATORIES.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: NOV 28

CLAUDIA WILKEN
United States District Judge

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

SF:188460.1