

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; and AMERICAN SALES COMPANY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant | Case No. C-07-5470 (CW) <br><br> *Related per October 31, 2007 Order to* Case No. C-04-1511 (CW) <br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Samuel S. Park, an active member in good standing of the bar of Illinois and New York, whose business address and telephone number is Winston & Strawn LLP, 35 W. Wacker Drive, Chicago Illinois 60601-9703; Telephone 312.558.5600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ABBOTT LABORATORIES.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order no. 45, *Electronic Case Filing*.

Dated: NOV 2 8 2007

CLAUDIA WILKEN
United States District Judge

SF:188458.1