WINSTON & STRAWN LLP
Nicole M. Norris (SBN 222785)
James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone Number:   415.591.1000
Facsimile Number:   415.591.1400

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | **Case No. C 07-5470 CW**<br><br>*Related per October 31, 2007 Order to* **Case No. C-04-1511 (CW)**<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**DATE:   JANUARY 17, 2008**<br>**TIME:    2:00 PM**<br>**ROOM:  2**<br>**Honorable Claudia Wilken** |

Having considered Defendant's Motion to Dismiss, and finding good cause therefore, Defendant's Motion to Dismiss is GRANTED.

Accordingly, Plaintiffs' complaint, as amended on November 29, 2007 is hereby DISMISSED with prejudice.

Dated: _____    By: _____
                                                                                                Hon. Claudia Wilken
                                                                                                United States District Judge