Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   312-558-5600
Facsimile:   312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone:   202-282-5000
Facsimile:   202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant.<br><br>[caption continues next page] | **Case No. C 07-5702 CW**<br><br>*Related Per November 19, 2007 Order to Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' OMNIBUS MOTION TO DISMISS PLAINTIFFS' SHERMAN ACT CLAIMS PURSUANT TO RULE 12(b)(6)**<br><br>Date:         March 6, 2008<br>Time:         2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:        Hon. Claudia Wilken |

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | **No. C 07-5470 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' OMNIBUS MOTION TO DISMISS PLAINTIFFS' SHERMAN ACT CLAIMS PURSUANT TO RULE 12(b)(6)**<br><br>Date:      March 6, 2008<br>Time:      2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:     Hon. Claudia Wilken |
| RITE AID CORPORATION; RITE AID HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | **No. C 07-6120 CW**<br><br>*Related Per December 5, 2007 Order to Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' OMNIBUS MOTION TO DISMISS PLAINTIFFS' SHERMAN ACT CLAIMS PURSUANT TO RULE 12(b)(6)**<br><br>Date:      March 6, 2008<br>Time:      2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:     Hon. Claudia Wilken |

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Defendant, Abbott Laboratories' Omnibus Motion to Dismiss Plaintiffs' Sherman Act Claims came on for hearing before this Court on March 6, 2008. The parties were represented by counsel at the hearing. After considering all the papers filed regarding this motion, and after all counsel had an opportunity to be heard, the Court rules as follows:

IT IS HEREBY ORDERED:

1. Abbott Laboratories' Motion To Dismiss is GRANTED without leave to amend, and judgment is hereby entered in favor of Abbott Laboratories on each and every claim of the Plaintiffs' complaints.

Dated: _____

HONORABLE CLAUDIA WILKEN
United States District Court

**Winston & Strawn LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703