| | |
|---|---|
| 1 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | Joseph R. Saveri (State Bar No. 130064)<br>Embarcadero Center West |
| 3 | 275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 |
| 4 | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| 5 | Email: jsaveri@lchb.com |
| 6 | *Local Counsel for Rochester Drug Cooperative, Inc.* |
| 7 | IRELL & MANELLA LLP<br>Alexander Frank Wiles (CA 73596) |
| 8 | Brian Hennigan (CA 86955)<br>Stephanie Kaufman (CA 162644) |
| 9 | Trevor Stockinger (CA 226359)<br>1800 Avenue of the Stars #900 |
| 10 | Los Angeles, CA 90067<br>Telephone: (310) 277-1010 |
| 11 | Facsimile: (310) 203-7199<br>Email: awiles@irell.com; bhennigan@irell.com |
| 12 | skaufman@irell.com; tstockinger@irell.com |
| 13 | *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline* |
| 14 | |
| 15 | [Additional Attorneys and Plaintiffs on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC.,; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant.<br><br>[caption continues next page] | Case No. C 07-5470 (CW)<br><br>*Related per October 31, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Date:      March 6, 2008<br>Time:      2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:     Hon. Claudia Wilken |

| | | |
|---|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE, | ) Case No. C 07-5702 (CW) |
| 2 | | ) *Related per November 19, 2007 Order to* |
| 3 | Plaintiff, | ) *Case No. C-04-1511 (CW)* |
| | vs. | ) |
| 4 | | ) **PLAINTIFFS' ADMINISTRATIVE** |
| | ABBOTT LABORATORIES, | ) **MOTION TO FILE DOCUMENTS** |
| 5 | | ) **UNDER SEAL PURSUANT TO CIVIL** |
| | Defendant. | ) **LOCAL RULE 79-5** |
| 6 | | ) |
| | | ) Date:         March 6, 2008 |
| 7 | | ) Time:        2:00 p.m. |
| | | ) Courtroom: 2 (4th Floor) |
| 8 | | ) Judge:       Hon. Claudia Wilken |
| 9 | | ) |
| | MEIJER, INC. & MEIJER DISTRIBUTION, | ) Case No. C 07-5985 (CW) |
| 10 | INC., on behalf of themselves and all others similarly situated, | ) |
| 11 | | ) *Related per November 30, 2007 Order to Case No. C-04-1511 (CW)* |
| | Plaintiffs, | ) |
| 12 | | ) **PLAINTIFFS' ADMINISTRATIVE** |
| | vs. | ) **MOTION TO FILE DOCUMENTS** |
| 13 | | ) **UNDER SEAL PURSUANT TO CIVIL** |
| | ABBOTT LABORATORIES, | ) **LOCAL RULE 79-5** |
| 14 | | ) |
| | Defendant. | ) Date:         March 6, 2008 |
| 15 | | ) Time:        2:00 p.m. |
| | | ) Courtroom: 2 (4th Floor) |
| 16 | | ) Judge:       Hon. Claudia Wilken |
| 17 | | ) |
| | ROCHESTER DRUG CO-OPERATIVE, | ) Case No. C 07-6010 (CW) |
| 18 | INC., on behalf of itself and all others similarly situated, | ) |
| 19 | | ) *Related per December 3, 2007 Order to Case No. C-04-1511 (CW)* |
| | Plaintiff, | ) |
| 20 | | ) |
| | vs. | ) **PLAINTIFFS' ADMINISTRATIVE** |
| 21 | | ) **MOTION TO FILE DOCUMENTS** |
| | ABBOTT LABORATORIES, | ) **UNDER SEAL PURSUANT TO CIVIL** |
| 22 | | ) **LOCAL RULE 79-5** |
| | Defendant. | ) |
| 23 | | ) Date:         March 6, 2008 |
| | | ) Time:        2:00 p.m. |
| 24 | | ) Courtroom: 2 (4th Floor) |
| | | ) Judge:       Hon. Claudia Wilken |
| 25 | | ) |
| 26 | | ) |
| 27 | | ) |
| 28 | [caption continues next page] | ) |

| | | |
|---|---|---|
| 1 | LOUISIANA WHOLESALE DRUG ) | Case No. C 07-6118 (CW) |
| 2 | COMPANY, INC., on behalf of itself and all ) others similarly situated, ) | |
| 3 | ) | *Related per December 10, 2007 Order to Case No. C-04-1511 (CW)* |
| 4 | Plaintiff, ) ) | **PLAINTIFFS' ADMINISTRATIVE** |
| 5 | vs. ) ) | **MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL** |
| 6 | ABBOTT LABORATORIES, ) ) | **LOCAL RULE 79-5** |
| 7 | Defendant. ) ) | Date:        March 6, 2008 Time:        2:00 p.m. |
| 8 | ) ) | Courtroom: 2 (4th Floor) Judge:       Hon. Claudia Wilken |
| 9 | ) | |
| 10 | RITE AID CORPORATION; RITE AID ) HDQTRS, CORP,; JCG (PJC) USA, LLC; ) | Case No. C07-6120 (CW) |
| 11 | MAXI DRUG, INC. d/b/a BROOKS ) PHARMACY; ECKERD CORPORATION; ) | *Related per December 5, 2007 Order to Case No. C-04-1511 (CW)* |
| 12 | CVS PHARMACY, INC.; and CAREMARK, ) L.L.C., ) | **PLAINTIFFS' ADMINISTRATIVE** |
| 13 | Plaintiff, ) ) | **MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL** |
| 14 | vs. ) | **LOCAL RULE 79-5** |
| 15 | ABBOTT LABORATORIES, ) ) | Date:        March 6, 2008 Time:        2:00 p.m. |
| 16 | Defendant. ) ) | Courtroom: 2 (4th Floor) Judge:       Hon. Claudia Wilken |

---

1821458   PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO
CIVIL LOCAL RULE 79-5,

1    Pursuant to Civil Local Rule 79-5, Plaintiffs hereby request an order sealing documents. In support of this Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rule 79-5, Plaintiffs submit for the Court's consideration the Declaration of Stephanie Kaufman in Support of Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rule 79-5 ("Kaufman Decl."), filed concurrently herewith. Plaintiffs have lodged with this Court the following documents, which Plaintiffs request that the Court order sealed.

   1. Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint. (Kaufman Decl. ¶ 2).

   2. Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss. A redacted version of this document has been filed with the Clerk. Only the sealable portions of this document have been redacted from the public version of this filing. An unredacted version, identifying the sealable portions, has been lodged with the Court. (Kaufman Decl. ¶ 3).

On these grounds, Plaintiffs request the Court to seal these documents. This request is narrowly tailored to seal only that material for which good cause to seal has been established. A Proposed Order granting this Administrative Motion has been filed and served herewith.

Dated: February 14, 2008

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By_____
Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jsaveri@lchb.com

*Local Counsel for Rochester Drug Cooperative, Inc.*

**[Additional Signature Block on Next Page]**

- 1 -

```
 1                              IRELL & MANELLA LLP
 2                              By_____
                                Alexander Frank Wiles (CA 73596)
 3                              Brian Hennigan (CA 86955)
                                Stephanie Kaufman (CA 162644)
 4                              Trevor Stockinger (CA 226359)
                                1800 Avenue of the Stars #900
 5                              Los Angeles, CA 90067
                                Telephone: (310) 277-1010
 6                              Facsimile: (310) 203-7199
                                Email: awiles@irell.com; bhennigan@irell.com
 7                              skaufman@irell.com; tstockinger@irell.com
 8                              Counsel for SmithKlineBeecham Corp. d/b/a
                                GlaxoSmithKline.
 9
10                              DILLINGHAM & MURPHY, LLP
11                              By_____
                                William Francis Murphy
12                              Email: wfm@dillinghammurphy.com
                                Barbara Lynne Harris Chiang
13                              Email: bhc@dillinghammurphy.com
                                Edward Eldon Hartley
14                              Email: eeh@dillinghammurphy.com
                                225 Bush Street, Sixth Floor
15                              San Francisco, CA 94104-4207
                                Telephone: (415) 397-2700
16                              Facsimile: (415) 397-3300
17                              Local Counsel for Safeway Inc., et al., and Rite
                                Aid Corp., et al.
18
19                              BERGER & MONTAGUE, P.C.
                                Eric L. Cramer, Pro Hac Vice
20                              Email: ecramer@bm.net
                                Daniel Berger
21                              Email: danberger@bm.net
                                David F. Sorensen
22                              Email: dsorensen@bm.net
                                1622 Locust Street
23                              Philadelphia, PA 19103
                                Telephone: (215) 875-3000
24                              Facsimile: (215) 875-4604
25                              Lead Counsel for Rochester Drug Cooperative,
                                Inc.
26
27
28
```

| | |
|---|---|
| 1 | GARWIN GERSTEIN & FISHER, LLP |
| 2 | Bruce E. Gerstein, Pro Hac Vice<br>Email: bgerstein@garwingerstein.com |
| 3 | Noah H. Silverman, Pro Hac Vice<br>Email: nsilverman@garwingerstein.com |
| 4 | 1501 Broadway, Suite 1416<br>New York, New York 10036 |
| 5 | Telephone: (212) 398-0055<br>Facsimile: (212) 764-6620 |
| 6 | *Lead Counsel for Louisiana Wholesale Drug Co., Inc.* |
| 7 | |
| 8 | SPIEGEL LIAO & KAGAY, LLP |
| 9 | Charles M. Kagay (State Bar No. 73377) |
| 10 | Email: cmk@slksf.com<br>Wayne M. Liao (State Bar No. 66591) |
| 11 | Email: wml@slksf.com<br>388 Market Street, Suite 900 |
| 12 | San Francisco, California 94111<br>Telephone: (415) 956-5959 |
| 13 | Facsimile: (415) 962-1431 |
| 14 | *Local Counsel for Plaintiff Louisiana Wholesale Drug, Co. Inc.* |
| 15 | |
| 16 | KAPLAN FOX & KILSHEIMER LLP |
| 17 | Laurence D. King (SBN 206423)<br>Email: lking@kaplanfox.com |
| 18 | Linda M. Fong (SBN 124232)<br>Email: lfong@kaplanfox.com |
| 19 | 350 Sansome Street, Suite 400<br>San Francisco, CA 94104 |
| 20 | Telephone: (415) 772-4700<br>Facsimile: (415) 772-4707 |
| 21 | Robert N. Kaplan, Pro Hac Vice |
| 22 | Email: rkaplan@kaplanfox.com<br>Linda P. Nussbaum, Pro Hac Vice |
| 23 | Email: lnussbaum@kaplanfox.com<br>850 Third Avenue, 14th Floor |
| 24 | New York, NY 10022<br>Telephone: (212) 687-1980 |
| 25 | Facsimile: (212) 687-7714 |
| 26 | *Lead Counsel for Meijer, Inc. and Meijer Distribution, Inc.* |
| 27 | |
| 28 | |

- 3 -

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.

1821458

**Additional Counsel for Plaintiffs (Client Not Specified):**

ODOM & DES ROCHES, LLP
John Gregory Odom, Pro Hac Vice
Email: greg@odrlaw.com
Stuart E. Des Roches, Pro Hac Vice
Email: stuart@odrlaw.com
John Alden Meade, Pro Hac Vice
Email: jmeade@odrlaw.com.
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078

PERCY SMITH & FOOTE, LLP
David P. Smith, Pro Hac Vice
Email: dpsmith@psfllp.com
W. Ross Foote, Pro Hac Vice
Email: rfoote@psfllp.com
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Telephone: (318) 445-4480
Facsimile: (318) 487-1741

KOZYAK TROPIN & THROCKMORTON
Tucker Ronzetti, Pro Hac Vice
Email: tr@kttlaw.com
Adam Moskowitz, Pro Hac Vice
Email: amm@kttlaw.com
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2335
Telephone: (305) 372-1800
Telecopier: (305) 372-3508

AUBERTINE DRAPER ROSE, LLP
Andrew E. Aubertine, Pro Hac Vice
Email: aa@adr-portland.com
1211 SW Sixth Avenue
Portland, Oregon 97204
Telephone: (503) 221-4570
Facsimile: (503) 221-4590

| | |
|---|---|
| 1 | |
| 2 | LAW OFFICES OF JOSHUA P. DAVIS |
|   | Joshua P. Davis (State Bar No. 193254) |
| 3 | Email: davisj@usfca.edu |
|   | 437A Valley Street |
| 4 | San Francisco, CA 94131 |
|   | Telephone: (415) 422-6223 |

```
 1
 2                          LAW OFFICES OF JOSHUA P. DAVIS
                            Joshua P. Davis (State Bar No. 193254)
 3                          Email: davisj@usfca.edu
                            437A Valley Street
 4                          San Francisco, CA 94131
                            Telephone: (415) 422-6223
 5
                            VANEK, VICKERS & MASINI, P.C.
 6                          Joseph M. Vanek, Pro Hac Vice
                            Email: jvanek@vaneklaw.com
 7                          David P. Germaine, Pro Hac Vice
                            Email: dgermaine@vaneklaw.com
 8                          111 South Wacker Drive, Suite 4050
                            Chicago, IL 60606
 9                          Telephone: (312) 224-1500
                            Facsimile: (312) 224-1510
10                          SPERLING & SLATER
                            Paul E. Slater, Pro Hac Vice
11                          Email: pes@sperling-law.com
                            55 West Monroe Street, Suite 3200
12                          Chicago, Illinois 60603
                            Telephone: (312) 641-3200
13                          Facsimile: (312) 641-6492

14                          KENNY NACHWALTER, PA
                            Lauren C. Ravkind
15                          Scott Eliot Perwin
                            Email: sperwin@kennynachwalter.com
16                          201 S. Biscayne Blvd.
                            1100 Miami Center
17                          Miami, Florida 33131
                            Telephone: (512) 480-802
18
19                          ARNOLD & PORTER
                            Kenneth A. Letzler, Pro Hac Vice
20                          Email: Kenneth_Letzler@aporter.com
                            555 Twelfth Street, NW
21                          Washington, DC 20004-1206
                            Telephone: (202) 942-5000
22                          Facsimile: (202) 942-5999

23
                            HANGLEY ARONCHICK SEGAL & PUDLIN
24                          Steve D. Shadowen
                            Email: sshadowen@hangley.com
25                          Monica L. Rebuck
                            Email: mrebuck@hangley.com
26                          30 North Third Street, Suite 700
                            Harrisburg, PA 17101-1701
27                          Telephone: (717) 364-1007
                            Facsimile: (717) 362-1020
28
```

- 5 -

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO
CIVIL LOCAL RULE 79-5.

1821458