1  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
2  Joseph R. Saveri (State Bar No. 130064)
   Embarcadero Center West
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:   (415) 956-1008
5  Email: jsaveri@lchb.com

6  *Local Counsel for Rochester Drug Cooperative, Inc.*

7
   IRELL & MANELLA LLP
8  Alexander Frank Wiles (CA 73596)
   Brian Hennigan (CA 86955)
9  Stephanie Kaufman (CA 162644)
   Trevor Stockinger (CA 226359)
10 1800 Avenue of the Stars #900
   Los Angeles, CA 90067
11 Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
12 Email: awiles@irell.com; bhennigan@irell.com
   skaufman@irell.com; tstockinger@irell.com
13
   *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*
14

15 [Additional Attorneys and Plaintiffs on Signature Page]

16

17                 **UNITED STATES DISTRICT COURT**

18               **NORTHERN DISTRICT OF CALIFORNIA**

19                    **OAKLAND DIVISION**

20 SAFEWAY INC.,; WALGREEN CO.; THE          )  **Case No. C 07-5470 (CW)**
   KROGER CO.; NEW ALBERTSON'S, INC.;        )
21 AMERICAN SALES COMPANY, INC.; and         )  *Related per October 31, 2007 Order to*
   HEB GROCERY COMPANY, LP,                  )  *Case No. C-04-1511 (CW)*
22                                           )
                 Plaintiff,                  )  **DECLARATION OF STEPHANIE**
23                                           )  **KAUFMAN IN SUPPORT OF**
        vs.                                  )  **PLAINTIFFS' ADMINISTRATIVE**
24                                           )  **MOTION TO FILE DOCUMENTS**
   ABBOTT LABORATORIES,                      )  **UNDER SEAL PURSUANT TO CIVIL**
25                                           )  **LOCAL RULE 79-5**
                 Defendant.                  )
26                                           )  **Date:**      **March 6, 2008**
                                             )  **Time:**      **2:00 p.m.**
27                                           )  **Courtroom:**  **2 (4th Floor)**
                                             )  **Judge:**     **Hon. Claudia Wilken**
28        [caption continues next page]      )
                                             )

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE, | **Case No. C 07-5702 (CW)** |
| Plaintiff, | *Related per November 19, 2007 Order to Case No. C-04-1511 (CW)* |
| vs. | |
| ABBOTT LABORATORIES, | **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE** |
| Defendant. | **MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |

| | | |
|---|---|---|
| **Date:** | **March 6, 2008** | |
| **Time:** | **2:00 p.m.** | |
| **Courtroom:** | **2 (4th Floor)** | |
| **Judge:** | **Hon. Claudia Wilken** | |

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | **Case No. C 07-5985 (CW)** |
| Plaintiffs, | *Related per November 30, 2007 Order to Case No. C-04-1511 (CW)* |
| vs. | |
| ABBOTT LABORATORIES, | **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE** |
| Defendant. | **MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |

| | | |
|---|---|---|
| **Date:** | **March 6, 2008** | |
| **Time:** | **2:00 p.m.** | |
| **Courtroom:** | **2 (4th Floor)** | |
| **Judge:** | **Hon. Claudia Wilken** | |

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | **Case No. C 07-6010 (CW)** |
| Plaintiff, | *Related per December 3, 2007 Order to Case No. C-04-1511 (CW)* |
| vs. | |
| ABBOTT LABORATORIES, | **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE** |
| Defendant. | **MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |

| | | |
|---|---|---|
| **Date:** | **March 6, 2008** | |
| **Time:** | **2:00 p.m.** | |
| **Courtroom:** | **2 (4th Floor)** | |
| **Judge:** | **Hon. Claudia Wilken** | |

[caption continues next page]

- 2 -

KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1821454

| | |
|---|---|
| 1   LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all | )   Case No. C 07-6118 (CW) |
| 2   others similarly situated, | )   *Related per December 10, 2007 Order to* |
| 3           Plaintiff, | )   *Case No. C-04-1511 (CW)* |

1   LOUISIANA WHOLESALE DRUG
2   COMPANY, INC., on behalf of itself and all
     others similarly situated,
3
                 Plaintiff,
4
     vs.
5
     ABBOTT LABORATORIES,
6
                 Defendant.
7

    )   **Case No. C 07-6118 (CW)**

    )   *Related per December 10, 2007 Order to*
    )   *Case No. C-04-1511 (CW)*

    )   **DECLARATION OF STEPHANIE**
    )   **KAUFMAN IN SUPPORT OF**
    )   **PLAINTIFFS' ADMINISTRATIVE**
    )   **MOTION TO FILE DOCUMENTS**
    )   **UNDER SEAL PURSUANT TO CIVIL**
    )   **LOCAL RULE 79-5**

8
9

    )   **Date:**        **March 6, 2008**
    )   **Time:**        **2:00 p.m.**
    )   **Courtroom:**   **2 (4th Floor)**
    )   **Judge:**      **Hon. Claudia Wilken**

10   RITE AID CORPORATION; RITE AID
     HDQTRS, CORP,; JCG (PJC) USA, LLC;
11   MAXI DRUG, INC. d/b/a BROOKS
     PHARMACY; ECKERD CORPORATION;
12   CVS PHARMACY, INC.; and CAREMARK,
     L.L.C.,
13
                 Plaintiff,
14
     vs.
15
     ABBOTT LABORATORIES,
16
                 Defendant.
17
18

    )   **Case No. C07-6120 (CW)**

    )   *Related per December 5, 2007 Order to*
    )   *Case No. C-04-1511 (CW)*

    )   **DECLARATION OF STEPHANIE**
    )   **KAUFMAN IN SUPPORT OF**
    )   **PLAINTIFFS' ADMINISTRATIVE**
    )   **MOTION TO FILE DOCUMENTS**
    )   **UNDER SEAL PURSUANT TO CIVIL**
    )   **LOCAL RULE 79-5**

    )   **Date:**        **March 6, 2008**
    )   **Time:**        **2:00 p.m.**
    )   **Courtroom:**   **2 (4th Floor)**
    )   **Judge:**      **Hon. Claudia Wilken**

19
20
21
22
23
24
25
26
27
28

- 3 -

1821454

1    I, Stephanie Kaufman, declare under penalty of perjury under the laws of the United States

2  of America that the following is true and correct:

3    1.    I am an attorney at the law firm of Irell & Manella LLP, counsel for Plaintiff

4  SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") in the GSK v. Abbott matter.

5  I am a member in good standing of the State Bar of California and am admitted to practice before

6  this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a

7  witness, could and would testify competently to such facts under oath.

8    2.    Attached as Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their

9  Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to

10  Defendant's Motion to Dismiss Complaint is excerpts of the Rebuttal Expert Report of Joel W.

11  Hay, Ph.D., submitted in the related case, *In re Abbott Laboratories Norvir Antitrust Litigation*,

12  Case No. C-04-1511 CW. This Report has been designated "Highly Confidential" by Defendant.

13  Exhibit 1 has been omitted from the public filing.

14    3.    Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss refers to and quotes

15  from Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's

16  Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss

17  Complaint. The sealable portions of this document have been redacted from the public version of

18  this filing, and an unredacted version of this document has been lodged with the Court. In the

19  unredacted version, the sealable portions are identified by shaded highlighting, pursuant to Civil

20  Local Rule 79-5(c)(3)-(4).

21    Executed in Los Angeles, California, this 14th day of February, 2008.

22

23    _____
                                    Stephanie Kaufman

24

25

26

27

28

1821454    KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Additional Counsel**

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jsaveri@lchb.com

*Local Counsel for Rochester Drug Cooperative,
Inc.*


IRELL & MANELLA LLP
Alexander Frank Wiles (CA 73596)
Brian Hennigan (CA 86955)
Stephanie Kaufman (CA 162644)
Trevor Stockinger (CA 226359)
1800 Avenue of the Stars #900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: awiles@irell.com; bhennigan@irell.com
skaufman@irell.com; tstockinger@irell.com

*Counsel for SmithKlineBeecham Corp. d/b/a
GlaxoSmithKline.*


DILLINGHAM & MURPHY, LLP
William Francis Murphy
Email: wfm@dillinghammurphy.com
Barbara Lynne Harris Chiang
Email: bhc@dillinghammurphy.com
Edward Eldon Hartley
Email: eeh@dillinghammurphy.com
225 Bush Street, Sixth Floor
San Francisco, CA 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

*Local Counsel for Safeway Inc., et al., and Rite
Aid Corp., et al.*

KAUFMAN DECL. IN SUPPORT OF PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

1821454

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BERGER & MONTAGUE, P.C.
Eric L. Cramer, Pro Hac Vice
Email: ecramer@bm.net
Daniel Berger
Email: danberger@bm.net
David F. Sorensen
Email: dsorensen@bm.net
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Lead Counsel for Rochester Drug Cooperative,
Inc.*

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein, Pro Hac Vice
Email: bgerstein@garwingerstein.com
Noah H. Silverman, Pro Hac Vice
Email: nsilverman@garwingerstein.com
1501 Broadway, Suite 1416
New York, New York 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

*Lead Counsel for Louisiana Wholesale Drug Co.,
Inc.*

SPIEGEL LIAO & KAGAY, LLP
Charles M. Kagay (State Bar No. 73377)
Email: cmk@slksf.com
Wayne M. Liao (State Bar No. 66591)
Email: wml@slksf.com
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Facsimile: (415) 962-1431

*Local Counsel for Plaintiff Louisiana Wholesale
Drug, Co. Inc.*

1821454

KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KAPLAN FOX & KILSHEIMER LLP**

Laurence D. King (SBN 206423)
Email: lking@kaplanfox.com
Linda M. Fong (SBN 124232)
Email: lfong@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707


Robert N. Kaplan, Pro Hac Vice
Email: rkaplan@kaplanfox.com
Linda P. Nussbaum, Pro Hac Vice
Email: lnussbaum@kaplanfox.com
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Meijer, Inc. and Meijer
Distribution, Inc.*



**Additional Counsel for Plaintiffs (Client Not
Specified):**


ODOM & DES ROCHES, LLP
John Gregory Odom, Pro Hac Vice
Email: greg@odrlaw.com
Stuart E. Des Roches, Pro Hac Vice
Email: stuart@odrlaw.com
John Alden Meade, Pro Hac Vice
Email: jmeade@odrlaw.com.
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078


PERCY SMITH & FOOTE, LLP
David P. Smith, Pro Hac Vice
Email: dpsmith@psfllp.com
W. Ross Foote, Pro Hac Vice
Email: rfoote@psfllp.com
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Telephone: (318) 445-4480
Facsimile: (318) 487-1741

1821454

1

KOZYAK TROPIN & THROCKMORTON
Tucker Ronzetti, Pro Hac Vice

2

Email: tr@kttlaw.com
Adam Moskowitz, Pro Hac Vice

3

Email: amm@kttlaw.com
2800 Wachovia Financial Center

4

200 South Biscayne Boulevard
Miami, Florida 33131-2335

5

Telephone: (305) 372-1800
Telecopier: (305) 372-3508

6

7

AUBERTINE DRAPER ROSE, LLP
Andrew E. Aubertine, Pro Hac Vice

8

Email: aa@adr-portland.com
1211 SW Sixth Avenue

9

Portland, Oregon 97204
Telephone: (503) 221-4570

10

Facsimile: (503) 221-4590

11

LAW OFFICES OF JOSHUA P. DAVIS

12

Joshua P. Davis (State Bar No. 193254)
Email: davisj@usfca.edu

13

437A Valley Street
San Francisco, CA 94131

14

Telephone: (415) 422-6223

15

VANEK, VICKERS & MASINI, P.C.

16

Joseph M. Vanek, Pro Hac Vice
Email: jvanek@vaneklaw.com

17

David P. Germaine, Pro Hac Vice
Email: dgermaine@vaneklaw.com

18

111 South Wacker Drive, Suite 4050
Chicago, IL 60606

19

Telephone: (312) 224-1500
Facsimile: (312) 224-1510

20

21

SPERLING & SLATER
Paul E. Slater, Pro Hac Vice

22

Email: pes@sperling-law.com
55 West Monroe Street, Suite 3200

23

Chicago, Illinois 60603
Telephone: (312) 641-3200

24

Facsimile: (312) 641-6492

25

26

27

28

- 8 -

1821454

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KENNY NACHWALTER, PA
Lauren C. Ravkind
Scott Eliot Perwin
Email: sperwin@kennynachwalter.com
201 S. Biscayne Blvd.
1100 Miami Center
Miami, Florida 33131
Telephone: (512) 480-802

ARNOLD & PORTER
Kenneth A. Letzler, Pro Hac Vice
Email: Kenneth_Letzler@aporter.com
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

HANGLEY ARONCHICK SEGAL & PUDLIN
Steve D. Shadowen
Email: sshadowen@hangley.com
Monica L. Rebuck
Email: mrebuck@hangley.com
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone:  (717) 364-1007
Facsimile: (717) 362-1020

1821454