1  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
2  Joseph R. Saveri (State Bar No. 130064)
   Embarcadero Center West
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:   (415) 956-1008
5  Email: jsaveri@lchb.com

6  *Local Counsel for Rochester Drug Cooperative, Inc.*

7

   IRELL & MANELLA LLP
8  Alexander Frank Wiles (CA 73596)
   Brian Hennigan (CA 86955)
9  Stephanie Kaufman (CA 162644)
   Trevor Stockinger (CA 226359)
10 1800 Avenue of the Stars #900
   Los Angeles, CA 90067
11 Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
12 Email: awiles@irell.com; bhennigan@irell.com
   skaufman@irell.com; tstockinger@irell.com
13
   *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*
14

15 [Additional Attorneys and Plaintiffs on Signature Page]

16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                             OAKLAND DIVISION

20 SAFEWAY INC.; WALGREEN CO.; THE        )  Case No. C 07-5470 (CW)
   KROGER CO.; NEW ALBERTSON'S, INC.;     )
21 AMERICAN SALES COMPANY, INC.; and      )  *Related per October 31, 2007 Order to*
   HEB GROCERY COMPANY, LP,               )  *Case No. C-04-1511 (CW)*
22                                        )
                     Plaintiff,           )
23                                        )  **[PROPOSED] ORDER GRANTING**
         vs.                              )  **PLAINTIFFS' MOTION TO FILE**
24                                        )  **DOCUMENTS UNDER SEAL**
   ABBOTT LABORATORIES,                   )
25                                        )  Date:       March 6, 2008
                     Defendant.           )  Time:       2:00 p.m.
26                                        )  Courtroom:  2 (4th Floor)
                                          )  Judge:      Hon. Claudia Wilken
27                                        )
                                          )
28       [caption continues next page]    )
                                          )

1821455.2 02          [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
                              FILE DOCUMENTS UNDER SEAL


| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>    Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C 07-5702 (CW)<br><br>*Related per November 19, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:        March 6, 2008<br>Time:       2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C 07-5985 (CW)<br><br>*Related per November 30, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:        March 6, 2008<br>Time:       2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C 07-6010 (CW)<br><br>*Related per December 3, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:        March 6, 2008<br>Time:       2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |
| [caption continues next page] | |

| | | |
|---|---|---|
| 1 | LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6118 (CW) |
| 2 | | *Related per December 10, 2007 Order to Case No. C-04-1511 (CW)* |
| 3 | Plaintiff, | |
| 4 | vs. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 5 | ABBOTT LABORATORIES, | |
| 6 | Defendant. | Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |
| 7 | | |
| 8 | | |
| 9 | RITE AID CORPORATION; RITE AID HDQTRS, CORP,; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., | Case No. C 07-6120 (CW) |
| 10 | | *Related per December 5, 2007 Order to Case No. C-04-1511 (CW)* |
| 11 | | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 12 | Plaintiff, | |
| 13 | vs. | Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |
| 14 | ABBOTT LABORATORIES, | |
| 15 | Defendant. | |

1   As set forth in Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant
2   To Civil Local Rule 79-5 ("Administrative Motion"), Plaintiffs lodged with the Court the
3   following documents:

4       1.    Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss.

5       2.    Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition
6   to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion
7   to Dismiss Complaint.

8   Having considered Plaintiffs' Administrative Motion, and good cause appearing therefore,

9   IT IS HEREBY ORDERED that: (a) Plaintiffs' Opposition to Abbott's Omnibus Motion to
10  Dismiss; and (b) Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition
11  to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion
12  to Dismiss Complaint, are to be filed under seal.

13

14  IT IS SO ORDERED.

15

16  Dated: _____        _____
17                                       Hon. Claudia Wilken
                                         United States District Judge
18

19  Respectfully submitted,

20  LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
21  Joseph R. Saveri (State Bar No. 130064)
    Embarcadero Center West
22  275 Battery Street, 30th Floor
    San Francisco, CA 94111-3339
23  Telephone: (415) 956-1000
    Facsimile: (415) 956-1008
24  Email: jsaveri@lchb.com

25  *Local Counsel for Rochester Drug Cooperative, Inc.*

26

27

28

- 1 -

```
 1 │ IRELL & MANELLA LLP
   │ Alexander Frank Wiles (CA 73596)
 2 │ Brian Hennigan (CA 86955)
   │ Stephanie Kaufman (CA 162644)
 3 │ Trevor Stockinger (CA 226359)
   │ 1800 Avenue of the Stars #900
 4 │ Los Angeles, CA 90067
   │ Telephone: (310) 277-1010
 5 │ Facsimile: (310) 203-7199
   │ Email: awiles@irell.com; bhennigan@irell.com
 6 │ skaufman@irell.com; tstockinger@irell.com
   │
 7 │ Counsel for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline.
   │
 8 │
   │ DILLINGHAM & MURPHY, LLP
 9 │ William Francis Murphy
   │ Email: wfm@dillinghammurphy.com
10 │ Barbara Lynne Harris Chiang
   │ Email: bhc@dillinghammurphy.com
11 │ Edward Eldon Hartley
   │ Email: eeh@dillinghammurphy.com
12 │ 225 Bush Street, Sixth Floor
   │ San Francisco, CA 94104-4207
13 │ Telephone: (415) 397-2700
   │ Facsimile: (415) 397-3300
14 │
   │ Local Counsel for Safeway Inc., et al., and Rite Aid Corp., et al.
15 │
   │
16 │ BERGER & MONTAGUE, P.C.
   │ Eric L. Cramer, Pro Hac Vice
17 │ Email: ecramer@bm.net
   │ Daniel Berger
18 │ Email: danberger@bm.net
   │ David F. Sorensen
19 │ Email: dsorensen@bm.net
   │ 1622 Locust Street
20 │ Philadelphia, PA 19103
   │ Telephone: (215) 875-3000
21 │ Facsimile: (215) 875-4604
   │
22 │ Lead Counsel for Rochester Drug Cooperative, Inc.
   │
23 │
   │ GARWIN GERSTEIN & FISHER, LLP
24 │ Bruce E. Gerstein, Pro Hac Vice
   │ Email: bgerstein@garwingerstein.com
25 │ Noah H. Silverman, Pro Hac Vice
   │ Email: nsilverman@garwingerstein.com
26 │ 1501 Broadway, Suite 1416
   │ New York, New York 10036
27 │ Telephone: (212) 398-0055
   │ Facsimile: (212) 764-6620
28 │
   │ Lead Counsel for Louisiana Wholesale Drug Co., Inc.
```

- 2 -

| | |
|---|---|
| 1 | SPIEGEL LIAO & KAGAY, LLP |
| | Charles M. Kagay (State Bar No. 73377) |
| 2 | Email: cmk@slksf.com |
| | Wayne M. Liao (State Bar No. 66591) |
| 3 | Email: wml@slksf.com |
| | 388 Market Street, Suite 900 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 956-5959 |
| 5 | Facsimile: (415) 962-1431 |
| 6 | *Local Counsel for Plaintiff Louisiana Wholesale Drug, Co. Inc.* |
| 7 | |
| 8 | KAPLAN FOX & KILSHEIMER LLP |
| 9 | Laurence D. King (SBN 206423) |
| | Email: lking@kaplanfox.com |
| 10 | Linda M. Fong (SBN 124232) |
| | Email: lfong@kaplanfox.com |
| 11 | 350 Sansome Street, Suite 400 |
| | San Francisco, CA 94104 |
| 12 | Telephone: (415) 772-4700 |
| | Facsimile: (415) 772-4707 |
| 13 | |
| | Robert N. Kaplan, Pro Hac Vice |
| 14 | Email: rkaplan@kaplanfox.com |
| | Linda P. Nussbaum, Pro Hac Vice |
| 15 | Email: lnussbaum@kaplanfox.com |
| | 850 Third Avenue, 14th Floor |
| 16 | New York, NY 10022 |
| | Telephone: (212) 687-1980 |
| 17 | Facsimile: (212) 687-7714 |
| 18 | *Lead Counsel for Meijer, Inc. and Meijer Distribution, Inc.* |
| 19 | |
| 20 | **Additional Counsel for Plaintiffs (Client Not Specified):** |
| 21 | |
| | ODOM & DES ROCHES, LLP |
| 22 | John Gregory Odom, Pro Hac Vice |
| | Email: greg@odrlaw.com |
| 23 | Stuart E. Des Roches, Pro Hac Vice |
| | Email: stuart@odrlaw.com |
| 24 | John Alden Meade, Pro Hac Vice |
| | Email: jmeade@odrlaw.com. |
| 25 | Suite 2020, Poydras Center |
| | 650 Poydras Street |
| 26 | New Orleans, LA 70130 |
| | Telephone: (504) 522-0077 |
| 27 | Facsimile: (504) 522-0078 |
| 28 | |

- 3 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

1821455.2 02

```
 1 | PERCY SMITH & FOOTE, LLP
   | David P. Smith, Pro Hac Vice
 2 | Email: dpsmith@psfllp.com
   | W. Ross Foote, Pro Hac Vice
 3 | Email: rfoote@psfllp.com
   | 720 Murray Street
 4 | P.O. Box 1632
   | Alexandria, LA 71309
 5 | Telephone: (318) 445-4480
   | Facsimile: (318) 487-1741
 6 |
 7 | KOZYAK TROPIN & THROCKMORTON
   | Tucker Ronzetti, Pro Hac Vice
 8 | Email: tr@kttlaw.com
   | Adam Moskowitz, Pro Hac Vice
 9 | Email: amm@kttlaw.com
   | 2800 Wachovia Financial Center
10 | 200 South Biscayne Boulevard
   | Miami, Florida 33131-2335
11 | Telephone: (305) 372-1800
   | Telecopier: (305) 372-3508
12 |
13 | AUBERTINE DRAPER ROSE, LLP
   | Andrew E. Aubertine, Pro Hac Vice
14 | Email: aa@adr-portland.com
   | 1211 SW Sixth Avenue
15 | Portland, Oregon 97204
   | Telephone: (503) 221-4570
16 | Facsimile: (503) 221-4590
17 |
   | LAW OFFICES OF JOSHUA P. DAVIS
18 | Joshua P. Davis (State Bar No. 193254)
   | Email: davisj@usfca.edu
19 | 437A Valley Street
   | San Francisco, CA 94131
20 | Telephone: (415) 422-6223
```

- 4 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
FILE DOCUMENTS UNDER SEAL

1821455.2 02

| | |
|---|---|
| 1 | VANEK, VICKERS & MASINI, P.C. |
|   | Joseph M. Vanek, Pro Hac Vice |
| 2 | Email: jvanek@vaneklaw.com |
|   | David P. Germaine, Pro Hac Vice |
| 3 | Email: dgermaine@vaneklaw.com |
|   | 111 South Wacker Drive, Suite 4050 |
| 4 | Chicago, IL 60606 |
|   | Telephone: (312) 224-1500 |
| 5 | Facsimile: (312) 224-1510 |
|   | SPERLING & SLATER |
| 6 | Paul E. Slater, Pro Hac Vice |
|   | Email: pes@sperling-law.com |
| 7 | 55 West Monroe Street, Suite 3200 |
|   | Chicago, Illinois 60603 |
| 8 | Telephone: (312) 641-3200 |
|   | Facsimile: (312) 641-6492 |
| 9 | |
| 10 | KENNY NACHWALTER, PA |
|   | Lauren C. Ravkind |
| 11 | Scott Eliot Perwin |
|   | Email: sperwin@kennynachwalter.com |
| 12 | 201 S. Biscayne Blvd. |
|   | 1100 Miami Center |
| 13 | Miami, Florida 33131 |
|   | Telephone: (512) 480-802 |
| 14 | |
| 15 | ARNOLD & PORTER |
|   | Kenneth A. Letzler, Pro Hac Vice |
| 16 | Email: Kenneth_Letzler@aporter.com |
|   | 555 Twelfth Street, NW |
| 17 | Washington, DC 20004-1206 |
|   | Telephone: (202) 942-5000 |
| 18 | Facsimile: (202) 942-5999 |
| 19 | |
|   | HANGLEY ARONCHICK SEGAL & PUDLIN |
| 20 | Steve D. Shadowen |
|   | Email: sshadowen@hangley.com |
| 21 | Monica L. Rebuck |
|   | Email: mrebuck@hangley.com |
| 22 | 30 North Third Street, Suite 700 |
|   | Harrisburg, PA 17101-1701 |
| 23 | Telephone: (717) 364-1007 |
|   | Facsimile: (717) 362-1020 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1821455.2 02

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
FILE DOCUMENTS UNDER SEAL