DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (SBN 82482)
EDWARD E. HARTLEY (SBN 122892)
BARBARA L. HARRIS CHIANG (SBN206892)
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300
Email: wfm@dillinghammurphy.com

KENNY NACHWALTER, P.A.
SCOTT E. PERWIN (Admitted *Pro Hac Vice*)
LAUREN C. RAVKIND (Admitted *Pro Hac Vice*)
1100 Miami Center
201 South Biscayne Blvd.
Miami, Florida 33131-4327
Telephone:    (305) 373-1000
Facsimile:    (305) 372-1861
Email: sperwin@kennynachwalter.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5470 CW<br><br>*Related per October 31, 2007 Order to* Case No. C-04-1511 (CW)<br><br>**MANUAL FILING NOTIFICATION**<br><br>**PLAINTIFFS' OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS (UNREDACTED)**<br><br>Date:          March 6, 2008<br>Time:         2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:        Hon. Claudia Wilken |

1822747.1 02

Regarding the Following Filing:

Plaintiffs' Opposition to Abbott's Omnibus Motion To Dismiss.

This filing is in physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in physical form shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

_____

Dated: February 14, 2008                    Respectfully submitted,

                                            By: /s/ [signature]
                                            Attorneys for Plaintiff