1  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
2  Joseph R. Saveri (State Bar No. 130064)
   Embarcadero Center West
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
5  Email: jsaveri@lchb.com

6  *Local Counsel for Rochester Drug Cooperative, Inc.*

7  IRELL & MANELLA LLP
   Alexander Frank Wiles (CA 73596)
8  Brian Hennigan (CA 86955)
   Stephanie Kaufman (CA 162644)
9  Trevor Stockinger (CA 226359)
   1800 Avenue of the Stars #900
10 Los Angeles, CA 90067
   Telephone: (310) 277-1010
11 Facsimile: (310) 203-7199
   Email: awiles@irell.com; bhennigan@irell.com
12 skaufman@irell.com; tstockinger@irell.com

13 *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*

14
   [Additional Attorneys and Plaintiffs on Signature Page]
15

16                      UNITED STATES DISTRICT COURT
17                     NORTHERN DISTRICT OF CALIFORNIA
18                              OAKLAND DIVISION
19
   SAFEWAY INC.; WALGREEN CO.; THE       ) Case No. C 07-5470 (CW)
20 KROGER CO.; NEW ALBERTSON'S, INC.;    )
   AMERICAN SALES COMPANY, INC.; and     ) *Related per October 31, 2007 Order to*
21 HEB GROCERY COMPANY, LP,              ) *Case No. C-04-1511 (CW)*
                                         )
22              Plaintiff,               )
                                         )
23     vs.                               ) PLAINTIFFS' REQUEST FOR JUDICIAL
                                         ) NOTICE IN SUPPORT OF THEIR
                                         ) OPPOSITION TO ABBOTT'S OMNIBUS
24 ABBOTT LABORATORIES,                  ) MOTION TO DISMISS
                                         )
25              Defendant.               ) Date:      March 6, 2008
                                         ) Time:      2:00 p.m.
26                                       ) Courtroom: 2 (4th Floor)
                                         ) Judge:     Hon. Claudia Wilken
27                                       )
                                         )
28     [caption continues next page]     )
   _____)



---
PLAINTIFFS' REQ. FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S
OMNIBUS MOTION TO DISMISS)

1820401

| | | |
|---|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION )<br>d/b/a/ GLAXOSMITHKLINE,               ) | Case No. C 07-5702 (CW) |
| 2 |                                                        ) | *Related per November 19, 2007 Order to* |
|   |         Plaintiff,                                     ) | *Case No. C-04-1511 (CW)* |
| 3 |                                                        ) | |
|   |     vs.                                                ) | |
| 4 |                                                        ) | **PLAINTIFFS' REQUEST FOR JUDICIAL** |
|   | ABBOTT LABORATORIES,                                   ) | **NOTICE IN SUPPORT OF THEIR** |
| 5 |                                                        ) | **OPPOSITION TO ABBOTT'S OMNIBUS** |
|   |         Defendant.                                     ) | **MOTION TO DISMISS AND** |
| 6 |                                                        ) | **GLAXOSMITHKLINE'S OPPOSITION** |
|   |                                                        ) | **TO DEFENDANT'S MOTION TO** |
| 7 |                                                        ) | **DISMISS COMPLAINT** |
|   |                                                        ) | |
| 8 |                                                        ) | **Date:**       March 6, 2008 |
|   |                                                        ) | **Time:**       2:00 p.m. |
| 9 |                                                        ) | **Courtroom:**  2 (4th Floor) |
|   |                                                        ) | **Judge:**      Hon. Claudia Wilken |
| 10|                                                        ) | |
| 11|                                                        ) | |
| 12| MEIJER, INC. & MEIJER DISTRIBUTION,   )<br>INC., on behalf of themselves and all others ) | Case No. C 07-5985 (CW) |
|   | similarly situated,                                    ) | *Related per November 30, 2007 Order to* |
| 13|                                                        ) | *Case No. C-04-1511 (CW)* |
|   |         Plaintiffs,                                    ) | |
| 14|                                                        ) | **PLAINTIFFS' REQUEST FOR JUDICIAL** |
|   |     vs.                                                ) | **NOTICE IN SUPPORT OF THEIR** |
| 15|                                                        ) | **OPPOSITION TO ABBOTT'S OMNIBUS** |
|   | ABBOTT LABORATORIES,                                   ) | **MOTION TO DISMISS** |
| 16|                                                        ) | |
|   |         Defendant.                                     ) | **Date:**       March 6, 2008 |
| 17|                                                        ) | **Time:**       2:00 p.m. |
|   |                                                        ) | **Courtroom:**  2 (4th Floor) |
| 18|                                                        ) | **Judge:**      Hon. Claudia Wilken |
| 19|                                                        ) | |
| 20| ROCHESTER DRUG CO-OPERATIVE,          )<br>INC., on behalf of itself and all others similarly ) | Case No. C 07-6010 (CW) |
|   | situated,                                              ) | *Related per December 3, 2007 Order to* |
| 21|                                                        ) | *Case No. C-04-1511 (CW)* |
|   |         Plaintiff,                                     ) | |
| 22|                                                        ) | **PLAINTIFFS' REQUEST FOR JUDICIAL** |
|   |     vs.                                                ) | **NOTICE IN SUPPORT OF THEIR** |
| 23|                                                        ) | **OPPOSITION TO ABBOTT'S OMNIBUS** |
|   | ABBOTT LABORATORIES,                                   ) | **MOTION TO DISMISS** |
| 24|                                                        ) | |
|   |         Defendant.                                     ) | **Date:**       March 6, 2008 |
| 25|                                                        ) | **Time:**       2:00 p.m. |
|   |                                                        ) | **Courtroom:**  2 (4th Floor) |
| 26|                                                        ) | **Judge:**      Hon. Claudia Wilken |
| 27|                                                        ) | |
| 28|         [caption continues next page]                  ) | |

---

1820401

PLAINTIFFS' REQ. FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S
OMNIBUS MOTION TO DISMISS

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | Case No. C 07-6118 (CW)<br><br>*Related per December 10, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS**<br><br>Date:      March 6, 2008<br>Time:     2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:    Hon. Claudia Wilken |
| RITE AID CORPORATION; RITE AID HDQTRS, CORP,; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,<br><br>        Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | Case No. C 07-6120 (CW)<br><br>*Related per December 5, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS**<br><br>Date:      March 6, 2008<br>Time:     2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:    Hon. Claudia Wilken |

[Exhibit 1 Submitted Under Seal]

Pursuant to Federal Rule of Evidence 201(b), Plaintiffs request that the Court take judicial notice of the following documents attached as Exhibits 1 through 6:

1. Excerpts of the Rebuttal Expert Report of Joel W. Hay, Ph.D, submitted in *In re Abbott Labs Norvir Antitrust Litigation*, Case No. C-04-1511 CW. A true and correct copy of this document is attached as Exhibit 1.

2 Excerpts of the Notice of Motion and Renewed Motion of Abbott Laboratories' for Summary Judgment filed in *In re Abbott Labs Norvir* Antitrust *Litigation*, Case No. C-04-1511 CW and dated January 9, 2006. A true and correct copy of this document is attached as Exhibit 2.

3 Excerpts of the Reply Brief in Support of Abbott Laboratories' Renewed Motion for Summary Judgment filed in *In re Abbott Labs Norvir Antitrust Litigation*, Case No. C-04-1511 CW and dated March 21, 2006. A true and correct copy of this document is attached as Exhibit 3.

4 Excerpts of Abbott Laboratories' Opposition to Plaintiffs' Rule 56(f) Motion filed in *In re Abbott Labs Norvir Antitrust Litigation*, Case No. C-04-1511 CW and dated July 1, 2005. A true and correct copy of this document is attached as Exhibit 4.

5. Excerpts of the Notice of Motion and Motion for Summary Judgment of Abbott Laboratories filed in *In re Abbott Labs Norvir Antitrust Litigation*, Case No. C-04-1511 CW and dated June 1, 2005.

6. Excerpts of the Opening Brief of Appellant PeaceHealth, 2005 WL 3517798, in *Cascade Health Solutions v. PeaceHealth*, --- F.3d ----, 2008 WL 269506 (9th Cir. Feb. 1, 2008) (No. 05-35640 et al.). A true and correct copy of this document is attached as Exhibit 6.

Facts can be judicially noticed that are "not subject to reasonable dispute" because they are either 1) generally known in the jurisdiction, or are 2) "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "[M]atters of public record" outside the pleadings are appropriate for judicial notice on a motion to dismiss. *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (quoting *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986)); *see also MGIC Indem. Corp. v. Weisman*, 803 F.2d 504 (9th Cir. 1986). Moreover, court filings from other lawsuits are subject to judicial notice under Rule 201(b). *U.S. ex rel. Robinson Rancheria Citizens*

*Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) ("We 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'" (quoting *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.3d 1169, 1172 (10th Cir. 1979)). The above exhibits reflect the other proceedings in this and other federal courts that have direct relation to the matters at issue. Exhibits 2 through 5 are filings in *In re Abbott Labs Norvir Antitrust Litigation*. Plaintiffs' cases have been related to the *Norvir Antitrust Litigation* by this Court. Exhibit 1 is a rebuttal expert report from the same case that was not filed, but was exchanged between the parties to that case. Exhibit 6 is a filing from *Cascade Health Solutions v. Peacehealth*, the case Defendant primarily relies upon in its Omnibus Motion to Dismiss. The contents of these documents are not subject to reasonable dispute and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

For the foregoing reasons, Exhibits 1 through 6 may properly be considered by the Court in its ruling on Defendant's Omnibus Motion To Dismiss and on Defendant's Motion to Dismiss GSK's Complaint.

Dated: February 14, 2008

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By_____
Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jsaveri@lchb.com

*Local Counsel for Rochester Drug Cooperative, Inc.*

**[Additional Signature Block on Next Page]**

1  IRELL & MANELLA LLP

2  By _____
   Alexander Frank Wiles (CA 73596)
3  Brian Hennigan (CA 86955)
   Stephanie Kaufman (CA 162644)
4  Trevor Stockinger (CA 226359)
   1800 Avenue of the Stars #900
5  Los Angeles, CA 90067
   Telephone: (310) 277-1010
6  Facsimile: (310) 203-7199
   Email: awiles@irell.com; bhennigan@irell.com
7  skaufman@irell.com; tstockinger@irell.com

8  *Counsel for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline.*

9

10 DILLINGHAM & MURPHY, LLP

11 By _____
   William Francis Murphy
12 Email: wfm@dillinghammurphy.com
   Barbara Lynne Harris Chiang
13 Email: bhc@dillinghammurphy.com
   Edward Eldon Hartley
14 Email: eeh@dillinghammurphy.com
   225 Bush Street, Sixth Floor
15 San Francisco, CA 94104-4207
   Telephone: (415) 397-2700
16 Facsimile: (415) 397-3300

17 *Local Counsel for Safeway Inc., et al., and Rite Aid Corp., et al.*

18

19 BERGER & MONTAGUE, P.C.
   Eric L. Cramer, Pro Hac Vice
20 Email: ecramer@bm.net
   Daniel Berger
21 Email: danberger@bm.net
   David F. Sorensen
22 Email: dsorensen@bm.net
   1622 Locust Street
23 Philadelphia, PA 19103
   Telephone: (215) 875-3000
24 Facsimile: (215) 875-4604

25 *Lead Counsel for Rochester Drug Cooperative, Inc.*

26

27

28

- 3 -

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein, Pro Hac Vice
Email: bgerstein@garwingerstein.com
Noah H. Silverman, Pro Hac Vice
Email: nsilverman@garwingerstein.com
1501 Broadway, Suite 1416
New York, New York 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

*Lead Counsel for Louisiana Wholesale Drug Co., Inc.*

SPIEGEL LIAO & KAGAY, LLP

Charles M. Kagay (State Bar No. 73377)
Email: cmk@slksf.com
Wayne M. Liao (State Bar No. 66591)
Email: wml@slksf.com
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Facsimile: (415) 962-1431

*Local Counsel for Plaintiff Louisiana Wholesale Drug, Co. Inc.*

KAPLAN FOX & KILSHEIMER LLP

Laurence D. King (SBN 206423)
Email: lking@kaplanfox.com
Linda M. Fong (SBN 124232)
Email: lfong@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

Robert N. Kaplan, Pro Hac Vice
Email: rkaplan@kaplanfox.com
Linda P. Nussbaum, Pro Hac Vice
Email: lnussbaum@kaplanfox.com
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

**Additional Counsel for Plaintiffs (Client Not Specified):**

ODOM & DES ROCHES, LLP
John Gregory Odom, Pro Hac Vice
Email: greg@odrlaw.com
Stuart E. Des Roches, Pro Hac Vice
Email: stuart@odrlaw.com
John Alden Meade, Pro Hac Vice
Email: jmeade@odrlaw.com.
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078


PERCY SMITH & FOOTE, LLP
David P. Smith, Pro Hac Vice
Email: dpsmith@psfllp.com
W. Ross Foote, Pro Hac Vice
Email: rfoote@psfllp.com
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Telephone: (318) 445-4480
Facsimile: (318) 487-1741


KOZYAK TROPIN & THROCKMORTON
Tucker Ronzetti, Pro Hac Vice
Email: tr@kttlaw.com
Adam Moskowitz, Pro Hac Vice
Email: amm@kttlaw.com
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2335
Telephone: (305) 372-1800
Telecopier: (305) 372-3508


AUBERTINE DRAPER ROSE, LLP
Andrew E. Aubertine, Pro Hac Vice
Email: aa@adr-portland.com
1211 SW Sixth Avenue
Portland, Oregon 97204
Telephone: (503) 221-4570
Facsimile: (503) 221-4590

LAW OFFICES OF JOSHUA P. DAVIS
Joshua P. Davis (State Bar No. 193254)
Email: davisj@usfca.edu
437A Valley Street
San Francisco, CA 94131
Telephone: (415) 422-6223


VANEK, VICKERS & MASINI, P.C.
Joseph M. Vanek, Pro Hac Vice
Email: jvanek@vaneklaw.com
David P. Germaine, Pro Hac Vice
Email: dgermaine@vaneklaw.com
111 South Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510
SPERLING & SLATER
Paul E. Slater, Pro Hac Vice
Email: pes@sperling-law.com
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492


KENNY NACHWALTER, PA
Lauren C. Ravkind
Scott Eliot Perwin
Email: sperwin@kennynachwalter.com
201 S. Biscayne Blvd.
1100 Miami Center
Miami, Florida 33131
Telephone: (512) 480-802


ARNOLD & PORTER
Kenneth A. Letzler, Pro Hac Vice
Email: Kenneth_Letzler@aporter.com
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999


HANGLEY ARONCHICK SEGAL & PUDLIN
Steve D. Shadowen
Email: sshadowen@hangley.com
Monica L. Rebuck
Email: mrebuck@hangley.com
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone:  (717) 364-1007
Facsimile: (717) 362-1020

PLAINTIFFS' REQ. FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S
OMNIBUS MOTION TO DISMISS

1820401