DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (SBN 82482)
EDWARD E. HARTLEY (SBN 122892)
BARBARA L. HARRIS CHIANG (SBN206892)
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300
Email: wfm@dillinghammurphy.com

KENNY NACHWALTER, P.A.
SCOTT E. PERWIN (Admitted *Pro Hac Vice*)
LAUREN C. RAVKIND (Admitted *Pro Hac Vice*)
1100 Miami Center
201 South Biscayne Blvd.
Miami, Florida 33131-4327
Telephone:    (305) 373-1000
Facsimile:    (305) 372-1861
Email: sperwin@kennynachwalter.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5470 CW<br><br>*Related per October 31, 2007 Order to*<br>Case No. C-04-1511 (CW)<br><br>MANUAL FILING NOTIFICATION<br><br>CONFIDENTIAL EXHIBIT TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS<br><br>Date:    March 6, 2008<br>Time:    2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:    Hon. Claudia Wilken |

1822747.1 02

1  Regarding the Following Filing:

2  Exhibit 1 to Plaintiffs' Request For Judicial Notice In Support Of Their Opposition To
3  Abbott's Omnibus Motion To Dismiss.

4  This filing is in physical form only, and is being maintained in the case file in the Clerk's
5  office.

6  If you are a participant in this case, this filing will be served in physical form shortly.

7  For information on retrieving this filing directly from the court, please see the court's main
8  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9  This filing was not efiled for the following reason(s):

10  [_] Voluminous Document (PDF file size larger than the efiling system allows)

11  [_] Unable to Scan Documents

12  [_] Physical Object (description):

13  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

14  [X] Item Under Seal

15  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

16  [_] Other (description): _____

17  _____

18

19  Dated:  February 14, 2008                    Respectfully submitted,

20

21

22                                              By: _____/s/_____

23                                              Attorneys for Plaintiff

24

25

26

27

28

1822747.1 02                    - 2 -