```
 1  DILLINGHAM & MURPHY, LLP
    WILLIAM F. MURPHY (STATE BAR NO. 82482)
 2  EDWARD E. HARTLEY (SBN 122892)
    BARBARA L. HARRIS CHIANG (SBN206892)
 3  225 Bush Street, 6th Floor
    San Francisco, California 94104
 4  Telephone:    (415) 397-2700
    Facsimile:    (415) 397-3300
 5  Email: wfm@dillinghammurphy.com

 6
    KENNY NACHWALTER, PA
 7  SCOTT E. PERWIN (FL SBN 710083 - Pro Hac Vice)
    1100 Miami Center
 8  201 South Biscayne Blvd.
    Miami, Florida 33131-4327
 9  Telephone:    (305) 373-1000
    Facsimile:    (305) 372-1861
10  Email: sperwin@kennynachwalter.com

11  LAUREN C. RAVKIND (TX SBN 16586950–Pro Hac)
    One Congress Plaza
12  111 Congress Avenue, Suite 1060
    Austin, TX 78701
13  Telephone: 512-480-8023
    Facsimile: 512-480-8037
14  Email: lravkind@kennynachwalter.com

15         Attorneys for PLAINTIFFS

16                        UNITED STATES DISTRICT COURT
17                       NORTHERN DISTRICT OF CALIFORNIA
18
    SAFEWAY INC.; WALGREEN CO.; THE         Case No.: C-07-05470 CW
19  KROGER CO.; NEW ALBERTSON'S, INC.;
    and AMERICAN SALES COMPANY,             Related per October 31, 2007 Order to
20                                          Case No. C-04-1511 CW
                  Plaintiffs,
21         v.                               CERTIFICATE OF SERVICE

22  ABBOTT LABORATORIES,

23                Defendant.
```

Certificate of Service - Page 1
Case No. C-07-5470 CW

## CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On February 14, 2008, I served the following document on the party listed below:

1. **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**
2. **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**
3. **MANUAL FILING NOTIFICATION – PLAINTIFFS' OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS (UNREDACTED)**
4. **MANUAL FILING NOTIFICATION – EXHIBIT 1 TO REQUEST FOR JUDICIAL NOTICE**
5. **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
6. **REQUEST FOR JUDICIAL NOTICE**
7. **PLAINTIFFS' OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS**

☑ **((BY PERSONAL SERVICE)** By causing a true copy thereof enclosed to be personally delivered on the date indicated below.

Nicole M. Norris
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Tel: 415-591-1000
Fax: 415-591-1400
Email: nnorrise@winston.com
*Attorneys for Defendant*
***ABBOTT LABORATORIES***

☑ **(BY ELECTRONIC DELIVERY)** By sending a true copy thereof in pdf format electronically the party(ies) listed below at the appropriate email address(es).

Nicole M. Norris
WINSTON & STRAWN LLP
Email: nnorrise@winston.com

David J. Doyle
WINSTON & STRAWN LLP
ddoyle@winston.com

James F. Hurst
WINSTON & STRAWN LLP
jhurst@winston.com, ECF_CH@winston.com

Samuel S. Park
WINSTON & STRAWN LLP
spark@winston.com

***Attorneys for Defendant***
***ABBOTT LABORATORIES***


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 14, 2008, at San Francisco, California.

_____
Mardoux Graff