IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | No. C 04-01511 CW |
| ABBOTT LABORATORIES ANTITRUST LITIGATION | |
| _____ | |
| SAFEWAY, INC., et al. | No. C 07-05470 CW |
|     v. | |
| ABBOT LABORATORIES | |
| _____ | |
| SMITHKLINE BEECHAM CORPORATION, | No. C 07-05702 CW |
|     v. | |
| ABBOTT LABORATORIES | |
| _____ | |
| MEIJER INC., et al., | No. C 07-05985 CW |
|     v. | |
| ABBOTT LABORATORIES | |
| _____ | |
| ROCHESTER DRUG CO-OPERATIVE, INC., | No. C 07-06010 CW |
|     v. | |
| ABBOTT LABORATORIES | |
| _____ | |
| LOUISIANA WHOLESALE DRUG CO., INC. | No. C 07-06118 CW |
|     v. | |
| ABBOTT LABORATORIES | |
| _____ | |
| RITE AIDE CORP., et al., | No. C 07-06120 CW |
|     v. | |
| ABBOTT LABORATORIES | CLERK'S NOTICE RE DOCUMENT FILING |
| _____/ | |

1    It has come to the Court's attention that counsel in the
2 above-captioned related cases have been incorrectly e-filing
3 documents in these related cases.  The above-captioned cases have
4 been deemed related; therefore, if counsel is filing a document
5 that applies to **all** of the related cases, then the document must be
6 e-filed in **all** of the cases and the caption shall include all the
7 names and case numbers of the cases.  If counsel is filing a
8 document that applies only to **certain** cases, then the document is
9 only e-filed in those **particular** cases and shall be captioned with
10 only those particular case names and numbers.  If a document
11 applies to **one** case then the document is only filed in the **one** case
12 and shall be captioned with only that case name and number.  In
13 addition, it is only necessary to provide **one courtesy copy** to
14 chambers of a document even though it may have been filed in more
15 than one case.

DATED: 2/25/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk