Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K. Street, N.W.
Washington, D.C. 20006
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email:      cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | **Case Nos.** **C-07-5470 CW** **C-07-5702 CW** **C-07-5985 CW** **C-07-6010 CW** **C-07-6118 CW** **C-07-6120 CW** **NOTICE OF APPEARANCE FOR CHARLES B. KLEIN ON BEHALF OF ABBOTT LABORATORIES** **The Honorable Judge Wilken** |

NOTICE OF APPEARANCE FOR C. KLEIN ON BEHALF OF ABBOTT LABORATORIES
Case Nos. C-07-5470 CW, C-07-5702 CW, C-07-5985 CW, C-07-6010 CW, C-07-6118 CW, C-07-6120 CW

**CHI:2052454.1**

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Charles B. Klein hereby enters his appearance as counsel of record for Defendant Abbott Laboratories. Mr. Klein is admitted *pro hac vice* in related case nos.: C-04-1511 CW and C-04-4203 CW.

Copies of all pleading papers and notices should be served as follows:

| | |
|---|---|
| Nicole M. Norris<br>WINSTON & STRAWN LLP<br>101 California Street, Suite 3900<br>San Francisco, CA 94111-5894<br>Telephone:  415-591-1000<br>Facsimile:  415-591-1400<br>Email:  nnorris@winston.com | Charles B. Klein<br>WINSTON & STRAWN LLP<br>1700 K. Street, N.W.<br>Washington, D.C. 20006<br>Telephone:  202-282-5000<br>Facsimile:  202-282-5100<br>Email:  cklein@winston.com |

Dated: February 27, 2008            WINSTON & STRAWN LLP

By:     /s/ Charles B. Klein
            Charles B. Klein

1

NOTICE OF APPEARANCE FOR C. KLEIN ON BEHALF OF ABBOTT LABORATORIES
Case Nos. C-07-5470 CW, C-07-5702 CW, C-07-5985 CW, C-07-6010 CW, C-07-6118 CW, C-07-6120 CW

CHI:2052454.1