Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
Stephanie S. McCallum (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com;
spark@winston.com; smccallum@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K. Street, N.W.
Washington, D.C. 20006
Telephone:    202-282-5000
Facsimile:    202-282-5100
Email:        cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | Case Nos.<br><br>**C-07-5470 CW**<br>**C-07-5702 CW**<br>**C-07-5985 CW**<br>**C-07-6010 CW**<br>**C-07-6118 CW**<br>**C-07-6120 CW**<br><br>**NOTICE OF APPEARANCE FOR STEPHANIE S. MCCALLUM ON BEHALF OF ABBOTT LABORATORIES**<br><br>**The Honorable Judge Wilken** |

---

NOTICE OF APPEARANCE FOR S. MCCALLUM ON BEHALF OF ABBOTT LABORATORIES
Case Nos. C-07-5470 CW, C-07-5702 CW, C-07-5985 CW, C-07-6010 CW, C-07-6118 CW, C-07-6120 CW

CHI:2052467.1

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Stephanie S. McCallum hereby enters his appearance as counsel of record for Defendant Abbott Laboratories. Ms. McCallum is admitted *pro hac vice* in related case nos.: C-04-1511 CW and C-04-4203 CW.

Copies of all pleading papers and notices should be served as follows:

| | |
|---|---|
| Nicole M. Norris<br>WINSTON & STRAWN LLP<br>101 California Street, Suite 3900<br>San Francisco, CA 94111-5894<br>Telephone:   415-591-1000<br>Facsimile:     415-591-1400<br>Email:            nnorris@winston.com | Stephanie S. McCallum<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone:   312-558-5600<br>Facsimile:     312-558-5700<br>Email:            smccallum@winston.com |

Dated: February 27, 2008             WINSTON & STRAWN LLP

                                     By:    /s/ Stephanie S. McCallum
                                              Stephanie S. McCallum

---

1

NOTICE OF APPEARANCE FOR S. MCCALLUM ON BEHALF OF ABBOTT LABORATORIES
Case Nos. C-07-5470 CW, C-07-5702 CW, C-07-5985 CW, C-07-6010 CW, C-07-6118 CW, C-07-6120 CW

CHI:2052467.1