UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEWAY v. ABBOTT LABS | NO. C 07-05470 CW |
| SMITHKLINE BEECHMAN v. ABBOTT LABS | NO. C 07-05702 CW |
| MEIJER, INC. v. ABBOTT LABS | NO. C 07-05985 CW |
| ROCHESTER DRUG CO-OP v. ABBOTT LABS | NO. C 07-06010 CW |
| LOUISIANA WHOLESALE v. ABBOTT LABS | NO. C 07-06118 CW |
| RITE AIDE v. ABBOTT LABS | NO. C 07-06120 CW |

**MINUTE ORDER**
Date: 3/6/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill    Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Alexander Wiles; Trevor Stockinger; Eric Cramer; Brendan Glackin; Linda Nussbaum; John Radice; Andrew Aubertine; Wayne Liao; Timothy Thelen; Kenneth Letzler; Steve Shadowen; Bruce Gerstein; Scott Perwin

**Appearances for Defendant:**
James Hurst; Nicole Norris

**Motions:**

C-07-5470
Dft. Abbott Labs      Mo. to dismiss          Under Submission
                      plaintiffs Sherman
                      Act claims pursuant
                      to Rule 12(b)(6)

C-07-5702
Dft. Abbot Labs       Mo. to transfer         Under Submission
                      pursuant to 28 USC
                      1404(a)
                      Mo. to dismiss
                      plaintiff's claims
                      pursuant to 12(b)(6)
                      Mo. to dismiss
                      plaintiffs' Sherman
                      Act claims pursuant
                      to Rule 12(b)(6)

C-07-5984
Dft. Abbott Labs      Mo. to dismiss          Under Submission
                      plaintiffs'
                      consolidated amended

|  |  |  |
|---|---|---|
|  | complaint pursuant to 12(b)(6) |  |
| C-07-6010<br>Dft. Abbott Labs | Mo. to dismiss plaintiffs' consolidated amended complaint pursuant to 12(b)(6) | Under Submission |
| C-07-6118<br>Dft. Abbott Labs | Mo. to dismiss plaintiffs' consolidated amended complaint pursuant to 12(b)(6) | Under Submission |
| C-07-6120<br>Dft. Abbott Labs | Mo. to dismiss plaintiffs' Sherman Act claims pursuant to Rule 12(b)(6) | Under Submission |

Further briefing due:  Dft. Abbott Labs to submit 5 page supplemental brief within 7 days; Plaintiffs' response limited to 5 pages due 5 days thereafter
Order to be prepared by:  Court

Notes:  Motions taken under submission.

Copies to:  Chambers