Joseph R. Saveri (SBN 130064)
*jsaveri@lchb.com*
Brendan Glackin (SBN 199643)
*bglackin@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Class Counsel for Direct Purchaser Class Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>*Related per October 31, 2007 Order to* **Case No. C-04-1511 CW**<br><br>CONSOLIDATED CASE<br><br>***EX PARTE* APPLICATION TO <u>FILE DOCUMENTS UNDER SEAL</u>**<br><br>**Hon. Claudia Wilken** |
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C07-5470 (CW)<br><br>*Related per October 31, 2007 Order to* **Case No. C-04-1511 CW**<br><br>**Hon. Claudia Wilken** |
| --[*caption continues on next page*]— | |

| | |
|---|---|
| RITE AID CORPORATION; RITE AID HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | Case No. C07-6120 (CW) <br><br> *Related per October 31, 2007 Order to* **Case No. C-04-1511 CW** <br><br> **Hon. Claudia Wilken** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Direct Purchaser Class Plaintiffs, by and through their counsel, respectfully ask the Court, on an *ex parte* basis, for an order permitting them to file under seal:

- Brief of Direct Purchaser Class Plaintiffs In Opposition to Abbott's Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (the "Brief").

Plaintiffs request that the unredacted version of Brief be filed under seal pursuant to Local Rule 79-5(d) because it refers to a document that defendant Abbott Laboratories has designated "confidential" pursuant to the protective order. Plaintiffs have lodged with the court the Brief and a redacted Brief in accordance with Local Rule 79-5(d).

Dated: June 19, 2008              Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:     /s/Brendan Glackin
             Brendan Glackin

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Class Counsel for Direct Purchaser Class Plaintiffs*

Dated: June 19, 2008					DILLINGHAM & MURPHY, LLP

							By:        /s/ Barbra L. Harris Chiang
							         Barbra L. Harris Chiang

							William F. Murphy (State Bar No. 82482)
							Edward E. Hartley (State Bar No. 122892)
							Barbara L. Harris Chiang (State Bar No. 206892)
							DILLINGHAM & MURPHY, LLP
							225 Bush Street, 6th Floor
							San Francisco, California 94104
							Telephone:	(415) 397-2700
							Facsimile:	(415) 397-3300
							Email: wfm@dillinghammurphy.com

							Scott E. Perwin (FL SBN 710083 - *Pro Hac Vice*)
							KENNY NACHWALTER, PA
							1100 Miami Center
							201 South Biscayne Blvd.
							Miami, Florida 33131-4327
							Telephone:	(305) 373-1000
							Facsimile:	(305) 372-1861
							Email: sperwin@kennynachwalter.com

							Steve D. Shadowen (PA SBN 41953 – *Pro Hac Vice*)
							Monica L. Rebuck (PA SBN 78225 – *Pro Hac Vice*)
							HANGLEY ARONCHICK SEGAL & PUDLIN
							30 North Third Street, Suite 700
							Harrisburg, PA 17101-1701
							Telephone:  (717) 364-1030
							Facsimile:   (717) 364-1020

							Email:  sshadowen@hangley.com

							*Attorneys for PlaintiffsAttorneys for Plaintiffs*