1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
4  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
5  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
6
   *Class Counsel for Direct Purchaser Class Plaintiffs*
7
   [Additional Counsel Listed on Signature Page]
8
9           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
10                 (OAKLAND DIVISION)

| | |
|---|---|
| 11  MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>12<br>13          Plaintiffs,<br>14     v.<br>15  ABBOTT LABORATORIES,<br>16          Defendant.<br>17<br>18<br>19 | Case No. C 07-5985 CW<br><br>*Related per October 31, 2007 Order to* **Case No. C-04-1511 CW**<br><br>CONSOLIDATED CASE<br><br>**MANUAL FILING NOTIFICATION: BRIEF OF DIRECT PURCHASER PLAINTIFFS IN OPPOSITION TO ABBOTT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>**Hon. Claudia Wilken** |
| 20  SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>21<br>22<br>23          Plaintiffs,<br>24     v.<br>25  ABBOTT LABORATORIES,<br>26          Defendant.<br>27  --[*caption continues on next page*]— | Case No. C07-5470 (CW)<br><br>*Related per October 31, 2007 Order to* **Case No. C-04-1511 CW**<br><br>**Hon. Claudia Wilken** |

28

| | |
|---|---|
| RITE AID CORPORATION; RITE AID HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., <br><br>Plaintiffs, <br><br>v. <br><br>ABBOTT LABORATORIES, <br><br>Defendant. | Case No. C07-6120 (CW) <br><br>*Related per October 31, 2007 Order to* **Case No. C-04-1511 CW** <br><br>**Hon. Claudia Wilken** |

## **MANUAL FILING NOTIFICATION**

Regarding: Brief of Direct Purchaser Class Plaintiffs In Opposition to Abbott's Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b)

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
     _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
     _____

| | | |
|---|---|---|
| 1 | Dated: June 19, 2008 | Respectfully submitted, |
| 2 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 4 | | By: _____ /s/ Brendan Glackin _____ |

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Class Counsel for Direct Purchaser Class Plaintiffs*

| | |
|---|---|
| 1 | Dated: June 19, 2008 |
| 2 | DILLINGHAM & MURPHY, LLP |
| 3 | By:           /s/ Barbra L. Harris Chiang<br>            Barbra L. Harris Chiang |
| 4 | William F. Murphy (State Bar No. 82482)<br>Edward E. Hartley (State Bar No. 122892) |
| 5 | Barbara L. Harris Chiang (State Bar No. 206892)<br>DILLINGHAM & MURPHY, LLP |
| 6 | 225 Bush Street, 6th Floor<br>San Francisco, California 94104 |
| 7 | Telephone:     (415) 397-2700<br>Facsimile:      (415) 397-3300 |
| 8 | Email: wfm@dillinghammurphy.com |
| 9 | Scott E. Perwin (FL SBN 710083 - *Pro Hac Vice*)<br>KENNY NACHWALTER, PA |
| 10 | 1100 Miami Center<br>201 South Biscayne Blvd. |
| 11 | Miami, Florida 33131-4327 |
| 12 | Telephone:     (305) 373-1000<br>Facsimile:      (305) 372-1861 |
| 13 | Email: sperwin@kennynachwalter.com |
| 14 | |
| 15 | Steve D. Shadowen (PA SBN 41953 – *Pro Hac Vice*)<br>Monica L. Rebuck (PA SBN 78225 – *Pro Hac Vice*) |
| 16 | HANGLEY ARONCHICK SEGAL & PUDLIN<br>30 North Third Street, Suite 700 |
| 17 | Harrisburg, PA 17101-1701<br>Telephone: (717) 364-1030 |
| 18 | Facsimile:   (717) 364-1020 |
| 19 | Email: sshadowen@hangley.com<br>*Attorneys for Plaintiffs* |

768132.1

-4-

MANUAL FILING NOTIFICATION
CASE NOS. C07-5985(CW); C07-6010(CW); C07-6118(CW)