<div style="margin-left: side-caption">**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**</div>

1  Nicole M. Norris (SBN 222785)
   WINSTON & STRAWN LLP
2  101 California Street, Suite 3900
   San Francisco, CA  94111-5894
3  Telephone:    415-591-1000
   Facsimile:    415-591-1400
4  Email: nnorris@winston.com

5  James F. Hurst (*Admitted Pro Hac Vice*)
   David J. Doyle (*Admitted Pro Hac Vice*)
6  Samuel S. Park (*Admitted Pro Hac Vice*)
   WINSTON & STRAWN LLP
7  35 W. Wacker Drive
   Chicago, IL 60601-9703
8  Telephone:    312-558-5600
   Facsimile:    312-558-5700
9  Email: jhurst@winston.com; ddoyle@winston.com;
   spark@winston.com
10
   Charles B. Klein (*Admitted Pro Hac Vice*)
11 WINSTON & STRAWN LLP
   1700 K Street, N.W.
12 Washington, D.C.  20007
   Telephone:    202-282-5000
13 Facsimile:    202-282-5100
   Email: cklein@winston.com
14
   Attorneys for Defendant
15 ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant.<br><br>[caption continues on next page] | **Case No. C 07-5985 CW**<br><br>*Related by October 31, 2007 Order to:*<br>*Case No. C 04-1511 CW*<br><br>**CONSOLIDATED CASE**<br><br>**DECLARATION OF STEPHANIE S. MCCALLUM IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION TO SEAL**<br><br>**The Honorable Judge Wilken** |

1
CASE NOS. C 07-5985; C 07-5470 CW; C-07-6120 – DECLARATION OF
STEPHANIE S. MCCALLUM IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION TO SEAL

**Winston & Strawn LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP, <br><br>        Plaintiffs, <br><br>    vs. <br><br>ABBOTT LABORATORIES, <br><br>        Defendant. | **Case No. C 07-5470 CW** <br><br> *Related by October 31, 2007 Order to:* <br><br> *Case No. C 04-1511 CW* <br><br> **DECLARATION OF STEPHANIE S. MCCALLUM IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** <br><br> The Honorable Judge Wilken |
| RITE AID CORPORATION; RITE AID HDQTRS. CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., <br><br>        Plaintiffs, <br><br>    vs. <br><br>ABBOTT LABORATORIES, <br><br>        Defendant. | **Case No. C 07-6120 CW** <br><br> *Related by October 31, 2007 Order to:* <br><br> *Case No. C 04-1511 CW* <br><br> **DECLARATION OF STEPHANIE S. MCCALLUM IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** <br><br> **The Honorable Judge Wilken** |

I, Stephanie S. McCallum, declare:

1. I am an attorney at law, admitted to practice in this Court for this matter. I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories, and I am authorized to make this Declaration in that capacity.

2. I submit this Declaration under Local Rule 79-5 (c) and (d) in support of filing those documents and the portions of the Direct Purchaser Class Plaintiffs' brief that reference them, which Abbott produced as "confidential" or "highly confidential," under seal.

3. On July 19, 2008 the plaintiffs in the above captioned cases filed a redacted version of their opposition to Abbott Laboratories Motion for Certification of Interlocutory Appeal. Also attached to their opposition was an Abbott internal document that was produced to plaintiffs pursuant to a stipulated protective order entered in the above referenced action. Upon review of the redacted portions of the brief, and the attached document, Abbott has determined that those portions should remain under seal because they contain confidential information that could be valuable to competitors and therefore could cause harm to Abbott.

3. It is my understanding that the document and redacted portions of the brief reflect, in general, Abbott's strategic thinking and views related to pricing, public relations, marketing, research and development, market positioning, promotional activities, market segmentation, strategic brainstorming, long-range planning, sales, and lifecycle management of its pharmaceutical products that are not shared with the public or widely disseminated even within Abbott. It is my understanding that this information is kept in the highest confidence even within Abbott and is not intended to be disseminated to the general public or Abbott's competitors.

4. Moreover, the information contained in these documents could be useful to Abbott's competitors who would learn Abbott's strategic thinking, decision-making processes, and the type of information used to make its important decisions. Specifically, the documents referenced specifically discuss Abbott's strategy related to how to position Kaletra and Norvir and some of Abbott's confidential estimates about the projections for these drugs. Accordingly, any disclosure of this information would be harmful to Abbott.

1    I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.
3        Executed in Chicago, Illinois.

Dated: July 1, 2008                                  /s/ Stephanie S. McCallum
                                                     Stephanie S. McCallum
                                                     Attorney for Defendant Abbott
                                                     Laboratories

**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**