1  Nicole M. Norris (SBN 222785)
   WINSTON & STRAWN LLP
2  101 California Street, Suite 3900
   San Francisco, CA  94111-5894
3  Telephone:   415-591-1000
   Facsimile:   415-591-1400
4  Email: nnorris@winston.com

5  James F. Hurst (*Admitted Pro Hac Vice*)
   David J. Doyle (*Admitted Pro Hac Vice*)
6  Samuel S. Park (*Admitted Pro Hac Vice*)
   WINSTON & STRAWN LLP
7  35 W. Wacker Drive
   Chicago, IL 60601-9703
8  Telephone:   312-558-5600
   Facsimile:   312-558-5700
9  Email: jhurst@winston.com; ddoyle@winston.com;
   spark@winston.com
10
   Charles B. Klein (*Admitted Pro Hac Vice*)
11 WINSTON & STRAWN
   1700 K. Street, N.W.
12 Washington, D.C., 20006-3817
   Telephone:   202-282-5000
13 Facsimile:   202-282-5100
   Email: cklein@winston.com
14
   Attorneys for Defendant
15 ABBOTT LABORATORIES

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18                        **OAKLAND DIVISION**

| | |
|---|---|
| 19  MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | **Case No. C 07-5985 CW** |
| 20 | *Related by October 31, 2007 Order to:* |
| | *Case No. C 04-1511 CW* |
| 21         Plaintiffs, | |
| | **CONSOLIDATED CASE** |
| 22    vs. | |
| | **ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SEAL** |
| 23  ABBOTT LABORATORIES, | |
| 24         Defendant. | **The Honorable Judge Wilken** |
| 25 | |
|    [caption continues on next page] | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE CERTAIN
DOCUMENTS UNDER SEAL CASE NOS. C 07-5985;C 07-5470 CW; C-07-6120

**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP, <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | **Case No. C 07-5470 CW** <br><br> *Related by October 31, 2007 Order to:* <br><br> *Case No. C 04-1511 CW* <br><br> **ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SEAL** <br><br> The Honorable Judge Wilken |
| RITE AID CORPORATION; RITE AID HDQTRS. CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | **Case No. C 07-6120 CW** <br><br> *Related by October 31, 2007 Order to:* <br><br> *Case No. C 04-1511 CW* <br><br> **ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SEAL** <br><br> **The Honorable Judge Wilken** |

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL CASE NOS. C 07-5985;C 07-5470 CW; C-07-6120

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

Having considered Plaintiffs' Ex Parte Administrative Motion to File Certain Documents Under Seal and the supporting Declaration of Stephanie S. McCallum, and finding good cause, therefore, Plaintiffs' Motion is GRANTED.

Accordingly, the following materials shall be filed UNDER SEAL:

- Portions of Brief of Direct Purchaser Plaintiffs In Opposition To Abbott's Motion For Certification Of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b).

- Exhibit 1 to the Brief of Direct Purchaser Plaintiffs In Opposition To Abbott's Motion For Certification Of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b).

7/3/08

Dated: _____     By: _____
                                        Hon. Claudia Wilken
                                        United States District Judge