1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (SBN 82482)
2  EDWARD E. HARTLEY (SBN 122892)
   BARBARA L. HARRIS CHIANG (SBN206892)
3  225 Bush Street, 6th Floor
   San Francisco, California 94104
4  Telephone:    (415) 397-2700
   Facsimile:    (415) 397-3300
5  Email: wfm@dillinghammurphy.com

6  KENNY NACHWALTER, PA
   SCOTT E. PERWIN (admitted pro hac vice)
7  LAUREN C. RAVKIND (admitted pro hac vice)
   1100 Miami Center
8  201 South Biscayne Blvd.
   Miami, Florida 33131-4327
9  Telephone:    (305) 373-1000
   Facsimile:    (305) 372-1861
10 Email: sperwin@kennynachwalter.com

11      Attorneys for PLAINTIFFS

12
13                  UNITED STATES DISTRICT COURT
14                  NORTHERN DISTRICT OF CALIFORNIA
15                         OAKLAND DIVISION

16
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC. and HEB GROCERY COMPANY, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | Case No.: C 07-5470 CW <br><br> **NOTICE OF PRODUCTION FROM NON-PARTY** |
|---|---|

        PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil

Procedure, Plaintiffs intend to serve the attached subpoena requiring the production of

documents and things before trial.

Respectfully submitted,

DILLINGHAM & MURPHY LLP

KENNY NACHWALTER P.A.

By: s/Scott E. Perwin

Scott E. Perwin
Lauren C. Ravkind
1100 Miami Center
201 South Biscayne Boulevard
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

335359.1