IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>ABBOTT LABORATORIES ANTITRUST LITIGATION<br>_____ | No. C 04-01511 CW |
| SAFEWAY, INC., et al.<br><br>    v.<br><br>ABBOT LABORATORIES<br>_____ | No. C 07-05470 CW |
| SMITHKLINE BEECHAM CORPORATION,<br><br>    v.<br><br>ABBOTT LABORATORIES<br>_____ | No. C 07-05702 CW |
| MEIJER INC., et al.,<br><br>    v.<br><br>ABBOTT LABORATORIES<br>_____ | No. C 07-05985 CW |
| ROCHESTER DRUG CO-OPERATIVE, INC.,<br><br>    v.<br><br>ABBOTT LABORATORIES<br>_____ | No. C 07-06010 CW |
| LOUISIANA WHOLESALE DRUG CO., INC.<br><br>    v.<br><br>ABBOTT LABORATORIES<br>_____ | No. C 07-06118 CW |
| RITE AIDE CORP., et al.,<br><br>    v.<br><br>ABBOTT LABORATORIES<br>_____/ | No. C 07-06120 CW<br><br>CLERK'S NOTICE RE FILING OF TENTATIVE RULING IN RELATED CASE |

    Notice is hereby given that the attached Tentative Order Certifying Issues and Granting Leave to Seek Appeal was electronically filed today in related case C-04-1511 CW, <u>In Re Abbott Laboratories Norvir Anti-Trust Litigation</u>.

DATED: 8/19/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk