1  IRELL & MANELLA LLP
   Alexander F. Wiles (CA 73596) *awiles@irell.com*
2  Brian Hennigan (CA 86955) *bhennigan@irell.com*
   Stephanie Kaufman (CA 162644) *skaufman@irell.com*
3  Trevor V. Stockinger (CA 226359) *tstockinger@irell.com*
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California  90067-4276
   Telephone: (310) 277-1010
5  Facsimile: (310) 203-7199

6  ARNOLD & PORTER  LLP
   Kenneth A. Letzler, Pro Hac Vice
7  555 Twelfth Street, NW
   Washington DC  20004-1206
8  Telephone: (202) 942-5000
   Facsimile: (202) 942-5999

9
   *Counsel for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline*
10
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
11 Joseph R. Saveri *jsaveri@lchb.com*
   Brendan Glackin *bglackin@lchb.com*
12 Embarcadero Center West
   275 Battery Street, 30th Floor
13 San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
14 Facsimile:   (415) 956-1008

15 *Counsel for Class Direct Purchaser Plaintiffs*

16 [ADDITIONAL COUNSEL ON SIGNATURE PAGE]

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**
                        **OAKLAND DIVISION**
19

20 Safeway Inc; Walgreen Co.; The Kroger Co.;      )   Case No. C07-5470 (CW)
   New Albertson's, Inc.; American Sales          )
21 Company, Inc.; and HEB Grocery Company,        )   *Related per November 19, 2007 Order to*
   LP,                                            )   Case No. C04-1511 (CW)
22                                                )
            Plaintiff,                            )   **ORDER GRANTING STIPULATION**
23                                                )   **MODIFYING CASE SCHEDULE AND**
   v.                                             )   **SETTING DEPOSITION PROCEDURES**
24                                                )
   Abbott Laboratories,                           )   **Hon. Claudia Wilken**
25                                                )
            Defendant.                            )
26                                                )
                                                  )
27 _____           )
                                                  )
28 *(Caption continued on next page)*             )
                                                  )

| | |
|---|---|
| 1 | ) |
| 2   SmithKline Beecham Corporation d/b/a | )   Case No. C07-5702 (CW) |
| 3   GlaxoSmithKline, | )   *Related per November 19, 2007 Order to* |
| | )   Case No. C04-1511 (CW) |
| 4         Plaintiff, | ) |
| 5   v. | ) |
| 6   Abbott Laboratories, | ) |
| 7         Defendant. | ) |
| 8   Meijer, Inc. & Meijer Distribution, Inc., | )   Case No. C07-5985 (CW) |
| | )   (Consolidated Cases) |
| 9   Rochester Drug Co-Operative, Inc.,, and | ) |
| | )   *Related per November 19, 2007 Order to* |
| 10   Louisiana Wholesale Drug Company, Inc., on | )   Case No. C04-1511 (CW) |
| | behalf of themselves and all others similarly | ) |
| 11   situated, | ) |
| |         Plaintiffs, | ) |
| 12   v. | ) |
| 13   Abbott Laboratories, | ) |
| 14         Defendant. | ) |
| 15 | ) |
| 16   Rite Aid Corporation; Rite Aid Hdqtrs Corp.; | )   Case No. 07-6120 (CW) |
| | JCG (PJC) USA, LLC; Maxi Drug, Inc d/b/a | ) |
| 17   Brooks Pharmacy; Eckerd Corporation; CVS | )   *Related per November 19, 2007 Order to* |
| | Pharmacy, Inc.; and Caremark LLC, | )   Case No. C04-1511 (CW) |
| 18         Plaintiffs, | ) |
| 19   v. | ) |
| 20   Abbott Laboratories, | ) |
| 21         Defendant. | ) |
| 22 | ) |
| 23 | ) |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1    WHEREAS the parties jointly agree that an extension of the fact discovery cut-off
2    is needed to complete discovery in the above captioned cases;

3    WHEREAS the parties jointly agree that modification of dates subsequent to the
4    fact discovery cut-off is needed to accommodate such an extension;

5    WHEREAS this Stipulation does not alter the date of trial or final pre-trial
6    conference;

7    WHEREAS the parties have made preliminary inquiries of the Court concerning
8    the proposed new date for the hearing on dispositive motions and have been informed that the
9    Court is no longer unavailable after mid-July 2009;

10   WHEREAS the parties jointly seek to conduct discovery efficiently and therefore
11   have reached an agreement to provide procedures for depositions taken in these cases;

12   **IT IS HEREBY STIPULATED AND AGREED** by and among the attorneys for
13   plaintiffs, Safeway Inc, Walgreen Co., The Kroger Co., New Albertson's, Inc., American Sales
14   Company, Inc., HEB Grocery Company, LP, Rite Aid Corporation, Rite Aid Hdqtrs Corp., JCG
15   (PJC) USA, LLC, Maxi Drug, Inc d/b/a Brooks Pharmacy, Eckerd Corporation, CVS Pharmacy,
16   Inc., and Caremark LLC (collectively "Opt-Out Direct Purchaser Plaintiffs"); GlaxoSmithKline
17   ("GSK"); Meijer, Inc. & Meijer Distribution, Inc., Rochester Drug Co-Operative, Inc., and
18   Louisiana Wholesale Drug Company, Inc. (collectively "Class Direct Purchaser Plaintiffs")
19   (collectively "Plaintiffs"), on the one hand, and attorneys for defendant, Abbott Laboratories
20   ("Abbott"), on the other hand:

21   1.    The case schedule is modified as set forth in the below chart:

| Event | Modified Dates |
|-------|----------------|
| *Fact Discovery Cut-Off* | 2/27/2009 |
| *Opening Expert Report (By Party Bearing Burden of Proof)* | 4/3/2009 |
| *Responsive Reports to Opening Reports* | 4/24/2009 |
| *Rebuttal Reports* | 5/15/2009 |

| Event | Modified Dates |
|---|---|
| *Plaintiff Rebuttal/ Rebuttal Reports* | N/A |
| *Expert Discovery Cut-Off* | 6/8/2009 |
| *Case Dispositive Motions* | 6/18/2009 |
| *Case Dispositive Oppositions* | 7/9/2009 |
| *Case Dispositive Reply* | 7/23/2009 |
| *Case Dispositive Motions Hearing* | 8/6/2009 |
| *Final Pre-Trial Conference* | 10/20/2009 |
| *Trial* | 11/02/2009 |

2.     Without prejudice to Plaintiffs' ability to amend their complaints in the future, Opt-Out Plaintiffs may amend their complaints before October 10, 2008.

3.     Without regard to which Plaintiff group notices a deposition, the Plaintiffs may take 25 depositions of fact witnesses in the above captioned cases.  Abbott may also take 25 depositions of fact witnesses in the above captioned cases.   Each deposition noticed by either Plaintiffs or Abbott will be considered noticed in all of the above captioned cases and will be admissible, subject to objections relating to specific testimony, in all of the above captioned cases.  The 25 depositions will include depositions of third parties and those taken under Rule 30(b)(6), but will not include depositions of expert witnesses disclosed by the parties.  Each 30(b)(6) notice shall count as one deposition, regardless of the number of witnesses that testify on the topics listed in the notice.

4.     The parties' agreement as to 25 depositions recited in paragraph 3 is without prejudice for any party to seek additional depositions, or to seek a protective order from the Court on the grounds that the number of depositions sought of a party (including its employees and former employees) is excessive, harassing, and/or not calculated to seek discoverable evidence, or to GSK's contention that Rule 30(a)(2)(A) limits the number of depositions of its employees or former employees that may be taken without agreement or leave.

- 2 -

1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2

3    Dated: September 23, 2008                    By: */s/ Alexander F. Wiles*

4                                                      Alexander F. Wiles
                                                       IRELL & MANELLA
5                                                      *Counsel for GSK*

6

7    Dated: September 23, 2008                    By: */s/ Brendan Glackin*

8                                                      Brendan Glackin
                                                       bglackin@lchb.com
9                                                      LIEFF, CABRASER, HEIMANN &
                                                       BERNSTEIN, LLP
10                                                     Embarcadero Center West
                                                       275 Battery Street, 30th Floor
11                                                     San Francisco, CA  94111-3339
                                                       Telephone:  (415) 956-1000
12                                                     Facsimile:    (415) 956-1008
                                                       *Counsel for Class Direct Purchaser*
13                                                     *Plaintiffs*

14

15   Dated: September 23, 2008                    By: */s/ William Francis Murphy*

16                                                     William Francis Murphy
                                                       *wfm@dillinghammurphy.com*
17                                                     DILLINGHAM & MURPHY, LLP
                                                       225 Bush Street, Sixth Floor
18                                                     San Francisco, California 94104-4207
                                                       Telephone: (415) 397-2700
19                                                     Facsimile: (415) 397-3300
                                                       *Local Counsel for Safeway, Inc., et. al.,*
20                                                     *and Rite Aid Corp., et. al.*

21

22   Dated: September 23, 2008                    By: */s/ Nicole Norris*

23                                                     Nicole Norris *nnorris@winston.com*
                                                       Charles Klein *cklein@winston.com*
24                                                     WINSTON & STRAWN
                                                       101 California Street, Suite 3900
25                                                     San Francisco, California 94111-5802
                                                       Telephone: (415) 591-1000
26                                                     Facsimile: (415) 591-1400
                                                       *Counsel for Defendant*

27

28

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    Additional counsel for Plaintiffs:

2    GARWIN GERSTEIN & FISHER, LLP
3    Bruce E. Gerstein, *Pro Hac Vice*
     Noah H. Silverman, *Pro Hac Vice*
4    1501 Broadway, Suite 1416
     New York, New York 10036
5    Tel: (212) 398-0055
     Fax: (212) 764-6620
6
     BERGER & MONTAGUE, P.C.
7    Daniel Berger, *Pro Hac Vice*.
     *danberger@bm.net*
8    Eric L. Cramer, *Pro Hac Vice*
     *ecramer@bm.net*
9    Daniel Simons, *Pro Hac Vice*
     *dsimons@bm.net*
10   1622 Locust Street
     Philadelphia, PA 19103
11   Telephone:    (215) 875-3000
     Facsimile:    (215) 875-4604
12
     KAPLAN FOX & KILSHEIMER LLP
13   Robert N. Kaplan, *Pro Hac Vice*
     *rkaplan@kaplanfox.com*
14   Linda P. Nussbaum, *Pro Hac Vice*
     *lnussbaum@kaplanfox.com*
15   John Radice, *Pro Hac Vice*
     *jradice@kaplanfox.com*
16   850 Third Avenue, 14th Floor
     New York, NY 10022
17   Telephone:    (212) 687-1980
     Facsimile:    (212) 687-7714
18   Email: jradice@kaplanfox.com

19   *Co-Lead Counsel for Class Direct Purchaser Plaintiffs*

20   ODOM & DES ROCHES, LLP
     John Gregory Odom, *Pro Hac Vice*
21   Stuart E. Des Roches, *Pro Hac Vice*
     John Alden Meade, *Pro Hac Vice*
22   Andrew Kelly, *Pro Hac Vice*
     Suite 2020, Poydras Center
23   650 Poydras Street
     New Orleans, LA 70130
24   Tel: (504) 522-0077/Fax: (504) 522-0078

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE SMITH FOOTE LAW FIRM, LLP
David P. Smith, *Pro Hac Vice*
dpsmith@smithfoote.com
W. Ross Foote, *Pro Hac Vice*
rfoote@smithfoote.com
720 Murray Street, P.O. Box 1632
Alexandria, LA 71309
Tel: (318) 445-4480
Fax: (318) 487-1741

*Executive Committee for Direct Purchaser Class*

HANGLEY ARONCHICK SEGAL & PUDLIN
Steve D. Shadowen, *Pro Hac Vice*
sshadowen@hangley.com
Monica Rebuck, *Pro Hac Vice*
mrebuck@hangley.com
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701

*Counsel for Plaintiffs Rite Aid, et al.*

KENNY NACHWALTER, PA
Scott Elliot Perwin, *Pro Hac Vice* sperwin@kennynachwalter.com
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

*Counsel for Safeway, et al.*

Additional Counsel for Direct Purchaser Class Plaintiffs:

AUBERTINE DRAPER ROSE, LLP
Andrew E. Aubertine, *Pro Hac Vice*
aa@adr-portland.com
1211 SW Sixth Avenue
Portland, Oregon 97204
Telephone:     (503) 221-4570
Facsimile:     (503) 221-4590

KOZYAK TROPIN & THROCKMORTON
Tucker Ronzetti, *Pro Hac Vice*
Adam Moskowitz, *Pro Hac Vice*
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2335
Telephone: (305) 372-1800

LAW OFFICES OF JOSHUA P. DAVIS
Joshua P. Davis (State Bar No. 193254)
davisj@usfca.edu
437A Valley Street
San Francisco, CA 94131
Telephone:     (415) 422-6223

VANEK, VICKERS & MASINI, P.C.
Joseph M. Vanek,  *Pro Hac Vice*
*jvanek@vaneklaw.com*
David P. Germaine, *Pro Hac Vice*
*dgermaine@vaneklaw.com*
111 South Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone:              (312) 224-1500
Facsimile:              (312) 224-1510

SPERLING & SLATER
Paul E. Slater, *Pro Hac Vice*
 *pes@sperling-law.com*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone:     (312) 641-3200
Facsimile:     (312) 641-6492

I, Brendan Glackin, attest that concurrence in the filing of this document has been obtained from all persons required to sign it.


*/s/ Brendan Glackin*
Brendan Glackin

*Counsel for Class Direct Purchaser Plaintiffs*