```
                        UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA


SAFEWAY INC., et al.,        )
                             )
        Plaintiff(s),        )   No. C07-5470 CW (BZ)
                             )
     v.                      )
                             )
ABBOTT LABORATORIES,         )
                             )
        Defendant(s).        )
_____)
SMITH KLINE BEECHAM CORP.,   )   No. C07-5702 CW (BZ)
dba GLAXOSMITHKLINE,         )
                             )
        Plaintiff(s),        )
                             )
     v.                      )
                             )
ABBOTT LABORATORIES,         )
                             )
        Defendant(s).        )
_____)
MEIJER, INC. & MEIJER        )   No. C07-5985 CW (BZ)
DISTRIBUTION, INC., et al.,  )
                             )
        Plaintiff(s),        )   ORDER SCHEDULING TELEPHONIC
                             )   DISCOVERY CONFERENCE
     v.                      )
                             )
ABBOTT LABORATORIES,         )
                             )
        Defendant(s).        )
_____)
```

1

| | | |
|---|---|---|
| 1 | RITE AID CORP., et al., ) | No. C07-6120 CW (BZ) |
| 2 | Plaintiff(s), ) | |
| 3 | v. ) | |
| 4 | ABBOTT LABORATORIES, ) | |
| 5 | Defendant(s). ) | |

The court has received a letter from Abbott Laboratories requesting a telephonic hearing to seek a protective order with respect to four depositions scheduled for next week. Thus far, no opposition has been filed.

**IT IS HEREBY ORDERED** that a telephone conference to discuss Abbott request is scheduled for **today, Friday, November 14, 2008 at 1:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: November 14, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MEIJER V. ABBOTT LABS\ORDER SCHEDULING TELEPHONIC DISC. CONF.wpd

2