UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEWAY INC., et al.,<br><br>       Plaintiff(s),<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>       Defendant(s). | No. C07-5470 CW (BZ) |
| SMITH KLINE BEECHAM CORP.,<br>dba GLAXOSMITHKLINE,<br><br>       Plaintiff(s),<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>       Defendant(s). | No. C07-5702 CW (BZ) |
| MEIJER, INC. & MEIJER<br>DISTRIBUTION, INC., et al.,<br><br>       Plaintiff(s),<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>       Defendant(s). | No. C07-5985 CW (BZ)<br><br>**FIRST DISCOVERY ORDER** |

```
 1  RITE AID CORP., et al.,      )      No. C07-6120 CW (BZ)
                                 )
 2            Plaintiff(s),      )
                                 )
 3       v.                      )
                                 )
 4  ABBOTT LABORATORIES,         )
                                 )
 5            Defendant(s).      )
                                 )
 6  ─────────────────────────────
```

7        Following a telephone conference at which all parties
8   were represented by counsel, the parties stipulated to entry
9   of the following discovery order.
10       **IT IS HEREBY ORDERED** as follows:
11       1.   On or before November 26, 2008, Abbott will complete
12  the production of the following documents:
13            a.   All licensing documents.
14            b.   All documents with respect to the witnesses'
15  depositions.
16            c.   All cost related documents.
17            d.   All profit related documents.
18       2.   Abbott shall produce the following individuals for
19  deposition at the date and time indicated:
20            Poulous - December 4, 2008
21            Weinstock - December 9, 2008
22            Rivetti - December 10, 2008
23            Scerio - December 16, 2008 at 11:00 a.m. C.S.T.
24            DeYoung - December 17, 2008
25            Hodkinson - December 17, 2008
26            Fiske - December 18, 2008
27            Hendricks - December 19, 2008
28       3.   On or before December 19, 2008, at a date mutually

2

1 agreeable to all interested parties, Abbott will produce for
2 deposition Devlin and a 30(b)(6) witness on the issues of
3 profits and research and development costs.
4 Dated: November 14, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MEIJER V. ABBOTT LABS\DISC ORD 1.wpd