James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
Stephanie S. McCallum (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com;
ddoyle@winston.com;
spark@winston.com; smccallum@winston.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
Mathew A. Campbell (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20007
Telephone:    202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Jeffrey I. Weinberger (SBN 56214)
David M. Rosenzweig (SBN 176272)
Grant A. Davis-Denny (SBN 229335)
MUNGER, TOLLES & OLSON LLP
355 Grand Avenue
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
Email: jeffrey.weinberger@mto.com;
david.rosenzweig@mto.com;
grant.davis-denny@mto.com

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4077
Email: michelle.friedland@mto.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC., *et al*, | Case No. C07-5470 (CW) |
| Plaintiffs, | Related per November 19, 2007 Order to Case No. C04-1511 (CW) |
| v. | **ORDER GRANTING STIPULATION RE FACT DISCOVERY ON CERTAIN ITEMS AFTER CUT-OFF** |
| ABBOTT LABORATORIES, | |
| Defendant. | |

*(Caption continued on next page.)*

| | | |
|---|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION )<br>d/b/a GLAXOSMITHKLINE, )<br>                                        )<br>      Plaintiff, )<br>                                        )<br>      v. )<br>                                        )<br>ABBOTT LABORATORIES, )<br>                                        )<br>      Defendant. )<br>                                        )<br>                                        )<br>                                        )<br>                                        )<br>                                        )<br>MEIJER, INC. & MEIJER DISTRIBUTION, )<br>INC., *et al.*, )<br>                                        )<br>      Plaintiffs, )<br>                                        )<br>      v. )<br>                                        )<br>ABBOTT LABORATORIES, )<br>                                        )<br>      Defendant. )<br>                                        )<br>                                        )<br>                                        )<br>                                        )<br>RITE AID CORPORATION, *et al.*, )<br>                                        )<br>      Plaintiffs, )<br>                                        )<br>      v. )<br>                                        )<br>ABBOTT LABORATORIES, )<br>                                        )<br>      Defendant. )<br>                                        ) | Case No. C07-5702 (CW)<br>(Consolidated Cases)<br><br>Related per November 19, 2007 Order to<br>Case No. C04-1511 (CW)<br><br><br><br><br><br><br><br><br><br>Case No. C07-5985 (CW)<br>(Consolidated Cases)<br><br>Related per November 30, 2007 Order to<br>Case No. C04-1511 (CW)<br><br><br><br><br><br><br><br>Case No. 07-6120 (CW)<br><br>Related per December 5, 2007 Order to<br>Case No. C04-1511 (CW) | |

(Left margin: **Winston & Strawn LLP**, 101 California Street, San Francisco, CA 94111-5802)

STIPULATION RE FACT DISCOVERY ON CERTAIN ITEMS AFTER CUT-OFF
CASE NOS. C07-5470, C07-5702, C07-5985, C07-6012 (CW)

SF:237141.1

1    WHEREAS, the parties are engaged in fact discovery in the consolidated cases of *Safeway, et al., v. Abbott Laboratories* (No. 07-5470), *Smithkline Beecham Corp. d/b/a Glaxosmithkline v. Abbott Laboratories* (No. 07-5702), *Meijer, Inc. & Meijer Distribution, Inc., et al. v. Abbott Laboratories* (No. 07-5985), and *Rite Aid Corp., et al., v. Abbott Laboratories* (No. 07-6120);

WHEREAS, the fact discovery cut-off is presently set for February 27, 2009;

WHEREAS, the parties have worked diligently to complete fact discovery, but seek relief for certain discrete items that are specifically listed below that cannot be completed within the present cut-off;

WHEREAS, the modest extension of fact discovery for these discrete items will not affect the other scheduled dates previously set by this Court (including expert discovery, summary judgment, and trial).

**IT IS HEREBY STIPULATED AND AGREED:**

1.    The deadline to respond to written discovery issued in January 2009 for all parties shall be extended from the end of February until March 13, 2009.  Without waiving any arguments or rights arising from any non-compliance with prior orders of the court, the deadline for Abbott to supplement responses to Plaintiffs' costs and profits document requests, originally served on May 2, 2008 and September 2, 2008, shall be extended from the end of February until March 13, 2009.  Any motions to compel relating to any discovery covered by this paragraph shall be filed by March 20, 2009.

2.    The parties will work together to provide mutually convenient dates for the Rule 30(b)(1) depositions of Laureen Cassidy, Jeff Morgan and William Calhoun as well as the Rule 30(b)(6) deposition of GSK as soon as possible in March 2009.  The depositions of Laureen Cassidy and William Calhoun shall be limited to 5 hours each.

3.    GSK reserves the right to file a motion for protective order as to Abbott's Rule 30(b)(6) deposition notice and Abbott reserves the right to file a motion to compel on that notice.  Any such motion should be initially filed in the form of a 2-page letter brief before Judge Zimmerman on or before March 20, 2009.  If GSK files such a motion and Judge Zimmerman

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5802

1
STIPULATION RE FACT DISCOVERY FOR CERTAIN ITEMS AFTER CUT-OFF
CASE NOS. C07-5470, C07-5702, C07-5985, C07-6012 (CW)

SF:237141.1

allows that deposition to go forward, the parties will work together to provide mutually convenient dates for the GSK witness(es) designated under Rule 30(b)(6) as soon as possible in March 2009.

    4.    The parties shall work together to agree to a stipulation regarding the authentication of documents. Abbott reserves the right to file a motion for protective order as to GSK's Requests for Admission and GSK reserves its right to file a motion to compel responses to GSK's Requests for Admissions on or before March 20, 2009. Any such motion should initially be filed in the form of a 2-page letter brief before Judge Zimmerman.

    5.    Plaintiffs will not object to the production of documents from subpoenaed third parties Vertex, PCI and BMS as long as those documents are produced 14 days in advance of the date for opening expert reports. Abbott may attempt to authenticate those documents by soliciting self-authenticating affidavits from those third parties. Within fourteen days of receiving copies of all such affidavits, Plaintiffs will inform Abbott as to whether they intend to challenge those affidavits under FRE 902(11). If Plaintiffs intend to challenge such affidavits, Abbott may thereafter schedule a deposition of such third parties, with such depositions to be scheduled no later than sixty days before trial. Also, within fourteen days of receiving all productions from third parties, Plaintiffs may move the Court for leave to take follow-on discovery from third parties.

    6.    The direct purchaser class, Safeway, and Rite Aid plaintiffs shall have until 30 days after the close of expert discovery to serve supplemental responses to Interrogatory Nos. 4-5 and 7-8 (direct purchasers) 3-4, and 6 (Safeway and Rite Aid) contained in Abbott's First Set of Interrogatories to each such plaintiff group. Abbott shall have 21 days after the service of any such supplemental responses in which to move to compel further responses, if necessary.

    7.    Nothing in this stipulation shall expand or limit the parties' rights to issue any additional discovery beyond February 27, 2009, except as set forth herein.

/ / /

/ / /

/ / /

2

STIPULATION RE FACT DISCOVERY FOR CERTAIN ITEMS AFTER CUT-OFF
CASE NOS. C07-5470, C07-5702, C07-5985, C07-6012 (CW)

SF:237141.1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

/s/ Lauren Ravkind
Lauren Ravkind
KENNY NACHWALTER, PA
1100 Miami Center
201 South Biscayne Blvd.
Miami FL 33131
*Attorneys for Safeway, Inc.*

/s/ Charles B. Klein
Charles B. Klein
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20007
*Attorneys for Defendant Abbott Laboratories*

/s/ John D. Radice
John D. Radice
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY  10011
*Attorneys for Meijer, Inc*

/s/ Daniel C. Simons
Daniel C. Simons
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6305
*Attorneys for Rochester Drug Co-Operative, Inc.*

/s/ Andrew E. Aubertine
Andrew E. Aubertine
AUBERTINE DRAPER ROSE LLP
1211 SW Sixth Avenue
Portland,  Oregon 97204
*Attorneys for Louisiana Wholesale Drug Company, Inc.*

/s/ Monica L. Rebuck
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 N. Third Street, Suite 700
Harrisburg, PA  17101
*Attorneys for Rite Aid, Inc.*

/s/ Trevor Stockinger
Trevor Stockinger
IRELL & MANELLA
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
*Attorneys for GSK*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __2/25/09__

_[signature]_

Judge Claudia Wilken
United States District Court
Northern District of California

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802