James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
Stephanie S. McCallum (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   312-558-5600
Facsimile:   312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com;
spark@winston.com; smccallum@winston.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: nnorris@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
Mathew A. Campbell (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20007
Telephone:   202-282-5000
Facsimile:   202-282-5100
Email: cklein@winston.com

Jeffrey I. Weinberger (SBN 56214)
David M. Rosenzweig (SBN 176272)
Grant A. Davis-Denny (SBN 229335)
MUNGER, TOLLES & OLSON LLP
355 Grand Avenue
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
Email: jeffrey.weinberger@mto.com;
david.rosenzweig@mto.com;
grant.davis-denny@mto.com

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077
Email: michelle.friedland@mto.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C07-5470 (CW)<br><br>Related per November 19, 2007 Order to Case No. C04-1511 (CW)<br><br>**SECOND STIPULATION REGARDING DEPOSITION OF MILES WHITE**<br><br>**DATE:**<br>**TIME:**<br>**PLACE:**<br>**JUDGE:**  Honorable Claudia Wilken |

*(Caption continued on next page)*

---

SECOND STIPULATION REGARDING DEPOSITION OF MILES WHITE
CASE NOS. C07-5470, C07-5985, C07-6012 (CW)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., ROCHESTER DRUG CO-OPERATIVE, INC.,, AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br>     Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br>     Defendant. | Case No. C07-5985 (CW) <br> (Consolidated Cases) <br><br> Related per November 30, 2007 Order to Case No. C04-1511 (CW) |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC, <br><br>     Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br>     Defendant. | Case No. 07-6120 (CW) <br><br> Related per December 5, 2007 Order to Case No. C04-1511 (CW) |

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

SECOND STIPULATION REGARDING DEPOSITION OF MILES WHITE
CASE NOS. C07-5470, C07-5985, C07-6012 (CW)

Whereas, the direct purchaser plaintiffs in the above-captioned actions (but not plaintiff GSK) have notified Abbott that they intend to notice the deposition of Abbott's Chairman and CEO, Miles White.

Whereas, Abbott has no intent to produce Mr. White for deposition absent a court order requiring the deposition to take place and has expressed its intent to move for a protective order to prevent that deposition from occurring.

Whereas, the direct purchaser plaintiffs dispute that sufficient grounds exist to support such a protective order.

Whereas, Abbott requested that the direct purchaser plaintiffs not formally notice the deposition of Mr. White until the end of fact discovery;

Whereas, the direct purchaser plaintiffs and Abbott previously stipulated and this Court Ordered that this dispute would be addressed following the close of fact discovery;

Whereas the direct purchaser plaintiffs and Abbott seek additional time to try to resolve this issue without the need for Court intervention;

**IT IS HEREBY STIPULATED AND AGREED:**

1. Any notice of deposition for Mr. White must be served by the seventh calendar day following the date on which any party declares that further negotiations concerning Mr. White's deposition are futile.

2. Within two business days after service of the deposition notice for Mr. White, the parties will jointly contact Judge Zimmerman's chambers to request the earliest possible hearing date for Abbott's motion for protective order and will coordinate on an expedited schedule for letter briefs.

3. Abbott will not oppose the deposition of Mr. White based on the timing of the notice or on the ground that the fact discovery period has closed. But Abbott reserves its right to raise any other objection to the deposition. Abbott also will not seek to alter other deadlines in the case based on the pendency of this dispute or any scheduling of Mr. White's deposition.

4. If Abbott ultimately is ordered to produce Mr. White for deposition, the parties will cooperate in scheduling a deposition date convenient for the parties and witness,

1  regardless of the date indicated in the deposition notice. Each party retains all rights to appeal any
2  order on the production of Mr. White, and the direct purchaser plaintiffs do not agree to postpone
3  Mr. White's deposition during the pendency of any appeal of an order commanding Mr. White's
4  production.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

/s/ Scott E. Perwin
Scott E. Perwin
KENNY NACHWALTER, PA
1100 Miami Center
201 South Biscayne Blvd.
Miami FL 33131
*Attorneys for Safeway, Inc.*

/s/ Stephanie S. McCallum
Stephanie S. McCallum
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60622
*Attorneys for Defendant Abbott Laboratories*

/s/ John D. Radice
John D. Radice
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY 10011
*Attorneys for Meijer, Inc*

/s/ Eric L. Cramer
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6305
*Attorneys for Rochester Drug Co-Operative, Inc*

/s/ Bruce E. Gerstein
Bruce E. Gerstein
Noah W. Silverman
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036
*Attorneys for Louisiana Wholesale Drug Company, Inc*

/s/ Monica L. Rebuck
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 N. Third Street, Suite 700
Harrisburg, PA 17101
*Attorneys for Rite Aid, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: ____3/9/09____

_____
Judge Claudia Wilken
United States District Court
Northern District of California

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

SECOND STIPULATION REGARDING DEPOSITION OF MILES WHITE
CASE NOS. C07-5470, C07-5985, C07-6012 (CW)

**GENERAL ORDER 45 ATTESTATION**

I, Stephanie S. McCallum, am the ECF User whose ID and password was used to file this SECOND STIPULATION REGARDING DEPOSITION OF MILES WHITE.  In compliance with General Order 45, X.B., I hereby attest that the above counsel, counsel for Plaintiffs, concurred in this filing.

Dated:  March 5, 2009

/s/ Stephanie S. McCallum
_____
Stephanie S. McCallum
WINSTON & STRAWN LLP
Counsel for Defendant