James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
Stephanie S. McCallum (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com;
spark@winston.com; smccallum@winston.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
Mathew A. Campbell (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20007
Telephone:   202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Jeffrey I. Weinberger (SBN 56214)
David M. Rosenzweig (SBN 176272)
Grant A. Davis-Denny (SBN 229335)
MUNGER, TOLLES & OLSON LLP
355 Grand Avenue
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
Email: jeffrey.weinberger@mto.com;
david.rosenzweig@mto.com;
grant.davis-denny@mto.com

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077
Email: michelle.friedland@mto.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C 07-5470 (CW)<br><br>Related per November 19, 2007 Order to Case No. C 04-1511 (CW)<br><br>**ORDER GRANTING STIPULATION EXTENDING DISCOVERY RESPONSE AND MOTION TO COMPEL DEADLINES**<br><br>**DATE:**<br>**TIME:**<br>**PLACE:**<br>**JUDGE:**  Honorable Claudia Wilken |

*(Caption continued on next page)*

---

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., ROCHESTER DRUG CO-OPERATIVE, INC.,, AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C 07-5985 (CW)<br>(Consolidated Cases)<br><br>Related per November 30, 2007 Order to Case No. C 04-1511 (CW) |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No.C 07-6120 (CW)<br><br>Related per December 5, 2007 Order to Case No. C 04-1511 (CW) |

1    WHEREAS, the parties completed fact discovery on February 27, 2009, with the exception of certain issues for which this Court—in its February 25, 2009 Order (*see* Case No. C 07-5470, Dkt. 88)—extended the discovery deadline to March 13, 2009;

WHEREAS, the parties are continuing to work diligently on their responses to certain written discovery responses and document productions that were the subject of the parties' March 10, 2009 Stipulation Extending Motion to Compel Deadline (entered by the Court on March 11, 2009), but certain issues have yet to be fully resolved, and the parties agree that a modest additional extension of those deadlines is warranted;

WHEREAS, the current deadline for the written discovery responses is March 27, 2009, and the current deadline for the parties to seek relief from the Court on all discovery issues not subject to the above-referenced Order is April 10, 2009;

WHEREAS, a modest extension of these deadline for requesting relief from the Court on these discrete issues will hopefully allow the parties to resolve any disagreements without being forced to seek this Court's intervention;

WHEREAS, an extension will not affect any scheduled dates, particularly in light of the Court's recent Order Granting Motion for a Stay (*see* Case No. C 07-5470, Dkt. 105).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

For matters covered in Paragraph 1 of the parties' February 24, 2009 Stipulation re Fact Discovery on Certain Items After Cutoff (entered February 25, 2009), the deadline for written discovery responses will be further extended to April 10, 2009, and the deadline for motions to compel with regard to those written discovery responses shall be extended to April 30, 2009.

/s/ John D. Radice
Linda P. Nussbaum
John D. Radice
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY 10011
*Attorneys for Meijer, Inc., Meijer Distribution Inc. and the Direct Purchaser Class*

/s/ Monica L. Rebuck
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 N. Third Street, Suite 700
Harrisburg, PA 17101
*Attorneys for Rite Aid Plaintiffs*

| | |
|---|---|
| /s/ Lauren C. Ravkind_____<br>Scott E. Perwin<br>Lauren C. Ravkind<br>KENNY NACHWALTER<br>1100 Miami Center<br>201 South Biscayne Blvd.<br>Miami, FL 33131<br>*Attorneys for Safeway, Inc. Plaintiffs* | /s/ Andrew E. Aubertine_____<br>Andrew E. Aubertine<br>AUBERTINE DRAPER ROSE LLP<br>1211 SW Sixth Avenue<br>Portland, Oregon 97204<br>*Attorney for Louisiana Wholesale Drug Company, Inc. and Direct Purchaser Class* |
| /s/ Joseph Opper_____<br>Joseph Opper<br>GARWIN GERSTEIN & FISHER LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>*Attorneys for Louisiana Wholesale Drug Company, Inc.* | /s/ Daniel Simons_____<br>Daniel Berger<br>Eric L. Cramer<br>Daniel C. Simons<br>BERGER & MONTAGUE<br>1622 Locust Street<br>Philadelphia, PA 19103-6305<br>*Attorneys for Rochester Drug Co-Operative, Inc. and Direct Purchaser Class* |

/s/ Michelle Friedland_____
Michelle Friedland
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
*Attorney for Abbott Laboratories*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:4/8/09_____

_____
Judge Claudia Wilken
United States District Court
Northern District of California

**GENERAL ORDER 45 ATTESTATION**

I, Michelle Friedland, am the ECF User whose ID and password was used to file this STIPULATION EXTENDING MOTION TO COMPEL DEADLINE.  In compliance with General Order 45, X.B., I hereby attest that the above counsel, counsel for Plaintiffs, concurred in this filing.

Dated:  March 27, 2009

/s/ Michelle Friedland

Michelle Friedland
Munger, Tolles & Olson LLP
Counsel for Defendant