James F. Hurst *(Admitted Pro Hac Vice)*
David J. Doyle *(Admitted Pro Hac Vice)*
Samuel S. Park *(Admitted Pro Hac Vice)*
Stephanie S. McCallum *(Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:     (312) 558-5600
Facsimile:     (312) 558-5700
Email: jhurst@winston.com; ddoyle@winston.com;
spark@winston.com; smccallum@winston.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:     415-591-1400
Email: nnorris@winston.com

Charles B. Klein *(Admitted Pro Hac Vice)*
Matthew A. Campbell *(Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20007
Telephone:     (202) 282-5000
Facsimile:     (202) 282-5100
Email: cklein@winston.com

Jeffrey I. Weinberger (SBN 56214)
Stuart N. Senator (SBN 148009)
David M. Rosenzweig (SBN 176272)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702
Email: jeffrey.weinberger@mto.com;
stuart.senator@mto.com;
david.rosenzweig@mto.com;

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077
Email:  michelle.friedland@mto.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant.<br><br>*(Caption continued on next page)* | CASE NO.  C 07-5470 (CW)<br><br>Related per November 19, 2007 Order to Case No. C 04-1511(CW)<br><br>**ORDER RE STIPULATION AND APPLICATION TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE BY ONE DAY IN LIGHT OF YOM KIPPUR HOLIDAY**<br><br>Judge:     Honorable Claudia Wilken<br>Date:      October 15, 2009<br>Time:      2:00 PM<br>Location:  Courtroom 2 (4th Floor) |

| | |
|---|---|
| 1  MEIJER, INC. & MEIJER<br>DISTRIBUTION, INC.; ROCHESTER<br>2  DRUG CO-OPERATIVE, INC.; AND<br>LOUISIANA WHOLESALE DRUG<br>3  COMPANY, INC., ON BEHALF OF<br>THEMSELVES AND ALL OTHERS<br>4  SIMILARLY SITUATED,<br><br>5          Plaintiffs,<br><br>6      vs.<br><br>7  ABBOTT LABORATORIES,<br><br>8          Defendant. | CASE NO.  C 07-5985 (CW)<br>(Consolidated Cases)<br><br>Related per November 30, 2007 Order to Case<br>No. C 04-1511 (CW) |

| | |
|---|---|
| 9  RITE AID CORPORATION; RITE AID<br>HDQTRS CORP.; JCG (PJC) USA, LLC;<br>10  MAXI DRUG, INC D/B/A BROOKS<br>PHARMACY; ECKERD<br>11  CORPORATION; CVS PHARMACY,<br>INC.; AND CAREMARK LLC,<br>12<br>        Plaintiffs,<br>13<br>    vs.<br>14<br>ABBOTT LABORATORIES,<br>15<br>        Defendant.<br>16 | CASE NO.  C 07-6120 (CW)<br><br>Related per December 5, 2007 Order to Case<br>No. C 04-1511 (CW) |

| | |
|---|---|
| 17  SMITHKLINE BEECHAM<br>CORPORATION, d/b/a<br>18  GLAXOSMITHKLINE,<br>19          Plaintiff,<br>20      vs.<br>21  ABBOTT LABORATORIES,<br>22          Defendant. | CASE NO.  C 07-5702 (CW)<br><br>Related per December 5, 2007 Order to Case<br>No. C 04-1511 (CW) |

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

The deadline for defendant Abbott Laboratories to file its motion to dismiss reply papers in the above-referenced cases is extended by one day, through and including October 2, 2009.  **The reply must be e-filed by noon that day.**

Dated:  10/1/09

_____
Claudia Wilken
United States District Judge

- 1 -