1 | LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
2 | Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
3 | 275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
4 | Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
5 | Email: jsaveri@lchb.com

6 | *Local Counsel for Rochester Drug Cooperative, Inc.*

7 | IRELL & MANELLA LLP
Alexander Frank Wiles (CA 73596)
8 | Brian Hennigan (CA 86955)
Stephanie Kaufman (CA 162644)
9 | Trevor Stockinger (CA 226359)
1800 Avenue of the Stars #900
10 | Los Angeles, CA 90067
Telephone:  (310) 277-1010
11 | Facsimile:   (310) 203-7199
Email: awiles@irell.com; bhennigan@irell.com
12 | skaufman@irell.com; tstockinger@irell.com

13 | *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*

14 |

15 | [Additional Attorneys on Signature Page]

16 |

17 | **UNITED STATES DISTRICT COURT**

18 | **NORTHERN DISTRICT OF CALIFORNIA**

19 | **OAKLAND DIVISION**

20 | SAFEWAY INC.; WALGREEN CO.; THE )   **Case No. C 07-5470 (CW)**
KROGER CO.; NEW ALBERTSON'S, INC.; )
21 | AMERICAN SALES COMPANY, INC.; and )   *Related per October 31, 2007 Order to*
HEB GROCERY COMPANY, LP, )   *Case No. C-04-1511 (CW)*
22 | )   **ORDER GRANTING**
Plaintiff, )   **STIPULATION TO EXTEND THE**
23 | )   **EXPERT DISCOVERY AND**
vs. )   **DISPOSITIVE MOTION SCHEDULE**
24 | )
ABBOTT LABORATORIES, )   **Date:      N/A**
25 | )   **Time:     N/A**
Defendant. )   **Courtroom: 2 (4th Floor)**
26 | )   **Judge:   Hon. Claudia Wilken**
) 
27 | )
)
28 | [caption continues next page] )
)

2166737        Stipulation to Extend the Expert Discovery and Dispositive Motion Schedule

| | | |
|---|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION<br>d/b/a/ GLAXOSMITHKLINE, | **Case No. C 07-5702 (CW)** |
| 2 | Plaintiff, | *Related per November 19, 2007 Order to*<br>*Case No. C-04-1511 (CW)* |
| 3 | | |
| 4 | vs. | **STIPULATION TO EXTEND THE** |
| | ABBOTT LABORATORIES, | **EXPERT DISCOVERY AND** |
| 5 | | **DISPOSITIVE MOTION SCHEDULE** |
| | Defendant. | |
| 6 | | **Date:       N/A** |
| | | **Time:       N/A** |
| 7 | | **Courtroom:  2 (4th Floor)** |
| | | **Judge:      Hon. Claudia Wilken** |
| 8 | | |
| 9 | | |
| 10 | | |
| | MEIJER, INC. & MEIJER DISTRIBUTION, | **Case No. C 07-5985 (CW)** |
| 11 | INC., on behalf of themselves and all others | **CONSOLIDATED CASE** |
| | similarly situated, | |
| 12 | | *Related per November 30, 2007 Order to* |
| | Plaintiffs, | *Case No. C-04-1511 (CW)* |
| 13 | | |
| 14 | vs. | **STIPULATION TO EXTEND THE** |
| | | **EXPERT DISCOVERY AND** |
| | ABBOTT LABORATORIES, | **DISPOSITIVE MOTION SCHEDULE** |
| 15 | | |
| | Defendant. | **Date:       N/A** |
| 16 | | **Time:       N/A** |
| | | **Courtroom:  2 (4th Floor)** |
| 17 | | **Judge:      Hon. Claudia Wilken** |
| 18 | | |
| 19 | | |
| 20 | RITE AID CORPORATION; RITE AID | **Case No. C07-6120 (CW)** |
| | HDQTRS, CORP.; JCG (PJC) USA, LLC; | |
| 21 | MAXI DRUG, INC. d/b/a BROOKS | *Related per December 5, 2007 Order to* |
| | PHARMACY; ECKERD CORPORATION; | *Case No. C-04-1511 (CW)* |
| 22 | CVS PHARMACY, INC.; and CAREMARK,<br>L.L.C., | |
| | | **STIPULATION TO EXTEND THE** |
| 23 | | **EXPERT DISCOVERY AND** |
| | Plaintiff, | **DISPOSITIVE MOTION SCHEDULE** |
| 24 | | |
| | vs. | **Date:       N/A** |
| 25 | | **Time:       N/A** |
| | ABBOTT LABORATORIES, | **Courtroom:  2 (4th Floor)** |
| 26 | | **Judge:      Hon. Claudia Wilken** |
| | Defendant. | |
| 27 | | |
| 28 | | |

1      WHEREAS, the deadline of January 4, 2010 for opening expert reports is quickly

2  approaching;

3      WHEREAS, the parties agree that Plaintiffs should have sufficient time to take into

4  account the Court's ruling on Abbott's motion to dismiss, which has not yet issued, in their

5  opening expert reports;

6      WHEREAS, the parties agree that Abbott should have an additional week to submit its

7  responsive expert report and Plaintiffs should have an additional week to submit their reply expert

8  reports;

9      WHEREAS, the proposed schedule below shifts all dates commensurate with these

10  agreements, but does not alter the date of the final pre-trial conference or trial;

11      **IT IS HEREBY STIPULATED AND AGREED:**

12      The case schedule will be adjusted as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| *Plaintiffs' opening expert reports due* | 1/4/2010 | 2/1/2010 |
| *Defendant's responsive expert reports due* | 2/15/2010 | 3/22/2010 |
| *Plaintiffs' rebuttal expert reports due* | 3/8/2010 | 4/19/2010 |
| *Completion of expert discovery* | 4/12/2010 | 5/24/2010 |
| *Dispositive motions must be filed* | 5/6/2010 | 6/17/2010 |
| *Opposition briefs must be filed* | 5/27/2010 | 7/8/2010 |
| *Reply briefs must be filed* | 6/10/2010 | 7/22/2010 |
| *Hearing on dispositive motions* | 6/24/2010 | 8/5/2010 |
| *Final pre-trial conference* | 2/8/2011 | 2/8/2011 |
| *Jury trial* | 2/28/2011 | 2/28/2011 |

1 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

2

3 | ___*/s/ Alexander F. Wiles*___          ___*/s/ Matthew Campbell*___
Alexander F. Wiles                                    Matthew Campbell

4 | IRELL & MANELLA LLP                          WINSTON & STRAWN LLP
1800 Avenue of the Stars, Suite 900      1700 K Street, N.W.

5 | Los Angeles, CA 90067-4276                  Washington, D.C. 20007
*Attorney for GSK*                                       *Attorneys for Defendant Abbott Laboratories*

6 | ___*/s/ Brendan Glackin*___
Brendan Glackin

7 | LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP

8 | Embarcadero Center West
275 Battery Street, 30th Floor

9 | San Francisco, CA 94111-3339
*Attorney for Direct Purchaser Class Plaintiffs*

10

11 | ___*/s/ William Francis Murphy*___
William Francis Murphy

12 | DILLINGHAM & MURPHY, LLP
225 Bush Street, Sixth Floor

13 | San Francisco, CA 94104-4207
Telephone: (415) 397-2700

14 | Facsimile: (415) 397-3300
*Attorney for Safeway Inc., et al., and Rite Aid*

15 | *Corp., et al.*

16

17 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**

18

19

20 |          12/21/09
Dated:   _____

21 |                                                             Hon. Claudia Wilken

22 |                                                             United States District Court Judge
                                                             Northern District of California

23

24

25

26

27

28

- 4 -