| | |
|---|---|
| James F. Hurst (*Admitted Pro Hac Vice*) | Jeffrey I. Weinberger (SBN 56214) |
| David J. Doyle (*Admitted Pro Hac Vice*) | David M. Rosenzweig (SBN 176272) |
| Samuel S. Park (*Admitted Pro Hac Vice*) | Grant A. Davis-Denny (SBN 229335) |
| Stephanie S. McCallum (*Admitted Pro Hac Vice*) | MUNGER, TOLLES & OLSON LLP |
| WINSTON & STRAWN LLP | 355 Grand Avenue |
| 35 W. Wacker Drive | Los Angeles, CA 90071-1560 |
| Chicago, IL 60601-9703 | Telephone: (213) 683-9100 |
| Telephone: 312-558-5600 | Facsimile: (213) 687-3702 |
| Facsimile: 312-558-5700 | Email: jeffrey.weinberger@mto.com; |
| Email: jhurst@winston.com; | david.rosenzweig@mto.com; |
| ddoyle@winston.com; | grant.davis-denny@mto.com |
| spark@winston.com; smccallum@winston.com | |
| | |
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 101 California Street, Suite 3900 | 560 Mission Street, 27th Floor |
| San Francisco, CA 94111-5894 | San Francisco, CA 94105-2907 |
| Telephone: 415-591-1000 | Telephone: (415) 512-4000 |
| Facsimile: 415-591-1400 | Facsimile: (415) 512-4077 |
| Email: nnorris@winston.com | Email: michelle.friedland@mto.com |
| | |
| Charles B. Klein (*Admitted Pro Hac Vice*) | Attorneys for Defendant |
| Mathew A. Campbell (*Admitted Pro Hac Vice*) | ABBOTT LABORATORIES |
| WINSTON & STRAWN LLP | |
| 1700 K Street, N.W. | |
| Washington, D.C. 20007 | |
| Telephone: 202-282-5000 | |
| Facsimile: 202-282-5100 | |
| Email: cklein@winston.com | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC., *et al*, | Case No. C07-5470 (CW) |
| Plaintiffs, | Related per November 19, 2007 Order to Case No. C04-1511 (CW) |
| v. | **STIPULATION RE EXTENSION OF EXPERT DISCOVERY DEADLINES** |
| ABBOTT LABORATORIES, | |
| Defendant. | |

*(Caption continued on next page.)*

|   |   |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.*, | Case No. C07-5985 (CW) (Consolidated Cases) |
| Plaintiffs, | Related per November 30, 2007 Order to Case No. C04-1511 (CW) |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

|   |   |
|---|---|
| RITE AID CORPORATION, *et al.*, | Case No. 07-6120 (CW) |
| Plaintiffs, | Related per December 5, 2007 Order to Case No. C04-1511 (CW) |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

STIPULATION RE EXTENSION OF EXPERT DISCOVERY DEADLINES
CASE NOS. C07-5470, C07-5985, C07-6012 (CW)

DC:635492.1

WHEREAS, the parties are engaged in expert discovery in the consolidated cases of *Safeway, et al., v. Abbott Laboratories* (No. 07-5470), *SmithKline Beecham Corp. d/b/a GlaxoSmithKline v. Abbott Laboratories* (No. 07-5702), *Meijer, Inc. & Meijer Distribution, Inc., et al. v. Abbott Laboratories* (No. 07-5985), and *Rite Aid Corp., et al., v. Abbott Laboratories* (No. 07-6120);

WHEREAS on December 21, 2009, the parties previously stipulated, and the Court so ordered, that Defendant's responsive expert reports would be due on March 22, 2010, and the Plaintiffs' rebuttal expert reports would be due April 19, 2010;

WHEREAS the parties have agreed that the Defendant may have additional time to serve its responsive expert reports, and Plaintiffs may have additional time to file their rebuttal expert reports;

WHEREAS this alteration in schedule will have no effect on the remaining case schedule.

**IT IS HEREBY STIPULATED AND AGREED:**

1. Defendant shall file its expert reports responsive solely to Direct Purchaser Plaintiffs' opening expert reports by March 23, 2010.

2. Plaintiffs shall file their rebuttal expert reports by April 21, 2010.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

/s/ Scott E. Perwin

Scott E. Perwin
KENNY NACHWALTER, PA
1100 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

*Attorneys for Safeway, Inc.*

/s/ John D. Radice

John D. Radice
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY  10011

*Co-Lead Counsel for the Direct Purchaser Class*

/s/ Joseph Opper

Bruce Gerstein
Joseph Opper
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY  10036

*Co-Lead Counsel for the Direct Purchaser Class*

/s/ W. Ross Foote

W. Ross Foote
SMITH FOOTE LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

*Direct Purchaser Class Executive Committee*

/s/ Stephanie S. McCallum

Stephanie S. McCallum
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

*Attorneys for Defendant Abbott Laboratories*

/s/ Daniel C. Simons

Eric L. Cramer
Daniel C. Simons
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6305

*Co-Lead Counsel for the Direct Purchaser Class*

/s/ Stuart E. DesRoches

Stuart E. DesRoches
ODOM & DES ROCHES LLP
650 Poydras Street
New Orleans, LA 70130

*Direct Purchaser Class Executive Committee*

/s/ Monica L. Rebuck

Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 N. Third Street, Suite 700
Harrisburg, PA  17101
*Attorneys for the Rite Aid Plaintiffs*

STIPULATION RE EXTENSION OF EXPERT DISCOVERY DEADLINES
CASE NOS. C07-5470, C07-5985, C07-6012 (CW)

DC:635492.1

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 3/25/2010

_____
Judge Claudia Wilken
United States District Court
Northern District of California

### GENERAL ORDER 45 ATTESTATION

I, Stephanie S. McCallum, am the ECF User whose ID and password was used to file this STIPULATION RE DEPOSITION OF TRIAL WITNESSES NOT DEPOSED AND EXPERT DEMONSTRATIVES. In compliance with General Order 45, X.B., I hereby attest that the above counsel, counsel for Plaintiffs, concurred in this filing.

Dated: March 23, 2010

/s/ Stephanie S. McCallum
_____
Stephanie S. McCallum
WINSTON & STRAWN LLP
Counsel for Defendant