James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
Stephanie S. McCallum (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:     312-558-5700
Email: jhurst@winston.com;
ddoyle@winston.com;
spark@winston.com; smccallum@winston.com

Jeffrey I. Weinberger (SBN 56214)
David M. Rosenzweig (SBN 176272)
Grant A. Davis-Denny (SBN 229335)
MUNGER, TOLLES & OLSON LLP
355 Grand Avenue
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
Email: jeffrey.weinberger@mto.com;
david.rosenzweig@mto.com;
grant.davis-denny@mto.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
Email: michelle.friedland@mto.com

Charles B. Klein (*Admitted Pro Hac Vice*)
Mathew A. Campbell (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20007
Telephone:    202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC., *et al*,<br><br>           Plaintiffs,<br><br>           v.<br><br>ABBOTT LABORATORIES,<br><br>           Defendant. | Case No. C07-5470 (CW)<br><br>Related per November 19, 2007 Order to Case No. C04-1511 (CW)<br><br>**STIPULATION RE DEPOSITION OF TRIAL WITNESSES NOT DEPOSED AND EXPERT DEMONSTRATIVES** |

*(Caption continued on next page.)*

**Error! Unknown document property name.**



Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | Case No. C07-5702 (CW) (Consolidated Cases) |
| Plaintiff, | Related per November 19, 2007 Order to Case No. C04-1511 (CW) |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.*, | Case No. C07-5985 (CW) (Consolidated Cases) |
| Plaintiffs, | Related per November 30, 2007 Order to Case No. C04-1511 (CW) |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |
| RITE AID CORPORATION, *et al.*, | Case No. 07-6120 (CW) |
| Plaintiffs, | Related per December 5, 2007 Order to Case No. C04-1511 (CW) |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

Error! Unknown document property name.

WHEREAS, the parties are engaged in discovery in the consolidated cases of *Safeway, et al., v. Abbott Laboratories* (No. 07-5470), *Smithkline Beechem Corp. d/b/a Glaxosmithkline v. Abbott Laboratories* (No. 07-5702), *Meijer, Inc. & Meijer Distribution, Inc., et al. v. Abbott Laboratories* (No. 07-5985), and *Rite Aid Corp., et al., v. Abbott Laboratories* (No. 07-6120);

WHEREAS, the parties have cooperated with one another to narrow the scope of fact and expert discovery in these cases;

WHEREAS, during fact discovery, the parties identified those witnesses disclosed in discovery responses who are likely to be deposed at trial and focused deposition discovery on these witnesses to avoid taking unnecessary depositions; and

WHEREAS, during expert discovery, the parties agreed to reserve for a later date the exchange of expert demonstrative exhibits.

**IT IS HEREBY STIPULATED AND AGREED:**

1.     If any party includes a witness on a trial witness list (due under the current schedule on January 25, 2011), who was not previously deposed in these cases, that witness will be made available for five hours of deposition testimony within one week of the disclosure (or some other date if agreed by all parties), even though the fact discovery cutoff has passed.

2.     Demonstrative exhibits to be used with experts during trial shall be disclosed pursuant to the demonstrative exhibits deadline in Judge Wilken's standing orders (due under the current schedule on January 28, 2011), or by further written agreement of the parties.  The parties reserve the right to challenge expert demonstrative exhibits on grounds unrelated to this stipulation – including the ground that the subject matter of a demonstrative exhibit was not adequately disclosed in the expert reports.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

3

Error! Unknown document property name.

1   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

2

3          /s/ Scott E. Perwin                              /s/ Stephanie S. McCallum

4   Scott E. Perwin                              Stephanie S. McCallum
    KENNY NACHWALTER, PA                         WINSTON & STRAWN LLP
5   1100 Miami Center                            35 West Wacker Drive
    201 South Biscayne Blvd.                     Chicago, IL 60601
6   Miami FL 33131
                                                 *Attorneys for Defendant Abbott*
7                                                *Laboratories*
    *Attorneys for Safeway, Inc.*

8          /s/ John D. Radice                           /s/ Daniel C. Simons

9   John D. Radice                               Eric L. Cramer
    KAPLAN FOX & KILSHEIMER LLP                  Daniel C. Simons
10  850 Third Avenue                             BERGER & MONTAGUE, P.C.
    New York, NY  10011                          1622 Locust Street
11                                               Philadelphia, PA 19103-6305
    *Co-Lead Counsel for the Direct*
12  *Purchaser Class*                            *Co-Lead Counsel for the Direct*
                                                 *Purchaser Class*
13
           /s/ Joseph Opper                             /s/ Stuart E. DesRoches
14  Bruce Gerstein                               Stuart E. DesRoches
    Joseph Opper                                 ODOM & DES ROCHES LLP
15  GARWIN GERSTEIN & FISHER LLP                 650 Poydras Street
    1501 Broadway, Suite 1416                    New Orleans, LA 70130
16  New York, NY  10036
                                                 *Direct Purchaser Class*
17  *Co-Lead Counsel for the Direct*             *Executive Committee*
    *Purchaser Class*

18         /s/  Trevor V. Stockinger                    /s/ Monica L. Rebuck

19  Trevor V. Stockinger                         Monica L. Rebuck
    IRELL & MANELLA                              HANGLEY ARONCHICK SEGAL &
20  1800 Avenue of the Stars, Suite 900          PUDLIN
    Los Angeles, California  90067-4276          30 N. Third Street, Suite 700
21                                               Harrisburg, PA  17101
    *Counsel for GSK*                            *Attorneys for the Rite Aid Plaintiffs*

22

23  /s/ W. Ross Foote
    W. Ross Foote
24  SMITH FOOTE LLP
    720 Murray Street
25  P.O. Box 1632
    Alexandria, LA 71309
26
    *Direct Purchaser Class*
27  *Executive Committee*

28

**Error! Unknown document property name.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: <u>3/25/2010</u>

Judge Claudia Wilken
United States District Court
Northern District of California

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

5

**Error! Unknown document property name.**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1

**GENERAL ORDER 45 ATTESTATION**

2   I, Stephanie S. McCallum, am the ECF User whose ID and password was used to file this

3   STIPULATION RE DEPOSITION OF TRIAL WITNESSES NOT DEPOSED AND EXPERT

4   DEMONSTRATIVES.  In compliance with General Order 45, X.B., I hereby attest that the above

5   counsel, counsel for Plaintiffs, concurred in this filing.

6

7        Dated:  March 22, 2010

/s/ Stephanie S. McCallum
_____

8

Stephanie S. McCallum
WINSTON & STRAWN LLP
Counsel for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE DEPOSITION OF TRIAL WITNESSES NOT DEPOSED AND EXPERT DEMONSTRATIVES
CASE NOS. C07-5470, C07-5702, C07-5985, C07-6012 (CW)

**Error! Unknown document property name.**