LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
Email: jsaveri@lchb.com

*Local Counsel for Rochester Drug Cooperative, Inc.*

IRELL & MANELLA LLP
Alexander Frank Wiles (CA 73596)
Brian Hennigan (CA 86955)
Stephanie Kaufman (CA 162644)
Trevor Stockinger (CA 226359)
1800 Avenue of the Stars #900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile:   (310) 203-7199
Email: awiles@irell.com; bhennigan@irell.com
skaufman@irell.com; tstockinger@irell.com

*Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*

[Additional Attorneys on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC., *et al*, | Case No. C07-5470 (CW) |
| Plaintiffs, | Related per November 19, 2007 Order to Case No. C04-1511 (CW) |
| v. | |
| ABBOTT LABORATORIES, | **STIPULATION TO EXTEND EXPERT DISCOVERY SCHEDULE** |
| Defendant. | |

*(Caption continued on next page.)*

| | | |
|---|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | ) ) ) | Case No. C07-5702 (CW) (Consolidated Cases) |
| Plaintiff, | ) ) | Related per November 19, 2007 Order to Case No. C04-1511 (CW) |
| v. | ) ) | |
| ABBOTT LABORATORIES, | ) ) | |
| Defendant. | ) ) | |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.*, | ) ) ) | Case No. C07-5985 (CW) (Consolidated Cases) |
| Plaintiffs, | ) ) | Related per November 30, 2007 Order to Case No. C04-1511 (CW) |
| v. | ) ) | |
| ABBOTT LABORATORIES, | ) ) | |
| Defendant. | ) ) | |
| RITE AID CORPORATION, *et al.*, | ) ) | Case No. 07-6120 (CW) |
| Plaintiffs, | ) ) | Related per December 5, 2007 Order to Case No. C04-1511 (CW) |
| v. | ) ) | |
| ABBOTT LABORATORIES, | ) ) | |
| Defendant. | ) ) | |

WHEREAS, Defendant Abbott Laboratories served its responsive expert reports on March 23, 2010.

WHEREAS, the current deadline for service of Plaintiffs' rebuttal expert reports is April 21, 2010;

WHEREAS, Plaintiffs have requested additional time for their experts to prepare their rebuttal reports;

WHEREAS, Abbott does not oppose such an extension;

WHEREAS, the parties have agreed to propose certain other modifications to the schedule for expert discovery and dispositive motions that will provide the parties additional time to complete these tasks but will not alter the date of the final pre-trial conference or the date of trial;

**IT IS HEREBY STIPULATED AND AGREED:**

The case schedule will be adjusted as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| *Plaintiffs' rebuttal expert reports due* | 4/21/2010 | 5/5/2010 |
| *Completion of expert discovery* | 5/24/2010 | 7/2/2010 |
| *Dispositive motions must be filed* | 6/17/2010 | 7/30/2010 |
| *Opposition briefs must be filed* | 7/8/2010 | 8/26/2010 |
| *Reply briefs must be filed* | 7/22/2010 | 9/16/2010 |
| *Hearing on dispositive motions* | 8/5/2010 | 9/30/2010 |
| *Final pre-trial conference* | 2/8/2011 | 2/8/2011 |
| *Jury trial* | 2/28/2011 | 2/28/2011 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

| | |
|---|---|
| /s/ Alexander F. Wiles | /s/ Stephanie S. McCallum |
| Alexander F. Wiles | Stephanie S. McCallum |
| IRELL & MANELLA LLP | WINSTON & STRAWN LLP |
| 1800 Avenue of the Stars, Suite 900 | 35 West Wacker Drive |
| Los Angeles, CA 90067-4276 | Chicago, IL 60601 |
| *Attorney for GSK* | *Attorneys for Defendant Abbott Laboratories* |

/s/ Brendan Glackin
Brendan Glackin
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
*Attorney for Direct Purchaser Class Plaintiffs*

/s/ William Francis Murphy
William Francis Murphy
DILLINGHAM & MURPHY, LLP
225 Bush Street, Sixth Floor
San Francisco, CA 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
*Attorney for Safeway Inc., et al., and Rite Aid Corp., et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 4/16/2010

_____
Judge Claudia Wilken
United States District Court
Northern District of California