1  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
2  Joseph R. Saveri (State Bar No. 130064)
   Embarcadero Center West
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:   (415) 956-1008
5  Email: jsaveri@lchb.com

6  *Local Counsel for Rochester Drug Cooperative, Inc.*

7  IRELL & MANELLA LLP
   Alexander Frank Wiles (CA 73596)
8  Brian Hennigan (CA 86955)
   Trevor Stockinger (CA 226359)
9  1800 Avenue of the Stars #900
   Los Angeles, CA 90067
10 Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
11 Email: awiles@irell.com; bhennigan@irell.com;
   tstockinger@irell.com
12
   *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*
13

14
   [Additional Attorneys on Signature Page]
15
                **UNITED STATES DISTRICT COURT**
16
                **NORTHERN DISTRICT OF CALIFORNIA**
17
                        **OAKLAND DIVISION**
18

19 SAFEWAY INC., *et al*,                )   Case No. C07-5470 (CW)
                                         )
20        Plaintiffs,                    )   Related per November 19, 2007 Order to
                                         )   Case No. C04-1511 (CW)
21            v.                         )
                                         )   **STIPULATION REGARDING**
22 ABBOTT LABORATORIES,                  )   **DEPOSITIONS OF EXPERT WITNESSES**
                                         )   **AND EXTENDING EXPERT DISCOVERY**
23        Defendant.                     )   **SCHEDULE**
                                         )
24                                       )
                                         )
25 _____)

26        *(Caption continued on next page.)*

27

28

---

| | |
|---|---|
| 1   SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | )   Case No. C07-5702 (CW) <br> )   (Consolidated Cases) |
| 2 | ) |
|            Plaintiff, | )   Related per November 19, 2007 Order to |
| 3 | )   Case No. C04-1511 (CW) |
|              v. | ) |
| 4 | ) |
|    ABBOTT LABORATORIES, | ) |
| 5 | ) |
|            Defendant. | ) |
| 6 | ) |
| 7 | ) |
| 8 | ) |

1   SMITHKLINE BEECHAM CORPORATION   )   Case No. C07-5702 (CW)
    d/b/a GLAXOSMITHKLINE,            )   (Consolidated Cases)
2                                     )
         Plaintiff,                   )   Related per November 19, 2007 Order to
3                                     )   Case No. C04-1511 (CW)
              v.                      )
4                                     )
    ABBOTT LABORATORIES,              )
5                                     )
         Defendant.                   )
6                                     )
7                                     )
8                                     )

9   MEIJER, INC. & MEIJER DISTRIBUTION,   )   Case No. C07-5985 (CW)
    INC., *et al.*,                       )   (Consolidated Cases)
10                                        )
         Plaintiffs,                      )   Related per November 30, 2007 Order to
11                                        )   Case No. C04-1511 (CW)
              v.                          )
12                                        )
    ABBOTT LABORATORIES,                  )
13                                        )
         Defendant.                       )
14                                        )
15                                        )
16                                        )

17  RITE AID CORPORATION, *et al.*,   )   Case No. 07-6120 (CW)
                                      )
18       Plaintiffs,                  )   Related per December 5, 2007 Order to
                                      )   Case No. C04-1511 (CW)
19            v.                      )
                                      )
20  ABBOTT LABORATORIES,              )
                                      )
21       Defendant.                   )
                                      )
22                                    )
                                      )
23                                    )
                                      )
24                                    )

25
26
27
28

WHEREAS, Plaintiffs and Defendant seek to memorialize their agreements concerning the dates, locations and lengths of the depositions of expert witnesses in these cases;

WHEREAS, under the current case schedule, the expert discovery ends on July 2, 2010;

WHEREAS, the attorneys and certain experts of the parties have scheduling conflicts, including trials in other matters, during the month of June;

WHEREAS, the parties seek to extend the expert discovery schedule until July 22, 2010 for the sole purpose of completing depositions of certain expert witnesses without altering any other dates in the case schedule;

**IT IS HEREBY STIPULATED AND AGREED:**

1. The depositions of each expert witness will take place on the date and at a mutually agreeable location in the city set out below.  Notwithstanding these currently agreed upon dates and locations, the parties can mutually agree to alter the dates or locations of the expert witnesses if circumstances require.

| Expert Witness | Date | Location |
| --- | --- | --- |
| Keith Leffler | 6/4/2010 | Seattle |
| Joseph B. Marzouk | 6/8/2010 | San Francisco |
| Hal Singer | 6/24/2010 | Philadelphia |
| Roger G. Noll | 6/17/2010 & 6/18/2010 | Los Angeles |
| James A. Langenfeld | 6/17/2010 | Chicago |
| Douglas Richman | 6/22/2010 | San Diego |
| Robert J. Dolan | 6/23/2010 | District of Columbia |
| E.M. (Mick) Kolassa | 6/24/2010 | District of Columbia |
| Stephen D. Prowse | 6/29/2010 | Los Angeles |
| Richard J. Gilbert | 7/7/2010 & 7/8/2010 | Los Angeles |
| Javeed Siddiqui | 7/15/2010 | Los Angeles |
| Joel W. Hay | 7/21/2010 & 7/22/2010 | Los Angeles |

2.  By this stipulation, each expert will be deemed to be under an obligation to appear for deposition as if that expert had been duly served with a subpoena requiring attendance on the dates and in the locations indicated in the above table.  By signing this stipulation, counsel certify that the experts agree to so appear.

2.  The deposition of Dr. Roger G. Noll may need to be conducted in July rather than on the dates listed above because of personal issues that may arise with the attorneys in these cases.  In that event, Dr. Noll's deposition will take place on mutually agreeable dates in July.  The parties agree to extend completion of the expert discovery schedule from July 2, 2010 to July 22, 2010 for the sole purpose of taking the depositions of Dr. Siddiqui, Dr. Hay, Dr. Gilbert and possibly Dr. Noll.    This extension will not affect any other dates in the case schedule.

3.  The parties also agree that Abbott may take a one-day nine-hour deposition of Dr. Singer; a one-day eight-hour deposition of Dr. Prowse and a two-day nine-hour deposition of Dr. Noll. Plaintiffs may collectively take a two-day 11-hour deposition of Dr. Gilbert and a two-day 10-hour deposition of Dr. Hay.  Plaintiffs, collectively, and Abbott may only take a one-day seven-hour deposition of all other expert witnesses.

//

//

//

1    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

2      */s/ Alexander F. Wiles*                      */s/ Stephanie S. McCallum*
       Alexander F. Wiles                            Stephanie S. McCallum
3      IRELL & MANELLA LLP                           WINSTON & STRAWN LLP
       1800 Avenue of the Stars, Suite 900           35 West Wacker Drive
4      Los Angeles, CA 90067-4276                    Chicago, IL 60601
       *Attorney for GSK*                            *Attorneys for Defendant Abbott Laboratories*
5
       */s/ Brendan Glackin*                         --------------------------------
6      Brendan Glackin                               William Francis Murphy
       LIEFF, CABRASER, HEIMANN &                    DILLINGHAM & MURPHY, LLP
7      BERNSTEIN, LLP                                225 Bush Street, Sixth Floor
       Embarcadero Center West                       San Francisco, CA 94104-4207
8      275 Battery Street, 30th Floor                Telephone: (415) 397-2700
       San Francisco, CA 94111-3339                  Facsimile: (415) 397-3300
9      *Attorney for Direct Purchaser Class Plaintiffs*   *Attorney for Safeway Inc., et al., and Rite Aid Corp., et al.*

10    **PURSUANT TO STIPULATION, IT IS SO ORDERED**

11    Dated: _____ **6/18/2010** _____

12

13                              Judge Claudia Wilken

14                              United States District Court
                                Northern District of California
15

16           Pursuant to General Order No. 45, Section X, I attest under penalty of perjury that

17    concurrence in the filing of this document has been obtained from the above signatories.

18                              By:   */s/ Trevor V. Stockinger*
                                      _____
19                                    Trevor V. Stockinger
                                      IRELL & MANELLA LLP
20                                    Attorneys for GlaxoSmithKline

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND EXPERT DISCOVERY SCHEDULE
CASE NOS. C07-5470, C07-5702, C07-5985, C07-6012 (CW)