1   IRELL & MANELLA LLP
    Alexander F. Wiles (CA 73596) awiles@irell.com
2   Brian Hennigan (CA 86955) bhennigan@irell.com
    Trevor V. Stockinger (CA 226359) tstockinger@irell.com
3   S. Albert Wang (CA 250163) awang@irell.com
    1800 Avenue of the Stars, Suite 900
4   Los Angeles, California 90067-4276
    Telephone:  (310) 277-1010
5   Facsimile:  (310) 203-7199

6   ARNOLD & PORTER LLP
    Kenneth A. Letzler (Admitted *Pro Hac Vice*) Kenneth_Letzler@aporter.com
7   Daniel S. Pariser (Admitted *Pro Hac Vice*) Daniel_Pariser@aporter.com
    Barbara H. Wootton (Admitted *Pro Hac Vice*) Barbara_Wootton@aporter.com
8   555 Twelfth Street, NW
    Washington, DC  20004-1206
9   Telephone:  (202) 942-5000
    Facsimile:  (202) 942-5999
10
    Attorneys for Plaintiff
11  GlaxoSmithKline

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                                  OAKLAND DIVISION

| | |
|---|---|
| 15  SMITHKLINE BEECHAM CORPORATION ) <br> d/b/a/ GLAXOSMITHKLINE,            ) | **Case No. C07-5702 (CW)** |
| 16                                                        )                   | *Related per November 19, 2007 Order to* |
|              Plaintiff,                                   )                   | **Case No. C-04-1511 (CW)** |
| 17                                                        )                   |  |
|         v.                                                )                   |  |
| 18                                                        )                   | **STIPULATION EXTENDING** |
|     ABBOTT LABORATORIES,                                  )                   | **DEADLINES FOR FILING** |
| 19                                                        )                   | **DECLARATIONS IN SUPPORT OF** |
|              Defendant.                                   )                   | **ADMINISTRATIVE MOTIONS TO FILE** |
| 20                                                        )                   | **UNDER SEAL RELATING TO ABBOTT'S** |
|                                                           )                   | **MOTIONS FOR SUMMARY JUDGMENT** |
| 21                                                        )                   |  |
| 22                                                        )                   | Date:      N/A <br> Time:      N/A |
| 23                                                        )                   | Courtroom: N/A <br> Judge:     Hon. Claudia Wilken |
| 24                                                        )                   |  |

25       *(Caption continued on next page.)*

---

STIPULATION EXTENDING DEADLINES FOR FILING DECLARATIONS IN SUPPORT OF
ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL

| | | |
|---|---|---|
| 1 | SAFEWAY INC., *et al.*, | Case No. C07-5470 (CW) |
| 2 | Plaintiff, | Related per November 19, 2007 Order to Case No. C04-1511 (CW) |
| 3 | v. | |
| 4 | ABBOTT LABORATORIES, | |
| 5 | Defendant. | |
| | | |
| 10 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.*, | Case No. C07-5985 (CW) (Consolidated Cases) |
| 11 | Plaintiff, | Related per November 30, 2007 Order to Case No. C04-1511 (CW) |
| 12 | v. | |
| 13 | ABBOTT LABORATORIES, | |
| 14 | Defendant. | |
| | | |
| 18 | RITE AID CORPORATION, *et al.*, | Case No. C07-6120 (CW) |
| 19 | Plaintiff, | Related per December 5, 2007 Order to Case No. C04-1511 (CW) |
| 20 | v. | |
| 21 | ABBOTT LABORATORIES, | |
| 22 | Defendant. | |

- 2 -

STIPULATION EXTENDING DEADLINES FOR FILING DECLARATIONS IN SUPPORT OF
ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL

1 | WHEREAS, on July 30, 2010, Defendant Abbott Laboratories ("Abbott") filed a motion for summary judgment addressing the claims made by Plaintiffs Rite Aid Corp., *et al.*, Meijer, Inc., *et al.*, and Safeway Inc., *et al.* (collectively "Direct Purchaser Plaintiffs"), and a motion for summary judgment addressing the claims made by Plaintiff GlaxoSmithKline ("GSK");

WHEREAS, along with Abbott's motions, Abbott lodged declarations attaching numerous confidential documents designated by Abbott, Plaintiffs, and non-party Bristol-Myers Squibb ("BMS") as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the protective orders in these cases;

WHEREAS, pursuant to Northern District of California Civil Local Rules 7-11 and 79-5, in conjunction with the lodging of parties' documents under seal, Abbott filed motions for administrative relief addressing those materials that Abbott seeks to seal;

WHEREAS, under Local Rule 79-5(d), if a designating party wishes to maintain its designated materials under seal, it must timely file a supporting declaration and proposed order within seven days;

WHEREAS, all parties anticipate that Plaintiffs' oppositions, like Abbott's motions, will entail administrative motions under Local Rules 7-11 and 79-5 addressing a large volume of documents;

WHEREAS, for the reasons stated in the accompanying declarations of Trevor V. Stockinger and of Stephanie S. McCallum, the parties believe they need more time to prepare the submissions required by Local Rule 79-5 and agree that allowing parties and non-parties additional time to file those submissions would not delay the progress of these cases.

**IT IS HEREBY STIPULATED AND AGREED:**

1. The parties request additional time for filing declarations in support of administrative motions to file under seal materials lodged in connection with Abbott's motions for summary judgment.

2. The parties propose that the deadlines for parties and non-parties to submit supporting declarations and proposed orders (as specified by Local Rule 79-5(d)) be extended for

1 | materials associated with Abbott's motions for summary judgment and Plaintiffs' oppositions
2 | thereto.

3. The parties specifically propose that supporting declarations and proposed orders sealing materials lodged by Abbott on August 2, 2010 be submitted by designating parties and non-parties no later than August 13, 2010.

4. Additionally, the parties specifically propose that declarations and proposed orders sealing materials that will be lodged by Direct Purchaser Plaintiffs and GSK on August 27, 2010 be submitted by designating parties and non-parties no later than September 9, 2010.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

  /s/ Trevor Stockinger                                   /s/ Stephanie McCallum
Trevor Stockinger                                      Stephanie McCallum
IRELL & MANELLA LLP                                    WINSTON & STRAWN LLP
1800 Avenue of the Stars, Suite 900                    35 W. Wacker Drive
Los Angeles, CA 90067-4276                             Chicago, Illinois 60601

*Counsel for GSK*                                      *Counsel for Abbott Laboratories*

  /s/ Scott E. Perwin                                    /s/ Daniel C. Simons
Scott E. Perwin                                        Eric L. Cramer
KENNY NACHWALTER, PA                                   Daniel C. Simons
1100 Maimi Center                                      BERGER & MONTAGUE, P.C.
201 South Biscayne Blvd.                               1622 Locust Street
Miami, FL 33131                                        Philadelphia, PA 19103-6305

*Counsel for Safeway, Inc.*                            *Counsel for the District Purchaser Class*

  /s/ Monica L. Rebuck
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 N. Third Street, Suite 700
Harrisburg, PA 17101

*Counsel for the Rite Aid Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:      8/9/2010

                                                       _____
                                                       Judge Claudia Wilken
                                                       United States District Court
                                                       Northern District of California

- 5 -

**GENERAL ORDER 45 ATTESTATION**

I, S. Albert Wang, am the ECF User whose ID and password was used to file this STIPULATION EXTENDING DEADLINES FOR FILING DECLARATIONS IN SUPPORT OF ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL RELATING TO ABBOTT'S MOTIONS FOR SUMMARY JUDGMENT.  In compliance with General Order 45, X.B., I hereby attest that the above counsel concurred in this filing.

Dated:  August 5, 2010

           /s/ S. Albert Wang
          S. Albert Wang
          IRELL & MANELLA LLP
          Counsel for Plaintiff