| | |
|---|---|
| James F. Hurst *(Admitted Pro Hac Vice)* | Jeffrey I. Weinberger (SBN 56214) |
| David J. Doyle *(Admitted Pro Hac Vice)* | Stuart N. Senator (SBN 148009) |
| Samuel S. Park *(Admitted Pro Hac Vice)* | Keith R.D. Hamilton (SBN 252115) |
| Stephanie S. McCallum *(Admitted Pro Hac Vice)* | MUNGER, TOLLES & OLSON LLP |
| WINSTON & STRAWN LLP | 355 South Grand Avenue |
| 35 W. Wacker Drive | Los Angeles, CA  90071-1560 |
| Chicago, IL 60601-9703 | Telephone:    (213) 683-9100 |
| Telephone:    (312) 558-5600 | Facsimile:    (213) 687-3702 |
| Facsimile:    (312) 558-5700 | Email: jeffrey.weinberger@mto.com; |
| Email: jhurst@winston.com; ddoyle@winston.com; | stuart.senator@mto.com; |
| spark@winston.com; smccallum@winston.com | david.rosenzweig@mto.com; |

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
Email:  michelle.friedland@mto.com

Charles B. Klein *(Admitted Pro Hac Vice)*
Matthew A. Campbell *(Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20007
Telephone:    (202) 282-5000
Facsimile:    (202) 282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, <br><br> Plaintiff, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | CASE NO.  C 07-5702 (CW) <br><br> Related per December 5, 2007 Order to Case No. C 04-1511 (CW) <br><br> **ORDER ON PLAINTIFFS' MOTION TO EXTEND THE SCHEDULE FOR SUMMARY JUDGMENT BRIEFING** |

*(Caption continued on next page)*

| | |
|---|---|
| 1 | |
| 2 | SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP, | CASE NO.  C 07-5470 (CW)<br><br>Related per November 19, 2007 Order to Case No. C 04-1511(CW) |
| 3 | |
| 4 | |
| 5 |         Plaintiffs, |
| 6 |     vs. |
| 7 | ABBOTT LABORATORIES, |
| 8 |         Defendant. |

SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,

        Plaintiffs,

    vs.

ABBOTT LABORATORIES,

        Defendant.

CASE NO.  C 07-5470 (CW)

Related per November 19, 2007 Order to Case No. C 04-1511(CW)

---

RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC,
Plaintiffs,
vs.
ABBOTT LABORATORIES,
Defendant.

CASE NO.  C 07-6120 (CW)

Related per December 5, 2007 Order to Case No. C 04-1511 (CW)

---

MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,
Plaintiffs,
vs.
ABBOTT LABORATORIES,
Defendant.

CASE NO.  C 07-5985 (CW)
(Consolidated Cases)
Related per November 30, 2007 Order to Case No. C 04-1511 (CW)

On August 18, 2010, Plaintiffs filed with the Court their Motion to Extend the Schedule for Summary Judgment Briefing.  On August 19, 2010, Defendant Abbott Laboratories ("Abbott") filed with the Court its opposition thereto.  Having considered the papers submitted, the Court rules as follows:

Plaintiffs' Motion to Extend the Schedule for Summary Judgment Briefing is DENIED.

IT IS HEREBY ORDERED:

(See checked box below.)

[ ] The summary judgment briefing schedule stipulated to by the parties, and previously approved by this Court, shall remain.   The parties shall continue to follow that schedule.

[ **X** ] The summary judgment briefing scheduled stipulated to by the parties, and previously approved by this Court, shall be modified according to the following schedule:

| Event | Date |
|---|---|
| *Plaintiffs' Briefs in Opposition to Motions for Summary Judgment* | September 9, 2010 |
| *Declarations & Proposed Orders Sealing Materials Lodged by Plaintiffs in Connection with Plaintiffs' Briefs in Opposition* | September 23, 2010 |
| *Defendants' Reply Briefs in Support of Motions for Summary Judgment* | September 30, 2010 |
| *Hearing on Defendants' Motions for Summary Judgment* | To be set by future order of the Court |

Dated: 8/23/2010

By: _____
Hon. Claudia A. Wilken
United States District Judge

11498935.1

[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO
EXTEND SCHEDULE FOR MSJ BRIEFING
07-5470, 07-5985, 07-6120,  07-5702