1  James F. Hurst *(Admitted Pro Hac Vice)*          Jeffrey I. Weinberger (SBN 56214)
   Samuel S. Park *(Admitted Pro Hac Vice)*          Stuart N. Senator (SBN 148009)
2  Stephanie S. McCallum *(Admitted Pro Hac Vice)*   Keith R.D. Hamilton (SBN 252115)
   WINSTON & STRAWN LLP                              MUNGER, TOLLES & OLSON LLP
3  35 W. Wacker Drive                                355 South Grand Avenue
   Chicago, IL 60601-9703                            Los Angeles, CA 90071-1560
4  Telephone:    (312) 558-5600                      Telephone:    (213) 683-9100
   Facsimile:    (312) 558-5700                      Facsimile:    (213) 687-3702
5  jhurst@winston.com; ddoyle@winston.com;           jeffrey.weinberger@mto.com;
   spark@winston.com; smccallum@winston.com          stuart.senator@mto.com;
6                                                     keith.hamilton@mto.com
   Nicole M. Norris (SBN 222785)
7  WINSTON & STRAWN LLP                              Michelle Friedland (SBN 234124)
   101 California Street, Suite 3900                 MUNGER, TOLLES & OLSON LLP
8  San Francisco, CA 94111-5894                      560 Mission Street
   Telephone:   415-591-1000                         San Francisco, CA 94105-2907
9  Facsimile:   415-591-1400                         Telephone:    (415) 512-4000
   nnorris@winston.com                               Facsimile:    (415) 512-4077
10                                                    michelle.friedland@mto.com
   Charles B. Klein *(Admitted Pro Hac Vice)*
11 Matthew A. Campbell *(Admitted Pro Hac Vice)*     Attorneys for Defendant
   WINSTON & STRAWN LLP                              ABBOTT LABORATORIES
12 1700 K Street, N.W.
   Washington, DC  20007
13 Telephone:    (202) 282-5000
   Facsimile:    (202) 282-5100
14 cklein@winston.com; mcampbell@winston.com

15                   **UNITED STATES DISTRICT COURT**

16                   **NORTHERN DISTRICT OF CALIFORNIA**

17                         **OAKLAND DIVISION**

18  SMITHKLINE BEECHAM CORPORATION  )   **Case No. C07-5702 (CW)**
    d/b/a/ GLAXOSMITHKLINE,         )
19                                  )   *Related per November 19, 2007 Order to*
                                    )   **Case No. C-04-1511 (CW)**
20             Plaintiff,           )
                                    )
21       v.                         )   **STIPULATION AND ORDER GRANTING**
                                    )   **DEFENDANT'S MOTION TO REMOVE**
22  ABBOTT LABORATORIES,            )   **INCORRECTLY FILED DOCUMENT**
                                    )
23             Defendant.           )   **Date:        N/A**
                                    )   **Time:        N/A**
24                                  )   **Courtroom:   N/A**
                                    )   **Judge:       Hon. Claudia Wilken**
25                                  )
                                    )
26                                  )
                                    )
27  _____)

28       *(Caption continued on next page.)*

1
2  SAFEWAY INC., *et al.*,                                    )   Case No. C07-5470 (CW)
                                                              )
3              Plaintiff,                                     )   Related per November 19, 2007 Order to
                                                              )   Case No. C04-1511 (CW)
4      v.                                                     )
                                                              )
5  ABBOTT LABORATORIES,                                       )
                                                              )
6              Defendant.                                     )
                                                              )
7                                                             )
                                                              )
8                                                             )
                                                              )
9                                                             )
   MEIJER, INC. & MEIJER DISTRIBUTION,                        )   Case No. C07-5985 (CW)
10 INC., *et al.*,                                            )   (Consolidated Cases)
                                                              )
11             Plaintiff,                                     )   Related per November 30, 2007 Order to
                                                              )   Case No. C04-1511 (CW)
12     v.                                                     )
                                                              )
13 ABBOTT LABORATORIES,                                       )
                                                              )
14             Defendant.                                     )
                                                              )
15                                                            )
                                                              )
16                                                            )
                                                              )
17                                                            )
                                                              )
18 RITE AID CORPORATION, *et al.*,                            )   Case No. C07-6120 (CW)
                                                              )
19             Plaintiff,                                     )   Related per December 5, 2007 Order to
                                                              )   Case No. C04-1511 (CW)
20     v.                                                     )
                                                              )
21 ABBOTT LABORATORIES,                                       )
                                                              )
22             Defendant.                                     )
                                                              )
23                                                            )
                                                              )
24                                                            )
                                                              )
25                                                            )
                                                              )
26                                                            )
27
28

1    WHEREAS, Exhibits A through U to the Declaration of James F. Hurst in Support of

2    Defendant's Motion for Summary Judgment on GSK's Amended Complaint (the "Hurst Exhibits")

3    were filed electronically on July 30, 2010 in the above-captioned cases and given the following docket

4    numbers in those cases:

5

| Case No. | Docket No. |
|----------|------------|
| 4:07-cv-05985-CW | 264 |
| 4:07-cv-06120-CW | 153 |
| 4:07-cv-05702-CW | 227 |
| 4:07-cv-05470-CW | 164 |

10    WHEREAS, the Hurst Exhibits inadvertently included, in unredacted form, information

11    designated by Plaintiff SmithKline Beecham Corp. d/b/a GlaxoSmithKline ("GSK") as

12    Confidential or Highly Confidential;

13    WHEREAS, upon being informed of this error, Abbott's counsel contacted the Court's

14    ECF staff to have the Hurst Exhibits "locked" from public viewing per the Court's ECF

15    instructions;

16    WHEREAS, Abbott has re-filed the Hurst Exhibits, with appropriate redactions, under new

17    docket numbers in the respective cases;

18    **IT IS HEREBY STIPULATED AND AGREED:**

19    The Court should order that the incorrectly filed version of the document be removed from

20    the dockets of the respective cases, as set forth above.

21

22

23

24

25

26

27

28

1 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

2

3    */s/ S. Albert Wang*                          */s/ Scott E. Perwin*
     S. Albert Wang                               Scott E. Perwin
     IRELL & MANELLA LLP                          KENNY NACHWALTER, PA
4    1800 Avenue of the Stars, Suite 900          1100 Miami Center
     Los Angeles, California 90067-4276           201 South Biscayne Blvd.
5                                                 Miami FL 33131

     *Attorneys for Plaintiff SmithKline Beecham*
6    *Corp., dba GlaxoSmithKleine*                *Attorneys for Plaintiffs Safeway, et al.; Rite*
                                                  *Aid, et al.*
7

8    */s/ John Radice*                            */s/ Monica L. Rebuck*
     John Radice                                  Monica L. Rebuck
9    NUSSBAUM LLP                                 HANGLEY ARONCHICK SEGAL &
     26 Murray Hill Road                          PUDLIN
10   Scarsdale, NY 10583                          30 N. Third Street, Suite 700
                                                  Harrisburg, PA  17101
11   *Attorneys for Plaintiffs Meijer Distribution,*
     *Inc., et al.*                               *Attorneys for Plaintiffs Rite Aid Corporation,*
12                                                *et al.*

13

14   */s/ Daniel Berger*                          */s/ Andrew E. Aubertine*
     Daniel Berger                                Andrew E. Aubertine
15   BERGER & MONTAGUE, P.C.                      AUBERTINE DRAPER ROSE LLP
     1622 Locust Street                           8203 SE 7th Avenue
     Philadelphia, PA 19103-6305                  Portland, Oregon 97202
16
     *Attorneys for Plaintiffs Rochester Drug Co-* *Attorneys for Plaintiff Louisiana Wholesale*
17   *Operative*                                  *Drug Co., Inc.*

18

19   */s/ Bruce E. Gerstein*                      */s/ Stephanie S. McCallum*
     Bruce E. Gerstein                            Stephanie S. McCallum
20   GARWIN GERSTEIN & FISHER LLP                 WINSTON & STRAWN LLP
     1501 Broadway, Suite 1416                    35 West Wacker Drive
     New York, NY 10036                           Chicago, IL 60601
21
     *Attorneys for Plaintiff Louisiana Wholesale* *Attorneys for Defendant Abbott Laboratories*
22   *Drug Company, Inc.*

23

24

25

26

27

28

- 4 -

CASE NOS. 4:07-CV-05985-CW, 4:07-CV-06120-CW, 4:07-CV-05702-CW, 4:07-CV-05470-CW
STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated:    9/9/2010

3

4

5  Judge Claudia Wilken
   United States District Court
6  Northern District of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

CASE NOS. 4:07-CV-05985-CW, 4:07-CV-06120-CW, 4:07-CV-05702-CW, 4:07-CV-05470-CW
STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT

1

**GENERAL ORDER 45 ATTESTATION**

2

I, Stephanie S. McCallum, am the ECF User whose ID and password was used to file this

3   STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO

4   REMOVE INCORRECTLY FILED DOCUMENT.  In compliance with General Order 45, I

5   hereby attest that the above counsel concurred in this filing.

6

7

Dated: September 7, 2010                            _/s/ Stephanie S. McCallum_____

8
Stephanie S. McCallum
WINSTON & STRAWN LLP
9
Counsel for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28