| | |
|---|---|
| James F. Hurst *(Admitted Pro Hac Vice)* <br> David J. Doyle *(Admitted Pro Hac Vice)* <br> Samuel S. Park *(Admitted Pro Hac Vice)* <br> Stephanie S. McCallum *(Admitted Pro Hac Vice)* <br> WINSTON & STRAWN LLP <br> 35 W. Wacker Drive <br> Chicago, IL 60601-9703 <br> Telephone:   (312) 558-5600 <br> Facsimile:   (312) 558-5700 <br> Email: jhurst@winston.com; ddoyle@winston.com; <br> spark@winston.com; smccallum@winston.com | Jeffrey I. Weinberger (SBN 56214) <br> Stuart N. Senator (SBN 148009) <br> Keith R.D. Hamilton (SBN 252115) <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Avenue <br> Los Angeles, CA  90071-1560 <br> Telephone:   (213) 683-9100 <br> Facsimile:   (213) 687-3702 <br> Email: jeffrey.weinberger@mto.com; <br> stuart.senator@mto.com; <br> david.rosenzweig@mto.com; |
| Nicole M. Norris (SBN 222785) <br> WINSTON & STRAWN LLP <br> 101 California Street, Suite 3900 <br> San Francisco, CA  94111-5894 <br> Telephone:   415-591-1000 <br> Facsimile:   415-591-1400 <br> Email: nnorris@winston.com | Michelle Friedland (SBN 234124) <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street <br> San Francisco, CA 94105-2907 <br> Telephone:   (415) 512-4000 <br> Facsimile:   (415) 512-4077 <br> Email:  michelle.friedland@mto.com |
| Charles B. Klein *(Admitted Pro Hac Vice)* <br> Matthew A. Campbell *(Admitted Pro Hac Vice)* <br> WINSTON & STRAWN LLP <br> 1700 K Street, N.W. <br> Washington, DC  20007 <br> Telephone:   (202) 282-5000 <br> Facsimile:   (202) 282-5100 <br> Email: cklein@winston.com | Attorneys for Defendant <br> ABBOTT LABORATORIES |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP, <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | CASE NO.  C 07-5470 (CW) <br><br> Related per November 19, 2007 Order to Case No. C 04-1511(CW) <br><br> **STIPULATION TO THREE ADDITIONAL PAGES FOR ABBOTT LABORATORIES' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON DIRECT PURCHASERS PLAINTIFFS' CLAIMS;** ~~**PROPOSED**~~ **ORDER** <br><br> Judge:     Honorable Claudia Wilken <br> Date:       October 28, 2010 <br> Time:      2:00 PM <br> Location: Courtroom 2 (4th Floor) |

*(Caption continued on next page)*

| | | |
|---|---|---|
| 1 | | |
| 2 | MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | CASE NO.  C 07-5985 (CW) (Consolidated Cases) |
| 3 | | Related per November 30, 2007 Order to Case No. C 04-1511 (CW) |
| 4 | | |
| 5 | | |
| 6 | Plaintiffs, | |
| 7 | vs. | |
| 8 | ABBOTT LABORATORIES, | |
| 9 | Defendant. | |
| 10 | RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC, | CASE NO.  C 07-6120 (CW) |
| 11 | | Related per December 5, 2007 Order to Case No. C 04-1511 (CW) |
| 12 | | |
| 13 | Plaintiffs, | |
| 14 | vs. | |
| 15 | ABBOTT LABORATORIES, | |
| 16 | Defendant. | |

WHEREAS, Defendant Abbott Laboratories has requested three (3) additional pages, for a total of 18 pages, to reply to the Direct Purchaser Plaintiffs' opposition to Abbott's motion for summary judgment;

WHEREAS, the Direct Purchaser Plaintiffs have stated that they do not oppose Abbott's request;

WHEREAS, this request will not affect any deadlines or other submissions in these cases;

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

By the existing deadline of September 30, 2010, Defendant may file a reply brief of up to eighteen (18) pages in length in support of its motion for summary judgment on the Direct Purchaser Plaintiffs' claims.

**SO STIPULATED.**

/s/ Eric L. Cramer
Daniel Berger
Eric L. Cramer
Daniel C. Simons
BERGER & MONTAGUE
1622 Locust Street
Philadelphia, PA 19103-6305
*Attorneys for Rochester Drug Co-Operative, Inc. and Direct Purchaser Class*

/s/ Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 N. Third Street, Suite 700
Harrisburg, PA 17101
*Attorneys for Rite Aid Plaintiffs*

/s/ Scott E. Perwin
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER
1100 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131
*Attorneys for Safeway, Inc. Plaintiffs*

/s/ Stuart N. Senator
Stuart N. Senator
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA  900711560
*Attorney for Abbott Laboratories*

- 1 -

STIPULATION/APPLICATION AND ~~PROPOSED~~ ORDER RE EXTENDING SUMMARY JUDGMENT REPLY PAGE LIMIT
CASE NOS.  07-5470, 07-5985, 07-6120

11805925.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GENERAL ORDER 45 ATTESTATION**

I , Stuart N. Senator, am the ECF User whose ID and password was used to file this Joint Stipulation Regarding Plaintiffs' 30(b)(6) Depositions and the Use of Related Evidence at Trial. In compliance with General Order 45, X.B., I hereby attest that the counsel listed above concurred in this filing.

DATED: September 29, 2010                /s/ Stuart N. Senator
                                         Stuart N. Senator

- 1 -

11805925.2

STIPULATION/APPLICATION AND ~~PROPOSED~~ ORDER RE
EXTENDING SUMMARY JUDGMENT REPLY PAGE LIMIT
CASE NOS.  07-5470, 07-5985, 07-6120

## [PROPOSED] ORDER

The page limit for Defendant Abbott Laboratories' reply brief in support of its motion for summary judgment on the Direct Purchaser Plaintiffs' claims is extended by three (3) pages. The existing filing deadline of September 30, 2010 is not affected by this order.

Dated: 10/4/2010

_____
Claudia Wilken
United States District Judge