IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596) awiles@irell.com
Brian Hennigan (CA 86955) bhennigan@irell.com
Trevor V. Stockinger (CA 226359) tstockinger@irell.com
S. Albert Wang (CA 250163) awang@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (*Admitted Pro Hac Vice*) Kenneth_Letzler@aporter.com
Daniel S. Pariser (*Admitted Pro Hac Vice*) Daniel_Pariser@aporter.com
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

*Attorneys for Plaintiff GlaxoSmithKline*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **Case No. C 07-5702 (CW)**<br><br>*Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PROWSE DECLARATION, DOCUMENTS ASSOCIATED WITH SHAEFER AND STOCKINGER DECLARATIONS, AND PLAINTIFFS' OPPOSITION BRIEFS UNDER SEAL**<br><br>Date: October 28, 2010<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |

*(Caption continued on next page.)*

- 1 -
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL
(CASE NOS. C07-5702; 07-5470, 07-6120 (CW))

2298676.1 03

| | | |
|---|---|---|
| 1 | SAFEWAY INC., *et al.*, | Case No. C07-5470 (CW) |
| 2 | Plaintiff, | Related per November 19, 2007 Order to Case No. C04-1511 (CW) |
| 3 | v. | |
| 4 | ABBOTT LABORATORIES, | |
| 5 | Defendant. | |

| | | |
|---|---|---|
| | MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.*, | Case No. C07-5985 (CW) (Consolidated Cases) |
| | Plaintiff, | Related per November 30, 2007 Order to Case No. C04-1511 (CW) |
| | v. | |
| | ABBOTT LABORATORIES, | |
| | Defendant. | |

| | | |
|---|---|---|
| | RITE AID CORPORATION, *et al.*, | Case No. C07-6120 (CW) |
| | Plaintiff, | Related per December 5, 2007 Order to Case No. C04-1511 (CW) |
| | v. | |
| | ABBOTT LABORATORIES, | |
| | Defendant. | |

1     Having considered Plaintiffs' Administrative Motion to File Documents Under Seal and the
2 supporting Declaration of S. Albert Wang, and finding compelling reasons therefore, Plaintiffs'
3 Motion is GRANTED.

4     IT IS HEREBY GRANTED:

5     1. Exhibits 2, 12, 38, 43, 45, 50, 69, 111, 112, and 115 to the Declaration of Trevor V.
6 Stockinger in Support of Plaintiffs' Oppositions to Abbott's Motions for Summary Judgment
7 ("Stockinger Declaration") shall be filed UNDER SEAL.  These exhibits shall be publicly filed in
8 that redacted form, according to the proposed redactions reflected in Exhibits A to J of the
9 Declaration of S. Albert Wang in Support of Plaintiffs' Motion to Seal.

10     2. Exhibits 4, 6, 7, 36, 44, and 118 to the Stockinger Declaration shall be filed UNDER
11 SEAL.  Any of these exhibits which were lodged with the Court indicating proposed redactions
12 shall be publicly filed in that redacted form.

13     2. Exhibits C, D, E, F, G, I, J, K, L and O to the Declaration of Mark S. Shaefer in Support
14 of Plaintiffs' Oppositions to Abbott's Motions for Summary Judgment shall be filed UNDER
15 SEAL.

16     3. The Declaration of Stephen D. Prowse, Ph.D. in Support of Plaintiffs' Oppositions to
17 Abbott's Motions for Summary Judgment ("Prowse Declaration") shall be filed UNDER SEAL.
18 The publicly filed version of the Prowse Declaration shall be redacted as proposed, redacting the
19 portion of paragraph 3 on page 3, including the chart at the top of page 3.

20     4. Both GSK's and the Direct Purchaser Plaintiffs' Briefs in Opposition to Abbott's
21 Motions for Summary Judgment shall be filed UNDER SEAL.  The publicly filed version of these
22 opposition briefs shall be redacted as proposed in the copies lodged with the Court.

23
24 Dated: **10/25/2010**

                                          Honorable Claudia Wilken
                                          United States District Court