IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596) awiles@irell.com
Brian Hennigan (CA 86955) bhennigan@irell.com
Trevor V. Stockinger (CA 226359) tstockinger@irell.com
S. Albert Wang (CA 250163) awang@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (Admitted *Pro Hac Vice*) Kenneth_Letzler@aporter.com
Daniel S. Pariser (Admitted *Pro Hac Vice*) Daniel_Pariser@aporter.com
Barbara H. Wootton (Admitted *Pro Hac Vice*) Barbara_Wootton@aporter.com
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:    (202) 942-5000
Facsimile:    (202) 942-5999

Attorneys for Plaintiff
GlaxoSmithKline

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **Case No. C07-5702 (CW)**<br><br>*Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)**<br><br>**ORDER SEALING DOCUMENTS**<br><br>**The Honorable Judge Wilken** |

*(Caption continued on next page.)*

| | | |
|---|---|---|
| 1 | SAFEWAY INC., *et al.*, | ) Case No. C07-5470 (CW) |
| 2 | | ) |
| | Plaintiff, | ) Related per November 19, 2007 Order to |
| 3 | | ) Case No. C04-1511 (CW) |
| | v. | ) |
| 4 | | ) |
| | ABBOTT LABORATORIES, | ) |
| 5 | | ) |
| | Defendant. | ) |
| 6 | | ) |
| 7 | | ) |
| 8 | | ) |
| 9 | | ) |
| 10 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.*, | ) Case No. C07-5985 (CW) |
| | | ) (Consolidated Cases) |
| 11 | Plaintiff, | ) |
| | | ) Related per November 30, 2007 Order to |
| 12 | v. | ) Case No. C04-1511 (CW) |
| 13 | ABBOTT LABORATORIES, | ) |
| 14 | Defendant. | ) |
| 15 | | ) |
| 16 | | ) |
| 17 | | ) |
| 18 | RITE AID CORPORATION, *et al.*, | ) Case No. C07-6120 (CW) |
| 19 | Plaintiff, | ) Related per December 5, 2007 Order to |
| | | ) Case No. C04-1511 (CW) |
| 20 | v. | ) |
| 21 | ABBOTT LABORATORIES, | ) |
| 22 | Defendant. | ) |
| 23 | | ) |
| 24 | | ) |
| 25 | | ) |
| 26 | | ) |

1     Having reviewed Abbott's Motions to Seal and the Wootton Declaration in Support of
2 Abbott's Motions to Seal, the Court rules as follows:
3     IT IS HEREBY ORDERED:
4     1.    GSK has established that certain information filed by Abbott in this action is
5 sealable.
6     2.    The documents or portions thereof identified in the Wootton Declaration in Support
7 of Abbott's Motions to Seal shall be SEALED.

10 Dated: 10/25/2010

                                                */s/ Claudia Wilken*
11                                                 HONORABLE CLAUDIA WILKEN