| | |
|---|---|
| James F. Hurst *(Admitted Pro Hac Vice)* <br> David J. Doyle *(Admitted Pro Hac Vice)* <br> Samuel S. Park *(Admitted Pro Hac Vice)* <br> Stephanie S. McCallum *(Admitted Pro Hac Vice)* <br> WINSTON & STRAWN LLP <br> 35 W. Wacker Drive <br> Chicago, IL 60601-9703 <br> Telephone: (312) 558-5600 <br> Facsimile: (312) 558-5700 <br> Email: jhurst@winston.com; ddoyle@winston.com; <br> spark@winston.com; smccallum@winston.com | Jeffrey I. Weinberger (SBN 56214) <br> Stuart N. Senator (SBN 148009) <br> Keith R.D. Hamilton (SBN 252115) <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Avenue <br> Los Angeles, CA 90071-1560 <br> Telephone: (213) 683-9100 <br> Facsimile: (213) 687-3702 <br> Email: jeffrey.weinberger@mto.com; <br> stuart.senator@mto.com; <br> david.rosenzweig@mto.com; |
| Nicole M. Norris (SBN 222785) <br> WINSTON & STRAWN LLP <br> 101 California Street, Suite 3900 <br> San Francisco, CA 94111-5894 <br> Telephone: 415-591-1000 <br> Facsimile: 415-591-1400 <br> Email: nnorris@winston.com | Michelle Friedland (SBN 234124) <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street <br> San Francisco, CA 94105-2907 <br> Telephone: (415) 512-4000 <br> Facsimile: (415) 512-4077 <br> Email: michelle.friedland@mto.com |
| Charles B. Klein *(Admitted Pro Hac Vice)* <br> Matthew A. Campbell *(Admitted Pro Hac Vice)* <br> WINSTON & STRAWN LLP <br> 1700 K Street, N.W. <br> Washington, DC 20007 <br> Telephone: (202) 282-5000 <br> Facsimile: (202) 282-5100 <br> Email: cklein@winston.com | Attorneys for Defendant <br> ABBOTT LABORATORIES |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, <br><br> Plaintiff, <br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. <br><br> *(Caption continued on next page)* | CASE NO. C 07-5702 (CW) <br><br> Related per December 5, 2007 Order to Case No. C 04-1511 (CW) <br><br> **ORDER GRANTING DEFENDANT ABBOTT LABORATORIES' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS ASSOCIATED WITH ABBOTT'S REPLIES IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT** |

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO.  C 07-5470 (CW)<br><br>Related per November 19, 2007 Order to Case No. C 04-1511(CW) |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC,<br>Plaintiffs,<br>vs.<br>ABBOTT LABORATORIES,<br>Defendant. | CASE NO.  C 07-6120 (CW)<br><br>Related per December 5, 2007 Order to Case No. C 04-1511 (CW) |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br>Plaintiffs,<br>vs.<br>ABBOTT LABORATORIES,<br>Defendant. | CASE NO.  C 07-5985 (CW)<br>(Consolidated Cases)<br>Related per November 30, 2007 Order to Case No. C 04-1511 (CW) |

11787316.1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMIN. RELIEF
CASE NOS.  07-5470, 07-5985, 07-6120,  07-5702

Having considered Defendant Abbott Laboratories' Administrative Motion to File Under Seal Documents Associated With Abbott's Replies in Support of its Motions for Summary Judgment and the supporting Declaration of Keith R.D. Hamilton, and finding compelling reasons therefore, Defendant's Motion is GRANTED.

IT IS ORDERED THAT:

1. The following shall be filed under seal:

    a. The following portions of Defendant Abbott's Reply Brief in Support of Abbott's Motion for Summary Judgment on GSK's Amended Complaint ("Reply Brief"):

    - Page 9, line 27 after "negotiations" through page 10, line 1, ending with "(*See* Mot. . . .;"
    - Page 12, line 22 after "that" through line 23, ending with "(Mot. . . .;"
    - Page 13, line 12 after "Second" and ending with "A 'provision . . .;"
    - Page 13, line 19 after "that" through the entirety of line 20; and
    - Page 13, line 23 after "Abbott" through line 24 ending with "by . . .."

    b. Exhibit F to the Declaration of Stuart N. Senator in Support of Abbott's Motions for Summary Judgment ("Senator Declaration").

    c. Page 4, lines 24 through 26 of Exhibit G to the Senator Declaration.

2. Abbott shall publicly file redacted copies of Abbott's Reply Brief and Exhibit G to the Senator Declaration that conform to the terms of this order.

Dated 10/25/2010           By: _____
                           Hon. Claudia A. Wilken
                           United States District Judge

11787316.1   - 1 -   [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR ADMIN. RELIEF
CASE NOS. 07-5470, 07-5985, 07-6120, 07-5702