| | |
|---|---|
| James F. Hurst *(Admitted Pro Hac Vice)* | Jeffrey I. Weinberger (SBN 56214) |
| David J. Doyle *(Admitted Pro Hac Vice)* | Stuart N. Senator (SBN 148009) |
| Samuel S. Park *(Admitted Pro Hac Vice)* | Keith R.D. Hamilton (SBN 252115) |
| Stephanie S. McCallum *(Admitted Pro Hac Vice)* | MUNGER, TOLLES & OLSON LLP |
| WINSTON & STRAWN LLP | 355 South Grand Avenue |
| 35 W. Wacker Drive | Los Angeles, CA  90071-1560 |
| Chicago, IL 60601-9703 | Telephone:     (213) 683-9100 |
| Telephone:     (312) 558-5600 | Facsimile:      (213) 687-3702 |
| Facsimile:      (312) 558-5700 | Email: jeffrey.weinberger@mto.com; |
| Email: jhurst@winston.com; ddoyle@winston.com; | stuart.senator@mto.com; |
| spark@winston.com; smccallum@winston.com | david.rosenzweig@mto.com; |
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 101 California Street, Suite 3900 | 560 Mission Street |
| San Francisco, CA  94111-5894 | San Francisco, CA 94105-2907 |
| Telephone:     415-591-1000 | Telephone:     (415) 512-4000 |
| Facsimile:      415-591-1400 | Facsimile:      (415) 512-4077 |
| Email: nnorris@winston.com | Email:  michelle.friedland@mto.com |
| Charles B. Klein *(Admitted Pro Hac Vice)* | Attorneys for Defendant |
| Matthew A. Campbell *(Admitted Pro Hac Vice)* | ABBOTT LABORATORIES |
| WINSTON & STRAWN LLP | |
| 1700 K Street, N.W. | |
| Washington, DC  20007 | |
| Telephone:     (202) 282-5000 | |
| Facsimile:      (202) 282-5100 | |
| Email: cklein@winston.com | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, <br><br> Plaintiff, <br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | CASE NO.  C 07-5702 (CW) <br><br> Related per December 5, 2007 Order to Case No. C 04-1511 (CW) <br><br> **ORDER GRANTING DEFENDANT ABBOTT LABORATORIES' ADMINISTRATIVE MOTION TO FILE DOCUMENTS ASSOCIATED WITH BRUN, CALAMARI, AND FRIEDLAND DECLARATIONS UNDER SEAL** |

*(Caption continued on next page)*

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO.  C 07-5470 (CW)<br><br>Related per November 19, 2007 Order to Case No. C 04-1511(CW) |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC,<br>Plaintiffs,<br>vs.<br>ABBOTT LABORATORIES,<br>Defendant. | CASE NO.  C 07-6120 (CW)<br><br>Related per December 5, 2007 Order to Case No. C 04-1511 (CW) |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br>Plaintiffs,<br>vs.<br>ABBOTT LABORATORIES,<br>Defendant. | CASE NO.  C 07-5985 (CW)<br>(Consolidated Cases)<br>Related per November 30, 2007 Order to Case No. C 04-1511 (CW) |

Having considered Defendant Abbott Laboratories' Administrative Motion to File Documents Associated With Brun, Calamari, and Friedland Declarations Under Seal and the supporting Declaration of Keith R.D. Hamilton, and finding compelling reasons therefore, Defendant's Motion is GRANTED in part, as provided below.  Defendant's Motion is DENIED to the extent that it requested to seal in their entirety Exhibits 5, 13 and 23 of the Friedland Declaration.  Abbott made this request based on Direct Purchaser Plaintiffs' designation of these documents as highly confidential; however, these Plaintiffs did not file a declaration supporting the sealing of these documents in their entirety.

Accordingly, the following shall be filed UNDER SEAL:

1. Defendant Abbott's Motion for Summary Judgment or, Alternatively, Summary Adjudication on Direct Purchasers' Claims (portions).  A redacted copy of this document shall be publicly filed.
2. Exhibits 1 through 15, 20, and 22 through 29 to the Declaration of Christopher J. Calamari in Support of Defendant Abbott's Motions for Summary Judgment or, Alternatively, Summary Adjudication.  Redacted copies of these documents shall be publicly filed.
3. Exhibits 5 (portions as indicated in the Hamilton Declaration), 13 (footnote 48 and its related body text and portions as indicated in the Hamilton Declaration) and 23 (portions as indicated in the Hamilton Declaration) to the Declaration of Michelle Friedland in Support of Defendant Abbott's Motion for Summary Judgment or, Alternatively, Summary Adjudication on Direct Purchasers' Claims.  Redacted copies of these documents shall be publicly filed.
4. Declaration of Scott C. Brun, M.D. in Support of Defendant Abbott's Motion for Summary Judgment or, Alternatively, Summary Adjudication on Direct Purchasers' Claims (portions as indicated in the Hamilton Declaration).  A redacted copy of this document shall be publicly filed.

1
2      Dated: 10/26/2010                          By: _____
3                                                    Hon. Claudia A. Wilken
                                                     United States District Judge
4
5
6   11271646.1
7
8
...
28

- 2 -   SUPPLEMENTAL MEMO ISO MOTION TO DISMISS
        CASE NOS. 07-5470, 07-5985, 07-6120, 07-5702