| | |
|---|---|
| James F. Hurst (*Admitted Pro Hac Vice*) | Jeffrey I. Weinberger (SBN 56214) |
| Samuel S. Park (*Admitted Pro Hac Vice*) | Stuart N. Senator (SBN 148009) |
| Stephanie S. McCallum (*Admitted Pro Hac Vice*) | Keith R.D. Hamilton (SBN 252115) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 35 W. Wacker Drive | 355 Grand Avenue |
| Chicago, IL 60601-9703 | Los Angeles, CA 90071-1560 |
| Telephone: 312-558-5600 | Telephone: (213) 683-9100 |
| Facsimile: 312-558-5700 | Facsimile: (213) 687-3702 |
| Email: jhurst@winston.com; spark@winston.com; smccallum@winston.com | Email: jeffrey.weinberger@mto.com; stuart.senator@mto.com; keith.hamilton@mto.com |
| | |
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 101 California Street, Suite 3900 | 560 Mission Street, 27th Floor |
| San Francisco, CA 94111-5894 | San Francisco, CA 94105-2907 |
| Telephone: 415-591-1000 | Telephone: (415) 512-4000 |
| Facsimile: 415-591-1400 | Facsimile: (415) 512-4077 |
| Email: nnorris@winston.com | Email: michelle.friedland@mto.com |
| | |
| Charles B. Klein (*Admitted Pro Hac Vice*) | |
| Matthew Campbell (*Admitted Pro Hac Vice*) | |
| WINSTON & STRAWN LLP | |
| 1700 K Street, N.W. | |
| Washington, D.C. 20007 | Attorneys for Defendant |
| Telephone: 202-282-5000 | ABBOTT LABORATORIES |
| Facsimile: 202-282-5100 | |
| Email: cklein@winston.com; macampbe@winston.com | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **CASE NO. CV 07-5470 (CW)**<br><br>Related per December 5, 2007 Order to Case No. CV 04-1511 (CW)<br><br>**ORDER RE ABBOTT LABORATORIES' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**Judge: Honorable Claudia Wilken**<br>**Date: September 30, 2010**<br>**Time: 2:00 p.m.**<br>**Location: Courtroom 2 (4th Floor)** |

*(Caption continued on next page)*

---

CASE NOS. 07-5470, 07-5702, 07-5985, 07-6120 (CW) - ORDER RE DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| | | |
|---|---|---|
| 1 | | |
| 2 | SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, | CASE NO. CV 07-5702 (CW) |
| 3 | Plaintiff, | Related per November 19, 2007 Order to Case No. CV 04-1511(CW) |
| 4 | vs. | |
| 5 | ABBOTT LABORATORIES, | |
| 6 | Defendant. | |
| 7 | | |
| 8 | | |
| 9 | RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC, | CASE NO. CV 07-6120 (CW) |
| 10 | | Related per December 5, 2007 Order to Case No. CV 04-1511 (CW) |
| 11 | | |
| 12 | Plaintiffs, | |
| 13 | vs. ABBOTT LABORATORIES, | |
| 14 | Defendant. | |
| 15 | MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | CASE NO. CV 07-5985 (CW) (Consolidated Cases) |
| 16 | | Related per November 30, 2007 Order to Case No. CV 04-1511 (CW) |
| 17 | | |
| 18 | Plaintiffs, | |
| 19 | vs. ABBOTT LABORATORIES, | |
| 20 | Defendant. | |

Having considered Defendant Abbott Laboratories' Miscellaneous Administrative Motion to File Under Seal and the supporting Declaration of Charles B. Klein, and finding compelling reasons therefore, Defendant's Motion is GRANTED in part, as provided below. Defendant's Motion is DENIED to the extent that it requested filing under seal Exhibit M of the Hurst Declaration, which contains the deposition of Douglas Richman. Abbott made this request based on Direct Purchaser Plaintiffs' designation of this deposition as confidential; however, these

CASE NOS. 07-5470, 07-5702, 07-5985, 07-6120 (CW) - ORDER RE DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Plaintiffs did not file a declaration supporting the filing of this document under seal.

Accordingly, it shall be filed in the public record.

    IT IS HEREBY ORDERED:

1. Abbott Laboratories' Motion for Summary Judgment on GSK's Amended Complaint shall be filed UNDER SEAL.

2. The Declaration of Joel W. Hay in Support of Defendant Abbott Laboratories' Motions for Summary Judgment shall be filed UNDER SEAL.

3. Exhibits 1 and 2 to the Declaration of Joel W. Hay in Support of Defendant Abbott Laboratories' Motions for Summary Judgment shall be filed UNDER SEAL.

Dated: 10/26/2010

_____
Honorable Claudia Wilken
United States District Court

---

CASE NOS. 07-5470, 07-5702, 07-5985, 07-6120 (CW) - ORDER RE DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL