IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596) awiles@irell.com
Brian Hennigan (CA 86955) bhennigan@irell.com
Trevor V. Stockinger (CA 226359) tstockinger@irell.com
S. Albert Wang (CA 250163) awang@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (Admitted *Pro Hac Vice*) Kenneth_Letzler@aporter.com
Daniel S. Pariser (Admitted *Pro Hac Vice*) Daniel_Pariser@aporter.com
Barbara H. Wootton (Admitted *Pro Hac Vice*) Barbara_Wootton@aporter.com
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:    (202) 942-5000
Facsimile:    (202) 942-5999

Attorneys for Plaintiff
GlaxoSmithKline

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | **Case No. C07-5702 (CW)**<br><br>*Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)**<br><br>**ORDER GRANTING  ABBOTT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AS SUPPORTED BY THE RULE 79-5(d) DECLARATION OF S. ALBERT WANG**<br><br>**The Honorable Judge Wilken** |

*(Caption continued on next page.)*

| | | |
|---|---|---|
| 1 | SAFEWAY INC., *et al.*, | Case No. C07-5470 (CW) |
| 2 | Plaintiff, | Related per November 19, 2007 Order to Case No. C04-1511 (CW) |
| 3 | v. | |
| 4 | ABBOTT LABORATORIES, | |
| 5 | Defendant. | |
| | | |
| 10 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.*, | Case No. C07-5985 (CW) (Consolidated Cases) |
| 11 | Plaintiff, | Related per November 30, 2007 Order to Case No. C04-1511 (CW) |
| 12 | v. | |
| 13 | ABBOTT LABORATORIES, | |
| 14 | Defendant. | |
| | | |
| 18 | RITE AID CORPORATION, *et al.*, | Case No. C07-6120 (CW) |
| 19 | Plaintiff, | Related per December 5, 2007 Order to Case No. C04-1511 (CW) |
| 20 | v. | |
| 21 | ABBOTT LABORATORIES, | |
| 22 | Defendant. | |

1  Having reviewed Abbott Laboratories' Administrative Motion to File Under Seal
2  Documents Associated with Abbott's Replies In Support of Its Motions For Summary Judgment,
3  the supporting Declaration of S. Albert Wang, and the filings referenced that supporting
4  Declaration, and finding compelling reasons therefore, the Court rules as follows:

5  IT IS HEREBY ORDERED:

6  1.  GSK has established that certain information filed by Abbott in this action is
7  sealable.

8  2.  Portions of Exhibit E to the Declaration of Stuart S. Senator In Support of
9  Defendant Abbott's Motions for Summary Judgment, as bracketed in the copy lodged with the
10 Court, shall be filed UNDER SEAL.

11 3.  The following portions of Defendant Abbott's Reply Brief In Support of Abbott's
12 Motion for Summary Judgment on GSK's Amended Complaint, as highlighted in the copy lodged
13 with the Court, shall be filed UNDER SEAL: the sentence running from 9:25-9:27; the portion
14 running from 10:9-10:10; and the portions of pages 12 and 13.

15 4.  The following portions of Defendant Abbott's Reply Memorandum In Support of
16 Its Motion for Summary Judgment or, alternatively, Summary Adjudication on Direct Purchaser
17 Plaintiffs' Claims, as highlighted in the copy lodged with the Court, shall be filed UNDER SEAL:
18 the portion from 7:20-7:21 and the graph on page 8.

21 Dated: 10/25/2010

Judge Claudia Wilken
United States District Court
Northern District of California

- 3 -