1   James F. Hurst (*Admitted Pro Hac Vice*)           Jeffrey I. Weinberger (SBN 56214)
    Samuel S. Park (*Admitted Pro Hac Vice*)          Stuart N. Senator (SBN 148009)
2   Stephanie S. McCallum (*Admitted Pro Hac Vice*)   Keith R.D. Hamilton (SBN 252115)
    WINSTON & STRAWN LLP                               MUNGER, TOLLES & OLSON LLP
3   35 W. Wacker Drive                                 355 Grand Avenue
    Chicago, IL 60601-9703                             Los Angeles, CA  90071-1560
4   Telephone:     312-558-5600                        Telephone:  (213) 683-9100
    Facsimile:     312-558-5700                        Facsimile:   (213) 687-3702
5   Email: jhurst@winston.com;                         Email: jeffrey.weinberger@mto.com;
    spark@winston.com; smccallum@winston.com           stuart.senator@mto.com;
6                                                      keith.hamilton@mto.com

7   Nicole M. Norris (SBN 222785)                      Michelle Friedland (SBN 234124)
    WINSTON & STRAWN LLP                               MUNGER, TOLLES & OLSON LLP
8   101 California Street, Suite 3900                  560 Mission Street, 27th Floor
    San Francisco, CA  94111-5894                      San Francisco, CA  94105-2907
9   Telephone:     415-591-1000                        Telephone:  (415) 512-4000
    Facsimile:     415-591-1400                        Facsimile:   (415) 512-4077
10  Email: nnorris@winston.com                         Email: michelle.friedland@mto.com

11  Charles B. Klein (*Admitted Pro Hac Vice*)
    Matthew Campbell (*Admitted Pro Hac Vice*)
12  WINSTON & STRAWN LLP
    1700 K Street, N.W.
13  Washington, D.C.  20007                            Attorneys for Defendant
    Telephone:     202-282-5000                        ABBOTT LABORATORIES
14  Facsimile:     202-282-5100
    Email: cklein@winston.com;
15  macampbe@winston.com

16

17                          **UNITED STATES DISTRICT COURT**

18                       **NORTHERN DISTRICT OF CALIFORNIA**

19                                  **OAKLAND DIVISION**

20
    SAFEWAY INC; WALGREEN CO.; THE          **CASE NO. CV 07-5470 (CW)**
21  KROGER CO.; NEW ALBERTSON'S,
    INC.; AMERICAN SALES COMPANY,           Related per December 5, 2007 Order to Case No.
22  INC.; AND HEB GROCERY COMPANY,          CV 04-1511 (CW)
    LP,
23                                          **ORDER RE ABBOTT**
                  Plaintiffs,               **LABORATORIES' MISCELLANEOUS**
24                                          **ADMINISTRATIVE  MOTION TO FILE**
           vs.                              **UNDER SEAL**
25
    ABBOTT LABORATORIES,                    **Judge:      Honorable Claudia Wilken**
26                                          **Date:       September 30, 2010**
                  Defendant.                **Time:       2:00 p.m.**
27                                          **Location:   Courtroom 2 (4th Floor)**

28  *(Caption continued on next page)*

1

2  SMITHKLINE BEECHAM CORPORATION,        CASE NO. CV 07-5702 (CW)
   d/b/a GLAXOSMITHKLINE,
3                                          Related per November 19, 2007 Order to
              Plaintiff,                   Case No. CV 04-1511(CW)
4  vs.

5  ABBOTT LABORATORIES,

6             Defendant.

7

8

9  RITE AID CORPORATION; RITE AID          CASE NO. CV 07-6120 (CW)
   HDQTRS CORP.; JCG (PJC) USA, LLC;
10 MAXI DRUG, INC D/B/A BROOKS             Related per December 5, 2007 Order to Case
   PHARMACY; ECKERD CORPORATION;           No. CV 04-1511 (CW)
11 CVS PHARMACY, INC.; AND CAREMARK
   LLC,
12            Plaintiffs,
   vs.
13 ABBOTT LABORATORIES,

14            Defendant.
   MEIJER, INC. & MEIJER DISTRIBUTION,     CASE NO. CV 07-5985 (CW)
15 INC.; ROCHESTER DRUG CO-                (Consolidated Cases)
   OPERATIVE, INC.; AND LOUISIANA          Related per November 30, 2007 Order to
16 WHOLESALE DRUG COMPANY, INC., ON        Case No. CV 04-1511 (CW)
   BEHALF OF THEMSELVES AND ALL
17 OTHERS SIMILARLY SITUATED,

18            Plaintiffs,
   vs.
19 ABBOTT LABORATORIES,

20            Defendant.

21        Having considered Defendant Abbott Laboratories' Miscellaneous Administrative Motion

22 to File Under Seal and the supporting Declaration of Charles B. Klein, and finding compelling

23 reasons therefore, Defendant's Motion is GRANTED in part, as provided below.  Defendant's

24 Motion is DENIED to the extent that it requested filing under seal Exhibit M of the Hurst

25 Declaration, which contains the deposition of Douglas Richman.  Abbott made this request based

26 on Direct Purchaser Plaintiffs' designation of this deposition as confidential; however, these

27

28

CASE NOS. 07-5470, 07-5702, 07-5985, 07-6120 (CW) - ORDER RE DEFENDANT'S MISCELLANEOUS
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1   Plaintiffs did not file a declaration supporting the filing of this document under seal.

2   Accordingly, it shall be filed in the public record.

3           IT IS HEREBY ORDERED:

4
5       1.  Abbott Laboratories' Motion for Summary Judgment on GSK's Amended Complaint

6           shall be filed UNDER SEAL.

7       2.  The Declaration of Joel W. Hay in Support of Defendant Abbott Laboratories'

8           Motions for Summary Judgment shall be filed UNDER SEAL.

9       3.  Exhibits 1 and 2 to the Declaration of Joel W. Hay in Support of Defendant Abbott

10          Laboratories' Motions for Summary Judgment shall be filed UNDER SEAL.

11

12  Dated: 10/26/2010

13                                  Honorable Claudia Wilken
                                    United States District Court
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28