| | |
|---|---|
| James F. Hurst (*Admitted Pro Hac Vice*) | Jeffrey I. Weinberger (SBN 56214) |
| Samuel S. Park (*Admitted Pro Hac Vice*) | Stuart N. Senator (SBN 148009) |
| Stephanie S. McCallum (*Admitted Pro Hac Vice*) | Keith R.D. Hamilton (SBN 252115) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 35 W. Wacker Drive | 355 Grand Avenue |
| Chicago, IL 60601-9703 | Los Angeles, CA 90071-1560 |
| Telephone: 312-558-5600 | Telephone: (213) 683-9100 |
| Facsimile: 312-558-5700 | Facsimile: (213) 687-3702 |
| Email: jhurst@winston.com; spark@winston.com; smccallum@winston.com | Email: jeffrey.weinberger@mto.com; stuart.senator@mto.com; keith.hamilton@mto.com |
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 101 California Street, Suite 3900 | 560 Mission Street, 27th Floor |
| San Francisco, CA 94111-5894 | San Francisco, CA 94105-2907 |
| Telephone: 415-591-1000 | Telephone: (415) 512-4000 |
| Facsimile: 415-591-1400 | Facsimile: (415) 512-4077 |
| Email: nnorris@winston.com | Email: michelle.friedland@mto.com |
| Charles B. Klein (*Admitted Pro Hac Vice*) | |
| Matthew Campbell (*Admitted Pro Hac Vice*) | |
| WINSTON & STRAWN LLP | |
| 1700 K Street, N.W. | |
| Washington, D.C. 20007 | Attorneys for Defendant |
| Telephone: 202-282-5000 | ABBOTT LABORATORIES |
| Facsimile: 202-282-5100 | |
| Email: cklein@winston.com; macampbe@winston.com | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **CASE NO. CV 07-5470 (CW)**<br><br>Related per December 5, 2007 Order to Case No. CV 04-1511 (CW)<br><br>**ORDER RE GSK'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**Judge:** **Honorable Claudia Wilken**<br>**Date:** **October 28, 2010**<br>**Time:** **2:00 p.m.**<br>**Location:** **Courtroom 2 (4th Floor)** |

*(Caption continued on next page)*

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO. CV 07-5702 (CW)<br><br>Related per November 19, 2007 Order to Case No. CV 04-1511(CW) |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC,<br><br>Plaintiffs,<br>vs.<br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO. CV 07-6120 (CW)<br><br>Related per December 5, 2007 Order to Case No. CV 04-1511 (CW) |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br>vs.<br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO. CV 07-5985 (CW)<br>(Consolidated Cases)<br>Related per November 30, 2007 Order to Case No. CV 04-1511 (CW) |

Having considered the Declaration of Stephanie S. McCallum, and finding compelling reasons therefore, GSK's Motion is GRANTED, as provided below.

IT IS HEREBY ORDERED:

1. Exhibits 3, 9-10, 15-17, 19, 21, 28, 31, 37, 39, 46, 56-57, 59-62, 72-73, 75-78, 83, 85-99 and 101 to the Stockinger Declaration shall be filed under seal in their entirety.

2. Stockinger Declaration Exhibits 2, 12, 18, 20, 32, 38, 40-41, 43, 45, 74, 82, 103, 106, 111-113, 115 and 117, shall be filed under seal as those documents were redacted and submitted by Mr. Stockinger.

3. Stockinger Declaration Exhibits 1, 14, 33, 34, 50, 69, 70, and 107, shall be filed under seal as reflected in Exhibits A-H, respectively of the Declaration of Stephanie S. McCallum.

4. Stockinger Declaration Exhibits 8, 30, 35, 47-49, 64, 71, 81, 100 and 123 shall be filed in the public record, as provided by ¶ 7 of the Declaration of Stephanie S. McCallum.

Dated: 10/26/2010

_____
Honorable Claudia Wilken
United States District Court