| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Alexander F. Wiles (CA 73596) awiles@irell.com |
| 2 | Brian Hennigan (CA 86955) bhennigan@irell.com |
|   | Trevor V. Stockinger (CA 226359) tstockinger@irell.com |
| 3 | S. Albert Wang (CA 250163) awang@irell.com |
|   | 1800 Avenue of the Stars, Suite 900 |
| 4 | Los Angeles, California 90067-4276 |
|   | Telephone:  (310) 277-1010 |
| 5 | Facsimile:   (310) 203-7199 |
| 6 | ARNOLD & PORTER LLP |
|   | Kenneth A. Letzler (Admitted *Pro Hac Vice*) Kenneth_Letzler@aporter.com |
| 7 | Daniel S. Pariser (Admitted *Pro Hac Vice*) Daniel_Pariser@aporter.com |
|   | Barbara H. Wootton (Admitted *Pro Hac Vice*) Barbara_Wootton@aporter.com |
| 8 | 555 Twelfth Street, NW |
|   | Washington, DC  20004-1206 |
| 9 | Telephone:  (202) 942-5000 |
|   | Facsimile:   (202) 942-5999 |
| 10 | |
| 11 | Attorneys for Plaintiff GlaxoSmithKline |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE, <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | **Case No. C07-5702 (CW)** <br><br> *Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)** <br><br> **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF, UNDER L.R. 7-11, SEEKING ORDER CLARIFYING THAT EACH SIDE IN THESE RELATED CASES IS LIMITED TO 25 PAGES TOTAL FOR MOTIONS** *IN LIMINE* <br><br> **Date:**     N/A <br> **Time:**     N/A <br> **Courtroom:** N/A <br> **Judge:**     Hon. Claudia Wilken |

*(Caption continued on next page.)*

| | | |
|---|---|---|
| 1 | SAFEWAY INC., *et al.*, | ) Case No. C07-5470 (CW) |
| 2 | Plaintiff, | ) Related per November 19, 2007 Order to<br>) Case No. C04-1511 (CW) |
| 3 | v. | ) |
| 4 | ABBOTT LABORATORIES, | ) **ORDER GRANTING MOTION FOR**<br>) **ADMINISTRATIVE RELIEF, UNDER**<br>) **L.R. 7-11, SEEKING ORDER** |
| 5 | Defendant. | ) **CLARIFYING THAT EACH SIDE IN**<br>) **THESE RELATED CASES IS LIMITED** |
| 6 | | ) **TO 25 PAGES TOTAL FOR MOTIONS** *IN*<br>) *LIMINE* |
| 7 | | ) |
| 8 | | ) **Date:      N/A**<br>) **Time:      N/A**<br>) **Courtroom: N/A** |
| 9 | | ) **Judge:     Hon. Claudia Wilken** |
| 12 | MEIJER, INC. & MEIJER DISTRIBUTION,<br>INC., *et al.*, | ) Case No. C07-5985 (CW)<br>) (Consolidated Cases) |
| 13 | | ) |
| 14 | Plaintiff, | ) Related per November 30, 2007 Order to<br>) Case No. C04-1511 (CW) |
| 15 | v. | ) **ORDER GRANTING MOTION FOR** |
| 16 | ABBOTT LABORATORIES, | ) **ADMINISTRATIVE RELIEF, UNDER**<br>) **L.R. 7-11, SEEKING ORDER** |
| 17 | Defendant. | ) **CLARIFYING THAT EACH SIDE IN**<br>) **THESE RELATED CASES IS LIMITED**<br>) **TO 25 PAGES TOTAL FOR MOTIONS** *IN* |
| 18 | | ) *LIMINE* |
| 19 | | ) **Date:      N/A**<br>) **Time:      N/A** |
| 20 | | ) **Courtroom: N/A**<br>) **Judge:     Hon. Claudia Wilken** |

---

2360217.1 05       [PROPOSED] ORDER GRANTING ADMIN. MOTION SEEKING CLARIFICATION OF PAGE LIMITS
                        (CASE NOS. C 07-5702, C 07-5470, C 07-5985, 07-6120)

| | | | |
|---|---|---|---|
| 1 | RITE AID CORPORATION, *et al.*, | ) | Case No. C07-6120 (CW) |
| 2 | Plaintiff, | ) ) ) | Related per December 5, 2007 Order to Case No. C04-1511 (CW) |
| 3 | v. | ) ) | **ORDER GRANTING MOTION FOR** |
| 4 | ABBOTT LABORATORIES, | ) ) | **ADMINISTRATIVE RELIEF, UNDER L.R. 7-11, SEEKING ORDER** |
| 5 | Defendant. | ) ) | **CLARIFYING THAT EACH SIDE IN THESE RELATED CASES IS LIMITED** |
| 6 | | ) ) | **TO 25 PAGES TOTAL FOR MOTIONS *IN LIMINE*** |

**Date:** N/A
**Time:** N/A
**Courtroom:** N/A
**Judge:** Hon. Claudia Wilken

[PROPOSED] ORDER GRANTING ADMIN. MOTION SEEKING CLARIFICATION OF PAGE LIMITS
(CASE NOS. C 07-5702, C 07-5470, C 07-5985, 07-6120)

2360217.1 05

1

2   Having considered Plaintiffs' Motion for Administrative Relief, under L.R. 7-11, Seeking

3  Order Clarifying that Each Side in These Related Cases is Limited to 25 Pages Total for Motions

4  *in Limine*, and materials in support of this motion,

5   IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

6   In accordance with paragraph 3(f) of this Court's July 1, 2010 Standing Order on Pretrial

7  Preparation, all Plaintiffs will have a total of 25 pages to file a single set of motions *in limine*, and

8  Abbott will have a total of 25 pages to file a single set of its motions *in limine*.

9

10  Dated:  __1/3/2011_____       _____
                                        Hon. Claudia Wilken
11                                      United States District Court Judge

- 1 -

[PROPOSED] ORDER GRANTING ADMIN. MOTION SEEKING CLARIFICATION OF PAGE LIMITS
(CASE NOS. C 07-5702, C 07-5470, C 07-5985, 07-6120)

2360217.1 05