IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596) awiles@irell.com
Brian Hennigan (CA 86955) bhennigan@irell.com
Trevor V. Stockinger (CA 226359) tstockinger@irell.com
S. Albert Wang (CA 250163) awang@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (Admitted *Pro Hac Vice*)  Kenneth_Letzler@aporter.com
Daniel S. Pariser (Admitted *Pro Hac Vice*)  Daniel_Pariser@aporter.com
Barbara H. Wootton (Admitted *Pro Hac Vice*)  Barbara_Wootton@aporter.com
555 Twelfth Street, NW Washington, DC 20004-1206
Telephone:     (202) 942-5000
Facsimile:      (202) 942-5999

Attorneys for Plaintiff
GlaxoSmithKline

[ADDITIONAL ATTORNEYS ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | **Case No. C07-5702 (CW)**<br><br>*Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)**<br><br>**STIPULATION REGARDING PRE-TRIAL EXCHANGES AND TRIAL PROCEDURES**<br><br>Date:　　　　N/A<br>Time:　　　　N/A<br>Courtroom:　N/A<br>Judge:　　　Hon. Claudia Wilken |

*(Caption continued on next page.)*

| | | |
|---|---|---|
| 1 | SAFEWAY INC., *et al* ) | **Case No. C07-5470 (CW)** |
| 2 | Plaintiff, ) | *Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)** |
| 3 | v. ) | |
| 4 | ABBOTT LABORATORIES , ) | **STIPULATION REGARDING PRE-TRIAL EXCHANGES AND TRIAL PROCEDURES** |
| 5 | Defendant. ) | |
| 6 | ) | Date:        N/A<br>Time:       N/A<br>Courtroom: N/A |
| 7 | ) | Judge:      Hon. Claudia Wilken |
| 8 | ) | |
| 9 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.*, ) | **Case No. C07-5985 (CW)** |
| 10 | Plaintiff, ) | *Related per November 3, 2007 Order to* **Case No. C-04-1511 (CW)** |
| 11 | v. ) | |
| 12 | ABBOTT LABORATORIES , ) | **STIPULATION REGARDING PRE-TRIAL EXCHANGES AND TRIAL PROCEDURES** |
| 13 | Defendant. ) | |
| 14 | ) | Date:        N/A<br>Time:       N/A<br>Courtroom: N/A |
| 15 | ) | Judge:      Hon. Claudia Wilken |
| 16 | ) | |
| 17 | RITE AID CORPORATION, *et al.*, ) | **Case No. C07-6120 (CW)** |
| 18 | Plaintiff, ) | *Related per December 5, 2007 Order to* **Case No. C-04-1511 (CW)** |
| 19 | v. ) | |
| 20 | ABBOTT LABORATORIES , ) | **STIPULATION REGARDING PRE-TRIAL EXCHANGES AND TRIAL PROCEDURES** |
| 21 | Defendant. ) | |
| 22 | ) | Date:        N/A<br>Time:       N/A<br>Courtroom: N/A |
| 23 | ) | Judge:      Hon. Claudia Wilken |
| 24 | ) | |

WHEREAS, the Direct Purchaser plaintiffs,[1] plaintiff SmithKline Beecham d/b/a GlaxoSmithKline, and defendant Abbott Laboratories ("Abbott") seek to enter into agreements to increase the efficiency of, and better manage, pre-trial exchanges and disclosures in Case Nos. C07-5702 (CW), 07-5470 (CW), 07-5985 (CW), and 07-6120 (CW) (the "related cases");

WHEREAS, the parties believe the following arrangements would be convenient and efficient for not only the parties but for the Court as well;

**IT IS HEREBY STIPULATED AND AGREED:**

1. Any party planning to use a demonstrative at trial will disclose a copy of that demonstrative to the opposing party no less than 72 hours before that demonstrative's anticipated use at trial. After a demonstrative has been disclosed, no changes to that demonstrative are permitted absent consent or Court approval other than non-substantive corrections (*e.g.*, corrections of typographic errors). Magnifications of quotations from or other portions of documents disclosed on exhibit lists, callouts of quotations or other portions of those documents, or similar emphasis of quotations or other portions of those documents, do not constitute demonstratives and will not be subject to this disclosure agreement.

2. All motions and related documents required under Local Rule 79-5 to support the sealing of confidential documents submitted during the course of the trial will not be due from the submitting party until 30 days after the conclusion of trial. If a party has submitted information designated confidential by another party, the declaration from the designating party required by Local Rule 79-5(d) to support the sealing of that information will be not be due until 40 days after the conclusion of trial.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

| | |
|---|---|
| */s/ Alexander F. Wiles* | */s/ Stephanie S. McCallum* |
| Alexander F. Wiles | Stephanie S. McCallum |
| IRELL & MANELLA LLP | WINSTON & STRAWN LLP |
| 1800 Avenue of the Stars, Suite 900 | 35 W. Wacker Drive |
| Los Angeles, CA 90067-4276 | Chicago, IL 60601 |
| *Counsel for GSK* | *Counsel for Abbott Laboratories* |

---

[1] Plaintiffs in Case Nos. 07-5470 (CW), 07-5985 (CW), and 07-6120 (CW).

1
2
3   /s/ Scott E. Perwin                               /s/ Daniel Simons
    Scott E. Perwin                                   Daniel Simons
4   KENNY NACHWALTER, PA                              BERGER & MONTAGUE, P.C.
    1100 Miami Center                                 1622 Locust Street
5   201 South Biscayne Blvd.                          Philadelphia, PA 19103
    Miami, FL 33131
6                                                     *Counsel for the District Purchaser Class*
    *Counsel for Safeway Inc., et al.*
7
        /s/ Monica L. Rebuck
8   Monica L. Rebuck
    HANGLEY ARONCHICK SEGAL
9   & PUDLIN
    30 N. Third Street, Suite 700
10  Harrisburg, PA  17101
11  *Counsel for Rite Aid Corp., et al.*
12
13      Pursuant to General Order No. 45, Section X, I attest under penalty of perjury that
14  concurrence in the filing of this document has been obtained from the above signatories.
15  Dated: January 1, 2011                                   /s/ S. Albert Wang
16                                                    S. Albert Wang
                                                      IRELL & MANELLA LLP
17                                                    *Counsel for GSK*
18
19  **PURSUANT TO STIPULATION, PARAGRAPH 1 IS SO ORDERED; PARAGRAPH 2 IS**
20  **REJECTED AS INFEASIBLE.**
21  Dated:  **1/6/2011**
22                                                    Judge Claudia Wilken
                                                      United States District Court
23
24
25
26
27
28

- 2 -