1  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
2  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
3  Brendan P. Glackin (State Bar No. 199643)
   *bglackin@lchb.com*
4  Sarah R. London (State Bar No. 267083)
   *slondon@lchb.com*
5  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:   (415) 956-1008
7
   *Local Counsel for Customer Plaintiffs*
8
   IRELL & MANELLA LLP
9  Alexander Frank Wiles (CA 73596)
   *awiles@irell.com*
10 Brian Hennigan (CA 86955)
   *bhennigan@irell.com*
11 Trevor Stockinger (CA 226359)
   *tstockinger@irell.com*
12 S. Albert Wang (CA 250163)
   *awang@irell.com*
13 1800 Avenue of the Stars Suite 900
   Los Angeles, CA 90067
14 Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
15
   *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*
16
   [Additional Attorneys on Signature Page]
17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                        (OAKLAND DIVISION)

21

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP, | **Case No. C 07-5470 (CW)** <br><br> *Related per October 31, 2007 Order to Case No. C-04-1511 (CW)* |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' PROPOSED EXHIBIT LISTS AND DEPOSITION DESIGNATIONS** |
| vs. | |
| ABBOTT LABORATORIES, | |
| Defendant. | **Date:**       N/A <br> **Time:**       N/A <br> **Courtroom:** 2 (4th Floor) <br> **Judge:**      Hon. Claudia Wilken |
| [caption continues next page] | |

908387

STIP. AND [PROPOSED] ORDER REGARDING PARTIES'
PROPOSED EXHIBIT LISTS AND DEPOSITION
DESIGNATIONS (C07-5470, C07-5702, C07-5985, C07-6120)

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>          Plaintiff,<br><br>     vs.<br><br>ABBOTT LABORATORIES,<br><br>          Defendant. | **Case No. C 07-5702 (CW)**<br><br>*Related per November 19, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' PROPOSED EXHIBIT LISTS AND DEPOSITION DESIGNATIONS**<br><br>**Date:       N/A**<br>**Time:       N/A**<br>**Courtroom:  2 (4th Floor)**<br>**Judge:      Hon. Claudia Wilken** |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ABBOTT LABORATORIES,<br><br>          Defendant. | **Case No. C 07-5985 (CW)**<br>**CONSOLIDATED CASE**<br><br>*Related per November 30, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' PROPOSED EXHIBIT LISTS AND DEPOSITION DESIGNATIONS**<br><br>**Date:       N/A**<br>**Time:       N/A**<br>**Courtroom:  2 (4th Floor)**<br>**Judge:      Hon. Claudia Wilken** |
| RITE AID CORPORATION; RITE AID HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,<br><br>          Plaintiff,<br><br>     vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **Case No. C07-6120 (CW)**<br><br>*Related per December 5, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' PROPOSED EXHIBIT LISTS AND DEPOSITION DESIGNATIONS**<br><br>**Date:       N/A**<br>**Time:       N/A**<br>**Courtroom:  2 (4th Floor)**<br>**Judge:      Hon. Claudia Wilken** |

908387

STIP. AND [~~PROPOSED~~] ORDER REGARDING PARTIES'
PROPOSED EXHIBIT LISTS AND DEPOSITION
DESIGNATIONS (C07-5470, C07-5702, C07-5985, C07-6120)

WHEREAS, the Customer Plaintiffs,[1] plaintiff SmithKline Beecham d/b/a GlaxoSmithKline ("GSK"), and defendant Abbott Laboratories ("Abbott") exchanged exhibit lists and deposition designations on January 11, 2011, pursuant to the Court's Standing Order on Pretrial Preparation ("Standing Order");

WHEREAS, the Customer Plaintiffs and GSK ("Plaintiffs") provided Abbott with a joint exhibit list, and Abbott provided all plaintiffs with a single exhibit list;

WHEREAS, the Court's Standing Order provides that no party shall be permitted to offer any exhibit in its case-in-chief that is not disclosed in its exhibit list without leave of the Court for good cause shown;

WHEREAS, while the parties have been diligently attempting to reduce their respective exhibit lists, they have found that the large number of exhibits designated is unduly hampering the meet-and-confer process, leading the parties to anticipate that this process will not be completed in a meaningful way by the current January 25, 2011 deadline to submit exhibit lists and objections;

WHEREAS, the parties are continuing to meet and confer on witness lists in an attempt to reduce the number of deposition designations that need to be submitted to the Court;

WHEREAS, all parties have agreed to the following procedures to streamline the process for submitting documentary exhibit lists and objections as well as deposition designations to the Court, while preserving each of their respective rights;

WHEREAS, all parties now seek the Court's approval of the following procedures for pretrial exchange of exhibit lists and deposition designations and objections thereto;

**IT IS HEREBY STIPULATED AND AGREED:**

1. No party will object to any exhibit that is still identified on both the plaintiffs' exhibit list and Abbott's exhibit list as of 3 p.m. on January 26, 2011 (the "common exhibits");

2. No later than 9:00 a.m. on January 24, 2011, Plaintiffs and Abbott will each identify sub-lists of additional exhibits (excluding the common exhibits) to which the other side

---

[1] Plaintiffs in Case Nos. 07-5470 (CW), 07-5985 (CW), and 07-6120 (CW).

should specifically object, and which will be the subject of focused meet-and-confers to arrive at stipulations of admissibility. Each side will select only 200 exhibits for its sub-list.

3. Objections to the other side's sub-list will be exchanged by 3 p.m. on Wednesday, January, 26, 2011. If an exhibit would have been a common exhibit, but for the fact that one side removed that exhibit from the common exhibit list between the filing of this stipulation and 3 p.m. on Wednesday, January 26, 2011, such exhibit will be added to the other side's sub-list without counting against the other side's 200-exhibit cap.

4. All objections are preserved as to all other exhibits not on the common exhibit list and not on the respective sub-lists, but disclosed on January 11, 2011;

5. If a party attempts to introduce an exhibit from its exhibit list that is outside of the common exhibits and outside of that side's sub-list, the opposing side may have any of its objections heard during trial. The time needed to resolve these objections will be deducted from the trial time of the party seeking to introduce the exhibit;

6. The parties will file the aforementioned exhibit lists by Friday, January 28, 2011; and

7. The deadline for Plaintiffs and Abbott to each deliver a set of premarked exhibits to the Courtroom Deputy will be Monday, January 31, 2011. The premarked exhibits will include all potential exhibits, i.e. all items on one side's exhibit list, and will not be limited to only the exhibits on that side's sub-list. Only one set of common exhibits need be delivered.

8. The parties will exchange objections and counter-designations to deposition designations on February 4, 2011. The parties will then seek guidance from the Court during the February 8, 2011 pretrial conference as to the Court's preferences for the filing of deposition designations, objections to those designations, deposition counter-designations, and objections to those counter-designations, as well as the timeline for making those filings.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

| | |
|---|---|
| _/s/ S. Albert Wang_<br>S. Albert Wang<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br><br>*Counsel for GSK* | _/s/ Stephanie McCallum_<br>Stephanie McCallum<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>Email: smccallum@winston.com<br><br>*Counsel for Abbott Laboratories* |
| _/s/ Sarah R. London_<br>Sarah R. London<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br><br>*Counsel for Customer Class Plaintiffs* | _/s/ Scott Perwin_<br>KENNY NACHWALTER, PA<br>Scott Eliot Perwin, Pro Hac Vice<br>201 S. Biscayne Blvd.<br>1100 Miami Center<br>Miami, Florida 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>Email: sperwin@kennynachwalter.com<br><br>*Lead Counsel for Safeway Inc., et al.* |
| _/s/ Monica L. Rebuck_<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>Monica L. Rebuck, Pro Hac Vice<br>30 North Third Street, Suite 700<br>Harrisburg, PA 17101-1701<br>Telephone: (717) 364-1007<br>Facsimile: (717) 362-1020<br>Email: mrebuck@hangley.com<br><br>*Lead Counsel for Rite Aid Corp., et al.* | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Court's preferences for the filing of deposition designations, objections to those designations, deposition counter-designations, and objections to those counter-designations are for the parties to lodge one copy of each transcript, with colorcoded highlighting to show designations, and objections with Evidence Code number written in the margins, not less than 14 days before the deposition is to be read.

Dated: 1/21/2011

Judge Claudia Wilken
United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

908387 | - 4 - | STIP. AND [~~PROPOSED~~] ORDER REGARDING PARTIES' PROPOSED EXHIBIT LISTS AND DEPOSITION DESIGNATIONS (C07-5470, C07-5702, C07-5985, C07-6120)

## GENERAL ORDER 45 ATTESTATION

I, S. Albert Wang, am the ECF User whose ID and password was used to file this STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' PROPOSED EXHIBIT LISTS AND DEPOSITION DESIGNATIONS. In compliance with General Order 45, X.B., I hereby attest that the above counsel concurred in this filing.

Dated: January 20, 2010

                                     */s/ S. Albert Wang*
                                     S. Albert Wang
                                     IRELL & MANELLA LLP
                                     1800 Avenue of the Stars, Suite 900
                                     Los Angeles, CA 90067

                                     *Counsel for GSK*