1  IRELL & MANELLA LLP
   Alexander F. Wiles (CA 73596) awiles@irell.com
2  Brian Hennigan (CA 86955) bhennigan@irell.com
   Trevor V. Stockinger (CA 226359) tstockinger@irell.com
3  S. Albert Wang (CA 250163) awang@irell.com
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
5  Facsimile:   (310) 203-7199

6  ARNOLD & PORTER LLP
   Kenneth A. Letzler (Admitted *Pro Hac Vice*) Kenneth_Letzler@aporter.com
7  Daniel S. Pariser (Admitted *Pro Hac Vice*) Daniel_Pariser@aporter.com
   Barbara H. Wootton (Admitted *Pro Hac Vice*) Barbara_Wootton@aporter.com
8  555 Twelfth Street, NW
   Washington, DC  20004-1206
9  Telephone:  (202) 942-5000
   Facsimile:   (202) 942-5999

   Attorneys for Plaintiff
11 GlaxoSmithKline

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE, <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | **Case No. C07-5702 (CW)** <br><br> *Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)** <br><br> **ORDER DENYING ABBOTT LABORATORIES' MOTION FOR ADMINISTRATIVE RELIEF, UNDER L.R. 7-11, SEEKING ORDER REQUIRING PLAINTIFFS TO SPECIFY THE TOPICS ON WHICH EACH OF THEIR ECONOMICS EXPERTS WILL TESTIFY AT TRIAL** <br><br> **Date:       N/A** <br> **Time:       N/A** <br> **Courtroom:  N/A** <br> **Judge:      Hon. Claudia Wilken** |

*(Caption continued on next page.)*

| | | |
|---|---|---|
| 1 | SAFEWAY INC., *et al.*, | ) Case No. C07-5470 (CW) |
| 2 | Plaintiff, | ) Related per November 19, 2007 Order to |
| 3 | v. | ) Case No. C04-1511 (CW) |
| 4 | ABBOTT LABORATORIES, | ) **ORDER DENYING ABBOTT LABORATORIES' MOTION FOR ADMINISTRATIVE RELIEF, UNDER** |
| 5 | Defendant. | ) **L.R. 7-11, SEEKING ORDER REQUIRING PLAINTIFFS TO SPECIFY** |
| 6 | | ) **THE TOPICS ON WHICH EACH OF THEIR ECONOMICS EXPERTS WILL** |
| 7 | | ) **TESTIFY AT TRIAL** |
| 8 | | ) |
| 9 | | ) **Date:    N/A** <br> **Time:    N/A** <br> **Courtroom: N/A** |
| 10 | | ) **Judge:   Hon. Claudia Wilken** |
| 11 | | ) |
| 12 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.*, | ) Case No. C07-5985 (CW) <br> (Consolidated Cases) |
| 13 | | ) |
| 14 | Plaintiff, | ) Related per November 30, 2007 Order to Case No. C04-1511 (CW) |
| 15 | v. | ) **ORDER DENYING ABBOTT** |
| 16 | ABBOTT LABORATORIES, | ) **LABORATORIES' MOTION FOR ADMINISTRATIVE RELIEF, UNDER** |
| 17 | Defendant. | ) **L.R. 7-11, SEEKING ORDER REQUIRING PLAINTIFFS TO SPECIFY** |
| 18 | | ) **THE TOPICS ON WHICH EACH OF THEIR ECONOMICS EXPERTS WILL** |
| 19 | | ) **TESTIFY AT TRIAL** |
| 20 | | ) **Date:    N/A** <br> **Time:    N/A** |
| 21 | | ) **Courtroom: N/A** <br> **Judge:   Hon. Claudia Wilken** |

| | | |
|---|---|---|
| 1 | RITE AID CORPORATION, *et al.*, | Case No. C07-6120 (CW) |
| 2 | Plaintiff, | Related per December 5, 2007 Order to Case No. C04-1511 (CW) |
| 3 | v. | |
| 4 | ABBOTT LABORATORIES, | **ORDER DENYING ABBOTT LABORATORIES' MOTION FOR ADMINISTRATIVE RELIEF, UNDER L.R. 7-11, SEEKING ORDER REQUIRING PLAINTIFFS TO SPECIFY THE TOPICS ON WHICH EACH OF THEIR ECONOMICS EXPERTS WILL TESTIFY AT TRIAL** |
| 5 | Defendant. | |

**Date:** N/A
**Time:** N/A
**Courtroom:** N/A
**Judge:** Hon. Claudia Wilken

1  Having considered Abbott's Administrative Motion for Administrative Relief, Under L.R.
2  7-11, Seeking Order Requiring Plaintiffs to Specify the Topics on Which Each of Their
3  Economics Experts Will Testify at Trial, Plaintiffs' Opposition to Abbott Laboratories' Motion for
4  Administrative Relief, Under L.R. 7-11, Seeking Order Requiring Plaintiffs to Specify the Topics
5  on Which Each of Their Economics Experts Will Testify at Trial, and all supporting materials
6  relating to both the Motion and Opposition:

IT IS HEREBY ORDERED that Abbott's Motion is DENIED.

Dated: 1/21/2011

Hon. Claudia Wilken
United States District Court Judge