IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>    Plaintiffs,<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant.<br>_____/ | No. C 07-05470 CW<br><br>NOTICE TO PARTIES REGARDING COURT'S UNAVAILABILITY AND POTENTIAL ADVANCEMENT OF TRIAL DATE |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; and LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant.<br>_____/ | No. C 07-05985 CW |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant.<br>_____/ | No. C 07-06120 CW |

1  SMITHKLINE BEECHAM CORPORATION, d/b/a        No. C 07-05702 CW
   GLAXOSMITHKLINE,
2
3              Plaintiff,
4        v.
5  ABBOTT LABORATORIES,
6              Defendant.
                                            /
7

8        In these consolidated actions, a trial, currently estimated to
9  require fifteen days, is scheduled to begin on February 28, 2011 at
10 8:30 a.m.  Based on the parties' estimate, the trial could extend
11 through March 18, 2011, potentially resulting in a jury verdict
12 during the following week.  The Court, however, will be unavailable
13 to receive a verdict from March 21, 2011 through March 24, 2011.
14       To avoid the rendering of a verdict during the Court's period
15 of unavailability, the trial date in these actions might be
16 advanced to February 22, 2011.  Whether the trial date is advanced
17 depends in part on the status of the trial in the lower-numbered
18 action currently ahead of these lawsuits.  Nevertheless, the
19 parties shall prepare to begin trial on February 22.
20 Alternatively, to maintain the current trial date, the parties may
21 stipulate to a shorter trial length.

24 Dated: 1/21/2011
                                         CLAUDIA WILKEN
25                                       United States District Judge

2