1  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
2  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
3  Brendan P. Glackin (State Bar No. 199643)
   *bglackin@lchb.com*
4  Sarah R. London (State Bar No. 267083)
   *slondon@lchb.com*
5  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:   (415) 956-1008
7
   *Local Counsel for Customer Plaintiffs*
8
   IRELL & MANELLA LLP
9  Alexander Frank Wiles (CA 73596)
   *awiles@irell.com*
10 Brian Hennigan (CA 86955)
   *bhennigan@irell.com*
11 Trevor Stockinger (CA 226359)
   *tstockinger@irell.com*
12 S. Albert Wang (CA 250163)
   *awang@irell.com*
13 1800 Avenue of the Stars Suite 900
   Los Angeles, CA 90067
14 Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
15
   *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*
16
   [Additional Attorneys on Signature Page]
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                          (OAKLAND DIVISION)

21

| | |
|---|---|
| 22  SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>24              Plaintiff,<br><br>25        vs.<br><br>26  ABBOTT LABORATORIES,<br><br>27              Defendant.<br><br>28  [caption continues next page] | **Case No. C 07-5470 (CW)**<br><br>*Related per October 31, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' SUBMISSION OF JURY INSTRUCTIONS AND VERDICT FORMS**<br><br>Date:        N/A<br>Time:       N/A<br>Courtroom: 2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |

2369583

STIPULATION AND [PROPOSED] ORDER REGARDING
PARTIES' SUBMISSION OF JURY INSTRUCTIONS AND
VERDICT FORMS (C07-5470, C07-5702, C07-5985, C07-6120)

| | | |
|---|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE, | Case No. C 07-5702 (CW) |
| 2 | | *Related per November 19, 2007 Order to Case No. C-04-1511 (CW)* |
| 3 | Plaintiff, | |
| | vs. | |
| 4 | | **STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' SUBMISSION OF JURY INSTRUCTIONS AND VERDICT FORMS** |
| 5 | ABBOTT LABORATORIES, | |
| | Defendant. | |
| 6 | | |
| 7 | | Date:       N/A |
| | | Time:       N/A |
| 8 | | Courtroom:  2 (4th Floor) |
| | | Judge:      Hon. Claudia Wilken |
| 9 | | |
| 10 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 (CW) **CONSOLIDATED CASE** |
| 11 | | *Related per November 30, 2007 Order to Case No. C-04-1511 (CW)* |
| 12 | Plaintiffs, | |
| 13 | vs. | **STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' SUBMISSION OF JURY INSTRUCTIONS AND VERDICT FORMS** |
| 14 | ABBOTT LABORATORIES, | |
| 15 | Defendant. | |
| 16 | | Date:       N/A |
| | | Time:       N/A |
| 17 | | Courtroom:  2 (4th Floor) |
| | | Judge:      Hon. Claudia Wilken |
| 18 | | |
| 19 | RITE AID CORPORATION; RITE AID HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., | Case No. C07-6120 (CW) |
| 20 | | *Related per December 5, 2007 Order to Case No. C-04-1511 (CW)* |
| 21 | | |
| 22 | | **STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' SUBMISSION OF JURY INSTRUCTIONS AND VERDICT FORMS** |
| 23 | Plaintiff, | |
| 24 | vs. | |
| 25 | ABBOTT LABORATORIES, | Date:       N/A |
| | | Time:       N/A |
| 26 | Defendant. | Courtroom:  2 (4th Floor) |
| | | Judge:      Hon. Claudia Wilken |
| 27 | | |
| 28 | | |

2369583

STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' SUBMISSION OF JURY INSTRUCTIONS AND VERDICT FORMS (C07-5470, C07-5702, C07-5985, C07-6120)

1	WHEREAS, the Customer plaintiffs,[1] plaintiff SmithKline Beecham d/b/a
2	GlaxoSmithKline ("GSK"), and defendant Abbott Laboratories ("Abbott") exchanged proposed
3	jury instructions and verdict forms on January 11, 2011, pursuant to the Court's Standing Order
4	on Pretrial Preparation ("Standing Order");
5	WHEREAS, the parties, as part of the meet and confer process, have been attempting to
6	narrow the areas of disagreement among their competing jury instructions;
7	WHEREAS, to reduce disagreement as part of this meet and confer process, and to take
8	into account the Court's summary judgment order, which the parties received on January 17,
9	2010, the parties have agreed to exchange revised proposed jury instructions;
10	WHEREAS Abbott provided a revised set of proposed jury instructions on January 20,
11	2010;
12	WHEREAS GSK provided revised proposed instructions on anticompetitive conduct on
13	January 20, 2010;
14	WHEREAS, the Customer plaintiffs will provide a revised set of proposed jury
15	instructions before noon EST on January 23, 2010;
16	WHEREAS, under the Court's Standing Order, jury instructions and verdict forms would
17	be due on January 25, 2011;
18	WHEREAS, all parties now seek the Court's approval for a three day extension of time to
19	continue to narrow the areas of disagreement among the parties and finalize proposed jury
20	instructions and verdict forms and any briefing thereon for submission to the Court;
21	**IT IS HEREBY STIPULATED AND AGREED:**
22	1.	The deadline for all parties to submit the joint set of jury instructions and verdict
23	forms as required under this Court's standing pretrial order is hereby extended to January 28,
24	2011.

---

[1] Plaintiffs in Case Nos. 07-5470 (CW), 07-5985 (CW), and 07-6120 (CW).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

| | |
|---|---|
| /s/ Alexander F. Wiles<br>Alexander F. Wiles<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br><br>*Counsel for GSK* | /s/ Michelle Friedland<br>Michelle Friedland (SBN 234124)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>Email: michelle.friedland@mto.com<br><br>*Counsel for Abbott Laboratories* |
| /s/ Brendan Glackin<br>Brendan Glackin<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br><br>*Counsel for Customer Class Plaintiffs* | /s/ Scott Perwin<br>KENNY NACHWALTER, PA<br>Scott Eliot Perwin, Pro Hac Vice<br>201 S. Biscayne Blvd.<br>1100 Miami Center<br>Miami, Florida 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>Email: sperwin@kennynachwalter.com<br><br>*Lead Counsel for Safeway Inc., et al.* |

/s/ Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
Monica L. Rebuck, Pro Hac Vice
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone: (717) 364-1007
Facsimile: (717) 362-1020
Email: mrebuck@hangley.com

*Lead Counsel for Rite Aid Corp., et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 1/26/2011

_____
Judge Claudia Wilken
United States District Court
Northern District of California

## GENERAL ORDER 45 ATTESTATION

I, Sarah R. London, am the ECF User whose ID and password was used to file this STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' SUBMISSION OF JURY INSTRUCTIONS AND VERDICT FORMS.  In compliance with General Order 45, X.B., I hereby attest that the above counsel concurred in this filing.

Dated:  January 21, 2010

                                                      */s/ Sarah R. London*
                                                    Sarah R. London
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339

*Counsel for Customer Plaintiffs*