1  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Joseph R. Saveri *jsaveri@lchb.com*
2  Brendan P. Glackin *bglackin@lchb.com*
   Sarah R. London *slondon@lchb.com*
3  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
5
   *Local Counsel for Customer Plaintiffs*
6
   [ADDITIONAL COUNSEL ON SIGNATURE PAGE]
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                            **OAKLAND DIVISION**

11 | SAFEWAY INC., *et al.*, | Case No.  C07-5470 (CW) |
12 | Plaintiff, | *Related per November 19, 2007 Order to Case No. C-04-1511 (CW)* |
13 | v. | |
14 | ABBOTT LABORATORIES, | **ORDER SHORTENING TIME FOR HEARING AND BRIEFING ON CUSTOMER PLAINTIFFS' MOTION TO DIVIDE TRIAL INTO TWO PHASES** |
15 | Defendant. | |
16 | | |
17 | | Pre-Trial Conference |
18 | | Date:        February 8, 2011 |
   | | Time:        2:00 p.m. |
   | | Judge:       Hon. Claudia Wilken |
19
20 | SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | Case No. C07-5702 (CW) |
21 | Plaintiff, | |
22 | v. | |
23 | ABBOTT LABORATORIES, | |
24 | Defendant. | |

908969.1                                        [~~PROPOSED~~] ORDER SHORTENING TIME
                                          CASE NOS. C07-5470 (CW), C07-5985 (CW), C07-6120 (CW)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | Case No. 07-5985 (CW) |
| RITE AID CORPORATION, *et al.*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | Case No. 07-6120 (CW) |

　　　　Having considered Plaintiffs' Motion for Order Shortening Time for Hearing and Briefing on Customer Plaintiffs' Motion to Divide Trial into Two Phases, and good cause appearing therefore, the motion is GRANTED. Defendant Abbott shall file an opposition no later than February 1, 2011. Plaintiffs shall file a reply no later than February **4**, 2011. Argument on the Motion to Divide Trial into Two Phases, if any shall be heard at the Pre-Trial Conference scheduled for February 8, 2011.

**IT IS SO ORDERED:**

Dated: **1/26/2011**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Claudia Wilken
　　　　　　　　　　　　　　　　　　　　United States District Judge