LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Brendan P. Glackin (State Bar No. 199643)
*bglackin@lchb.com*
Sarah R. London (State Bar No. 267083)
*slondon@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Local Counsel for Customer Plaintiffs*

IRELL & MANELLA LLP
Alexander Frank Wiles (CA 73596)
*awiles@irell.com*
Brian Hennigan (CA 86955)
*bhennigan@irell.com*
Trevor Stockinger (CA 226359)
*tstockinger@irell.com*
S. Albert Wang (CA 250163)
*awang@irell.com*
1800 Avenue of the Stars Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*

[Additional Attorneys on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant.<br><br>[caption continues next page] | **Case No. C 07-5470 (CW)**<br><br>*Related per October 31, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**FURTHER STIPULATION AND ORDER REGARDING PARTIES' EXHIBIT LISTS**<br><br>**Date:** N/A<br>**Time:** N/A<br>**Courtroom:** 2 (4th Floor)<br>**Judge:** Hon. Claudia Wilken |

908387
909766.1

STIP. AND [PROPOSED] ORDER REGARDING PARTIES'
PROPOSED EXHIBIT LISTS AND DEPOSITION
DESIGNATIONS (C07-5470, C07-5702, C07-5985, C07-6120)

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>          Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>          Defendant. | **Case No. C 07-5702 (CW)**<br><br>*Related per November 19, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**FURTHER STIPULATION AND ORDER REGARDING <u>PARTIES' EXHIBIT LISTS</u>**<br><br>**Date:**       **N/A**<br>**Time:**      **N/A**<br>**Courtroom:**  **2 (4th Floor)**<br>**Judge:**     **Hon. Claudia Wilken** |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>          Defendant. | **Case No. C 07-5985 (CW)**<br>**CONSOLIDATED CASE**<br><br>*Related per November 30, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**FURTHER STIPULATION AND ORDER REGARDING <u>PARTIES' EXHIBIT LISTS</u>**<br><br>**Date:**       **N/A**<br>**Time:**      **N/A**<br>**Courtroom:**  **2 (4th Floor)**<br>**Judge:**     **Hon. Claudia Wilken** |
| RITE AID CORPORATION; RITE AID HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,<br><br>          Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **Case No. C07-6120 (CW)**<br><br>*Related per December 5, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**FURTHER STIPULATION AND ORDER REGARDING <u>PARTIES' EXHIBIT LISTS</u>**<br><br>**Date:**       **N/A**<br>**Time:**      **N/A**<br>**Courtroom:**  **2 (4th Floor)**<br>**Judge:**     **Hon. Claudia Wilken** |

909766.1

STIP. AND [~~PROPOSED~~] ORDER REGARDING PARTIES' PROPOSED EXHIBIT LISTS AND DEPOSITION DESIGNATIONS (C07-5470, C07-5702, C07-5985, C07-6120)

1  WHEREAS, the Customer Plaintiffs,[1] plaintiff SmithKline Beecham d/b/a GlaxoSmithKline ("GSK"), and defendant Abbott Laboratories ("Abbott") exchanged exhibit lists and deposition designations on January 11, 2011, pursuant to the Court's Standing Order on Pretrial Preparation ("Standing Order");

WHEREAS, the parties exchanged objections to various exhibits on January 26, 2011;

WHEREAS, the parties currently must file their exhibit lists on January 27, 2011, and deliver pre-marked exhibit sets to the Court on January 31, 2011, in accordance with the Stipulation and Order dated January 21, 2011 (07-cv-5985, Docket No. 365);

WHEREAS, despite substantial reduction to-date, the parties' exhibits still number in the tens of thousands of pages;

WHEREAS, the parties immediately met-and-conferred on their objections and believe that they can make substantial progress in the next week on resolving objections and narrowing their exhibit lists without court intervention;

WHEREAS, all parties now seek the Court's approval of the following modification of deadlines;

**IT IS HEREBY STIPULATED AND AGREED:**

1. The deadline for Plaintiffs and Abbott to each file exhibit lists and deliver pre-marked exhibits to the Courtroom Deputy will be Friday, February 4, 2011. The terms of the Stipulation and Order filed January 21, 2011, are otherwise unchanged.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

*/s/ S. Albert Wang*
S. Albert Wang
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

*Counsel for GSK*

*/s/ Stephanie McCallum*
Stephanie McCallum
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: smccallum@winston.com

*Counsel for Abbott Laboratories*

---

[1] Plaintiffs in Case Nos. 07-5470 (CW), 07-5985 (CW), and 07-6120 (CW).

| | |
|---|---|
| */s/ Brendan Glackin*<br>Brendan Glackin<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br><br>*Counsel for Customer Class Plaintiffs* | */s/ Scott Perwin*<br>KENNY NACHWALTER, PA<br>Scott Eliot Perwin, Pro Hac Vice<br>201 S. Biscayne Blvd.<br>1100 Miami Center<br>Miami, Florida 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>Email: sperwin@kennynachwalter.com<br><br>*Lead Counsel for Safeway Inc., et al.* |

*/s/ Monica L. Rebuck*
HANGLEY ARONCHICK SEGAL &
PUDLIN
Monica L. Rebuck, Pro Hac Vice
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone: (717) 364-1007
Facsimile: (717) 362-1020
Email: mrebuck@hangley.com

*Lead Counsel for Rite Aid Corp., et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: **2/1/2011**

_____
Judge Claudia Wilken
United States District Court
Northern District of California

**GENERAL ORDER 45 ATTESTATION**

In compliance with General Order 45, X.B., I, Brendan Glackin, the filer of this document, hereby attest that all the above counsel concurred in this filing.

Dated: January 27, 2011

　　　　　　　　　　　　　　　*/s/ Brendan Glackin*
　　　　　　　　　　　　　　　Brendan Glackin
　　　　　　　　　　　　　　　LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
　　　　　　　　　　　　　　　*Counsel for Customer Plaintiffs*