IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>        Plaintiffs,<br><br>   v.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant.<br>_____/ | No. C 07-05470 CW<br><br>ORDER DIRECTING PARTIES TO PARTICIPATE IN FURTHER SETTLEMENT DISCUSSIONS AND CONCERNING TRIAL DATE |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; and LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant.<br>_____/ | No. C 07-05985 CW |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant.<br>_____/ | No. C 07-06120 CW |

|   |   |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>        Plaintiff,<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant.<br>_____/ | No. C 07-05702 CW |

In their Joint Pretrial Conference Statement, the parties state that they participated in mediation in November, 2010, no settlement was reached and no further negotiations have taken place since then. The Court directs the parties to participate in further settlement discussions, in light of the Court's summary judgment order. The parties may consider participating in mediation before Dr. Eric Green, as they had in November, 2010, or before former Magistrate Judge Edward A. Infante. The parties may also move for a referral to a magistrate judge for a settlement conference. At the final pretrial conference scheduled for February 8, 2011, the parties shall apprise the Court of their further efforts at settlement.

The trial start date of February 28, 2011 will be maintained. At the final pretrial conference, the Court will entertain argument on Abbott's motion to shorten the length of trial from fifteen to twelve days.

IT IS SO ORDERED.

Dated: February 3, 2011

                                              CLAUDIA WILKEN
                                              United States District Judge