| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
| | Alexander F. Wiles (CA 73596) awiles@irell.com |
| 2 | Brian Hennigan (CA 86955) bhennigan@irell.com |
| | Trevor V. Stockinger (CA 226359) tstockinger@irell.com |
| 3 | S. Albert Wang (CA 250163) awang@irell.com |
| | 1800 Avenue of the Stars, Suite 900 |
| 4 | Los Angeles, California 90067-4276 |
| | Telephone:  (310) 277-1010 |
| 5 | Facsimile:   (310) 203-7199 |
| 6 | ARNOLD & PORTER LLP |
| | Kenneth A. Letzler (Admitted *Pro Hac Vice*) Kenneth_Letzler@aporter.com |
| 7 | Daniel S. Pariser (Admitted *Pro Hac Vice*) Daniel_Pariser@aporter.com |
| | Barbara H. Wootton (Admitted *Pro Hac Vice*) Barbara_Wootton@aporter.com |
| 8 | 555 Twelfth Street, NW |
| | Washington, DC  20004-1206 |
| 9 | Telephone:  (202) 942-5000 |
| | Facsimile:   (202) 942-5999 |
| 10 | |
| 11 | Attorneys for Plaintiff GlaxoSmithKline |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE, | **Case No. C07-5702 (CW)** |
| Plaintiff, | *Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)** |
| v. | **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS SUPPORTING PLAINTIFFS' MOTIONS *IN LIMINE*** |
| ABBOTT LABORATORIES, | |
| Defendant. | |
| | Date:       N/A |
| | Time:       N/A |
| | Courtroom:  N/A |
| | Judge:      Hon. Claudia Wilken |

*(Caption continued on next page.)*

| | | |
|---|---|---|
| 1 | SAFEWAY INC., *et al.*, ) | Case No. C07-5470 (CW) |
| 2 | Plaintiff, ) | Related per November 19, 2007 Order to Case No. C04-1511 (CW) |
| 3 | v. ) | |
| 4 | ABBOTT LABORATORIES, ) | |
| 5 | Defendant. ) | |
| 12 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.*, ) | Case No. C07-5985 (CW) (Consolidated Cases) |
| 13 | Plaintiff, ) | Related per November 30, 2007 Order to Case No. C04-1511 (CW) |
| 15 | v. ) | |
| 16 | ABBOTT LABORATORIES, ) | |
| 17 | Defendant. ) | |

| | | |
|---|---|---|
| 1 | RITE AID CORPORATION, *et al.*,   ) | Case No. C07-6120 (CW) |
| 2 | Plaintiff,   ) | Related per December 5, 2007 Order to Case No. C04-1511 (CW) |
| 3 | v.   ) | |
| 4 | ABBOTT LABORATORIES,   ) | |
| 5 | Defendant.   ) | |

1    Having considered Plaintiffs' Administrative Motion to File under Seal Documents
2 Supporting Plaintiffs' Motions *In Limine* and all supporting materials, Plaintiffs' Motion is
3 GRANTED, as provided below.

4    IT IS HEREBY ORDERED:

5    1.    Exhibits G, J, K and X to the Stockinger Declaration in Support of Plaintiffs'
6 Motions *In Limine* shall be filed under seal. Redacted versions of those documents, as submitted
7 by Plaintiffs, shall be publicly filed.

8    2.    Exhibits A, B, M and W to the Stockinger Declaration in Support of Plaintiffs'
9 Motions *In Limine* shall be filed under seal. Redacted versions of those documents, as submitted
10 in Exhibits A(r), B(r), M(r), W(r) to the 79-5(d) Declaration of Stephanie S. McCallum, shall be
11 publicly filed.

12   3.    Plaintiffs' Motions *In Limine* shall be filed under seal. A redacted version of this
13 document, as submitted by Plaintiffs, shall be publicly filed.

Dated: 2/7/2011

                                      Hon. Claudia Wilken
                                      United States District Judge

- 1 -

ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL DOCS. SUPPORTING PLAINTIFFS'
MOTIONS *IN LIMINE*  (CASE NOS. C 07-5702, C 07-5470, C 07-5985, 07-6120)