James F. Hurst *(Admitted Pro Hac Vice)*
David J. Doyle *(Admitted Pro Hac Vice)*
Samuel S. Park *(Admitted Pro Hac Vice)*
Stephanie S. McCallum *(Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:     (312) 558-5600
Facsimile:     (312) 558-5700
Email: jhurst@winston.com; ddoyle@winston.com;
spark@winston.com; smccallum@winston.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:     415-591-1400
Email: nnorris@winston.com

Charles B. Klein *(Admitted Pro Hac Vice)*
Matthew A. Campbell *(Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20007
Telephone:     (202) 282-5000
Facsimile:     (202) 282-5100
Email: cklein@winston.com

Jeffrey I. Weinberger (SBN 56214)
Stuart N. Senator (SBN 148009)
Keith R.D. Hamilton (SBN 252115)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702
Email: jeffrey.weinberger@mto.com;
stuart.senator@mto.com;
david.rosenzweig@mto.com;

Michelle Friedland (SBN 234124)
Kathryn A. Eidmann (SBN 268053)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077
Email:  michelle.friedland@mto.com

Attorneys for Defendant
ABBOTT LABORATORIES

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>              Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br><br>              Defendant. | CASE NO.  C 07-5702 (CW)<br><br>Related per December 5, 2007 Order to Case No. C 04-1511 (CW)<br><br>**ORDER GRANTING DEFENDANT ABBOTT LABORATORIES' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS ASSOCIATED WITH ABBOTT'S MOTIONS *IN LIMINE*** |

*(Caption continued on next page)*

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | CASE NO.  C 07-5470 (CW)<br><br>Related per November 19, 2007 Order to Case No. C 04-1511(CW) |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | CASE NO.  C 07-6120 (CW)<br><br>Related per December 5, 2007 Order to Case No. C 04-1511 (CW) |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | CASE NO.  C 07-5985 (CW)<br>(Consolidated Cases)<br>Related per November 30, 2007 Order to Case No. C 04-1511 (CW) |

1    Having considered Defendant Abbott Laboratories' Administrative Motion to File Under

2  Seal Documents Associated With Abbott's Motions *in Limine*, and finding compelling reasons

3  therefore, Defendant's Motion is GRANTED.

4

5    Accordingly, the following shall be filed UNDER SEAL:

6    1.  Exhibits E, G, H, I, P, and T to the Declaration of Stephanie S. McCallum in

7        Support of Abbott's Motions *in Limine* ("McCallum Declaration).  A redacted

8        version of the McCallum Declaration shall be publicly filed.

9    2.  Those portions of Abbott's Motions *in Limine* disclosing Exhibits E, G, H, I, P,

10       and T to the McCallum Declaration, and any portions of Abbott's Motions *in*

11       *Limine* disclosing the contents of materials previously sealed by Order of this

12       Court.  A redacted copy of this document shall be publicly filed.

13

14  Dated: **2/7/2011**                    By:

15                                            Hon. Claudia A. Wilken
                                             United States District Judge
16

17

18

19  12899051.1

20

21

22

23

24

25

26

27

28

ORDER GRANTING DEFENDANT'S MOTION FOR
ADMIN. RELIEF
CASE NOS.  07-5470, 07-5985, 07-6120,  07-5702