IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596) awiles@irell.com
Brian Hennigan (CA 86955) bhennigan@irell.com
Trevor V. Stockinger (CA 226359) tstockinger@irell.com
S. Albert Wang (CA 250163) awang@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (Admitted *Pro Hac Vice*) Kenneth_Letzler@aporter.com
Daniel S. Pariser (Admitted *Pro Hac Vice*) Daniel_Pariser@aporter.com
Barbara H. Wootton (Admitted *Pro Hac Vice*) Barbara_Wootton@aporter.com
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202) 942-5000
Facsimile:   (202) 942-5999

Attorneys for Plaintiff
GlaxoSmithKline

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>                    Plaintiff,<br><br>           v.<br><br>ABBOTT LABORATORIES,<br><br>                    Defendant. | Case No. C07-5702 (CW)<br><br>*Related per November 19, 2007 Order to* Case No. C-04-1511 (CW)<br><br>**ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE OPPOSITION TO ABBOTT LABORATORIES' MOTIONS *IN LIMINE* AND ASSOCIATED DOCUMENTS UNDER SEAL**<br><br>**The Honorable Judge Wilken** |

*(Caption continued on next page.)*

2374696

ORDER GRANTING IN PART PLAINTIFFS' MOTION TO SEAL OPPOSITION TO ABBOTT'S
MOTIONS IN LIMINE (CASE NOS. C 07-5702, C 07-5470, C 07-5985, 07-6120)

| | | |
|---|---|---|
| 1 | SAFEWAY INC., *et al.*, | ) Case No. C07-5470 (CW) |
| 2 | Plaintiffs, | ) Related per November 19, 2007 Order to |
| | | ) Case No. C04-1511 (CW) |
| 3 | v. | ) |
| 4 | ABBOTT LABORATORIES, | ) **ORDER GRANTING IN PART** |
| | | ) **PLAINTIFFS' ADMINISTRATIVE** |
| | | ) **MOTION TO FILE OPPOSITION TO** |
| 5 | Defendant. | ) **ABBOTT LABORATORIES' MOTIONS** |
| | | ) ***IN LIMINE* AND ASSOCIATED** |
| 6 | | ) **DOCUMENTS UNDER SEAL** |
| 7 | | ) **The Honorable Judge Wilken** |
| 8 | MEIJER, INC. & MEIJER DISTRIBUTION, | ) Case No. C07-5985 (CW) |
| | INC., *et al.*, | ) (Consolidated Cases) |
| 9 | | ) |
| 10 | Plaintiffs, | ) Related per November 30, 2007 Order to |
| | | ) Case No. C04-1511 (CW) |
| 11 | v. | ) **ORDER GRANTING IN PART** |
| 12 | ABBOTT LABORATORIES, | ) **PLAINTIFFS' ADMINISTRATIVE** |
| | | ) **MOTION TO FILE OPPOSITION TO** |
| 13 | Defendant. | ) **ABBOTT LABORATORIES' MOTIONS** |
| | | ) ***IN LIMINE* AND ASSOCIATED** |
| 14 | | ) **DOCUMENTS UNDER SEAL** |
| 15 | | ) **The Honorable Judge Wilken** |
| 16 | RITE AID CORPORATION, *et al.*, | ) Case No. C07-6120 (CW) |
| 17 | Plaintiffs, | ) Related per December 5, 2007 Order to |
| | | ) Case No. C04-1511 (CW) |
| 18 | v. | ) **ORDER GRANTING IN PART** |
| 19 | ABBOTT LABORATORIES, | ) **PLAINTIFFS' ADMINISTRATIVE** |
| | | ) **MOTION TO FILE OPPOSITION TO** |
| 20 | Defendant. | ) **ABBOTT LABORATORIES' MOTIONS** |
| | | ) ***IN LIMINE* AND ASSOCIATED** |
| 21 | | ) **DOCUMENTS UNDER SEAL** |
| 22 | | ) **The Honorable Judge Wilken** |

Having reviewed Plaintiffs' Administrative Motion to File Opposition to Abbott Laboratories' Motions *In Limine* and Associated Documents Under Seal (Local Rules 79-5 and 7-11), the supporting Declaration of Christopher D. Beatty, the supporting Declaration of Stephanie S. McCallum, and finding compelling reasons therefore, Plaintiffs' motion is GRANTED IN PART.

IT IS HEREBY GRANTED:

1. Exhibits A and B to the Declaration of Trevor V. Stockinger in Support of Plaintiffs' Oppositions to Abbott Laboratories' Motions *In Limine* ("Stockinger Declaration") shall be filed UNDER SEAL. These exhibits shall be publicly filed in the redacted form, according to the proposed redactions of Abbott and GSK.

2. Exhibits C, G, K, L, R, S, V, W, X and Y to the Stockinger Declaration shall be filed UNDER SEAL. These exhibits shall be publicly filed in redacted form, if redactions were submitted to the Court.

3. Exhibit T to the Stockinger Declaration shall be filed UNDER SEAL. It shall be filed in the public record as redacted in Exhibit T(r) to the 79-5(d) Declaration of Stephanie S. McCallum.

4. Exhibit P shall be filed in the public record in its entirety. Neither Abbott nor Plaintiffs supported its filing under seal.

5. GSK's brief in Opposition to Abbott's Motions in Limine shall be filed UNDER SEAL. The brief shall be filed in the public record in the redacted form as lodged with the Court.

Dated: __2/14/2011__

_____
Judge Claudia Wilken
United States District Court
Northern District of California

- 1 -