| | |
|---|---|
| James F. Hurst *(Admitted Pro Hac Vice)* | Jeffrey I. Weinberger (SBN 56214) |
| David J. Doyle *(Admitted Pro Hac Vice)* | Stuart N. Senator (SBN 148009) |
| Samuel S. Park *(Admitted Pro Hac Vice)* | Keith R.D. Hamilton (SBN 252115) |
| Stephanie S. McCallum *(Admitted Pro Hac Vice)* | MUNGER, TOLLES & OLSON LLP |
| WINSTON & STRAWN LLP | 355 South Grand Avenue |
| 35 W. Wacker Drive | Los Angeles, CA  90071-1560 |
| Chicago, IL 60601-9703 | Telephone:    (213) 683-9100 |
| Telephone:    (312) 558-5600 | Facsimile:     (213) 687-3702 |
| Facsimile:     (312) 558-5700 | Email: jeffrey.weinberger@mto.com; |
| Email: jhurst@winston.com; ddoyle@winston.com; | stuart.senator@mto.com; |
| spark@winston.com; smccallum@winston.com | david.rosenzweig@mto.com; |
| | |
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | Kathryn A. Eidmann (SBN 268053) |
| 101 California Street, Suite 3900 | MUNGER, TOLLES & OLSON LLP |
| San Francisco, CA  94111-5894 | 560 Mission Street |
| Telephone:    415-591-1000 | San Francisco, CA 94105-2907 |
| Facsimile:     415-591-1400 | Telephone:    (415) 512-4000 |
| Email: nnorris@winston.com | Facsimile:     (415) 512-4077 |
| | Email:  michelle.friedland@mto.com |
| Charles B. Klein *(Admitted Pro Hac Vice)* | |
| Matthew A. Campbell *(Admitted Pro Hac Vice)* | Attorneys for Defendant |
| WINSTON & STRAWN LLP | ABBOTT LABORATORIES |
| 1700 K Street, N.W. | |
| Washington, DC  20007 | |
| Telephone:    (202) 282-5000 | |
| Facsimile:     (202) 282-5100 | |
| Email: cklein@winston.com | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO.  C 07-5702 (CW)<br><br>Related per December 5, 2007 Order to Case No. C 04-1511 (CW)<br><br>**ORDER GRANTING DEFENDANT ABBOTT LABORATORIES' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS ASSOCIATED WITH ABBOTT'S OPPOSITIONS TO PLAINTIFFS' MOTIONS *IN LIMINE*** |

*(Caption continued on next page)*

ORDER GRANTING DEFENDANT'S MOTION FOR ADMIN. RELIEF
CASE NOS.  07-5470, 07-5985, 07-6120,  07-5702

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO.  C 07-5470 (CW)<br><br>Related per November 19, 2007 Order to Case No. C 04-1511(CW) |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC,<br><br>Plaintiffs,<br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO.  C 07-6120 (CW)<br><br>Related per December 5, 2007 Order to Case No. C 04-1511 (CW) |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO.  C 07-5985 (CW)<br>(Consolidated Cases)<br>Related per November 30, 2007 Order to Case No. C 04-1511 (CW) |

ORDER GRANTING DEFENDANT'S MOTION FOR ADMIN. RELIEF
CASE NOS.  07-5470, 07-5985, 07-6120,  07-5702

Having considered Defendant Abbott Laboratories' Administrative Motion to File Under Seal Documents Associated With Abbott's Oppositions to Plaintiffs' Motions *in Limine*, and finding compelling reasons therefore, Defendant's Motion is GRANTED.

Accordingly, the following shall be filed UNDER SEAL:

1. In the Declaration of Kathryn A. Eidmann in Support of Abbott's Oppositions to Plaintiffs' Motions *in Limine* ("Eidmann Declaration"):

    (a) Exhibit 6;

    (b) page 190, line 4 of the deposition transcript contained in Exhibit 14;

    (c) the portion of paragraph 16 of the Corrected Expert Report of E.M. (Mick) Kolassa that appears in Exhibit 1; and

    (d) paragraph 235 of Exhibit 7.

    A redacted version of the Eidmann Declaration shall be publicly filed.

2. Those portions of Abbott's Motions *in Limine* disclosing the sealed portions of the Eidmann Declaration, and any portions of Abbott's Motions *in Limine* disclosing the contents of materials previously sealed by Order of this Court. A redacted copy of this document shall be publicly filed.

Dated: _____2/14/2011_____   By: _____
                                          Hon. Claudia A. Wilken
                                          United States District Judge

12988930.1

- 1 -    ORDER GRANTING DEFENDANT'S MOTION FOR
         ADMIN. RELIEF
         CASE NOS. 07-5470, 07-5985, 07-6120, 07-5702