| | |
|---|---|
| James F. Hurst *(Admitted Pro Hac Vice)* <br> David J. Doyle *(Admitted Pro Hac Vice)* <br> Samuel S. Park *(Admitted Pro Hac Vice)* <br> Stephanie S. McCallum *(Admitted Pro Hac Vice)* <br> WINSTON & STRAWN LLP <br> 35 W. Wacker Drive <br> Chicago, IL 60601-9703 <br> Telephone: (312) 558-5600 <br> Facsimile: (312) 558-5700 <br> Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com; smccallum@winston.com | Jeffrey I. Weinberger (SBN 56214) <br> Stuart N. Senator (SBN 148009) <br> Keith R.D. Hamilton (SBN 252115) <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Avenue <br> Los Angeles, CA  90071-1560 <br> Telephone: (213) 683-9100 <br> Facsimile: (213) 687-3702 <br> Email: jeffrey.weinberger@mto.com; stuart.senator@mto.com; keith.hamilton@mto.com; |
| Nicole M. Norris (SBN 222785) <br> WINSTON & STRAWN LLP <br> 101 California Street, Suite 3900 <br> San Francisco, CA  94111-5894 <br> Telephone: 415-591-1000 <br> Facsimile: 415-591-1400 <br> Email: nnorris@winston.com | Michelle Friedland (SBN 234124) <br> Kathryn A. Eidmann (SBN 268053) <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street <br> San Francisco, CA 94105-2907 <br> Telephone: (415) 512-4000 <br> Facsimile: (415) 512-4077 <br> Email:  michelle.friedland@mto.com; kathryn.eidmann@mto.com |
| Charles B. Klein *(Admitted Pro Hac Vice)* <br> Matthew A. Campbell *(Admitted Pro Hac Vice)* <br> WINSTON & STRAWN LLP <br> 1700 K Street, N.W. <br> Washington, DC  20007 <br> Telephone: (202) 282-5000 <br> Facsimile: (202) 282-5100 <br> Email: cklein@winston.com | Attorneys for Defendant <br> ABBOTT LABORATORIES |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, <br><br> Plaintiff, <br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | CASE NO.  C 07-5702 (CW) <br><br> Related per December 5, 2007 Order to Case No. C 04-1511 (CW) <br><br> **ORDER GRANTING DEFENDANT ABBOTT LABORATORIES' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ABBOTT'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTIONS *IN LIMINE*** |

*(Caption continued on next page)*

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO.  C 07-5470 (CW)<br><br>Related per November 19, 2007 Order to Case No. C 04-1511(CW) |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO.  C 07-6120 (CW)<br><br>Related per December 5, 2007 Order to Case No. C 04-1511 (CW) |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO.  C 07-5985 (CW)<br>(Consolidated Cases)<br>Related per November 30, 2007 Order to Case No. C 04-1511 (CW) |

1  Having considered Defendant Abbott Laboratories' Administrative Motion to File Under
2  Seal Abbott's Reply Memorandum in Support of its Motions *in Limine*, and finding compelling
3  reasons therefore, Defendant's Motion is GRANTED.
4  
   IT IS ORDERED THAT:
5  
6  1. The following shall be filed under seal:
7      a. The following portions of Defendant Abbott's Reply Memorandum in
8         Support of Abbott's Motions *in Limine* ("Reply Brief"):
9         - Page 2, line 19 after "evidence that" through page line 21, ending with
10          "(Opp. at 9 . . .;"
11        - Page 4, line 10 after "Abbott's" through line 11, ending with
12          "Stockinger . . .;"
13        - Page 6, line 21 after "example" through line 23, ending with "(*See*
14          Stockinger . . .;"
15        - Page 8, line 23 after "suggests that," through line 25 ending with "This
16          testimony . . .;"
17        - Page 9, line 2 after "suggest that," through line 9 ending with "Thus . .
18          .;"
19        - Page 9, line 11 after "repricing," through line 13.
20 2. Abbott shall publicly file a redacted copy of its Reply Brief that conforms to the
21    terms of this order.

23 Dated: **2/18/2011**       By: _____
                                    Hon. Claudia A. Wilken
24                                  United States District Judge

- 1 -         [PROPOSED] ORDER GRANTING DEFENDANT'S
              MOTION FOR ADMIN. RELIEF
              CASE NOS.  07-5470, 07-5985, 07-6120,  07-5702