| | |
|---|---|
| James F. Hurst (*Admitted Pro Hac Vice*) | Jeffrey I. Weinberger (SBN 56214) |
| Samuel S. Park (*Admitted Pro Hac Vice*) | Stuart N. Senator (SBN 148009) |
| Stephanie S. McCallum (*Admitted Pro Hac Vice*) | Keith R.D. Hamilton (SBN 252115) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 35 W. Wacker Drive | 355 Grand Avenue |
| Chicago, IL 60601-9703 | Los Angeles, CA 90071-1560 |
| Telephone: 312-558-5600 | Telephone: (213) 683-9100 |
| Facsimile: 312-558-5700 | Facsimile: (213) 687-3702 |
| Email: jhurst@winston.com; | Email: jeffrey.weinberger@mto.com; |
| ddoyle@winston.com; | david.rosenzweig@mto.com; |
| spark@winston.com; smccallum@winston.com | grant.davis-denny@mto.com |
| | |
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 101 California Street, Suite 3900 | 560 Mission Street, 27th Floor |
| San Francisco, CA 94111-5894 | San Francisco, CA 94105-2907 |
| Telephone: 415-591-1000 | Telephone: (415) 512-4000 |
| Facsimile: 415-591-1400 | Facsimile: (415) 512-4077 |
| Email: nnorris@winston.com | Email: michelle.friedland@mto.com |
| | |
| Charles B. Klein (*Admitted Pro Hac Vice*) | |
| Matthew Campbell (*Admitted Pro Hac Vice*) | |
| WINSTON & STRAWN LLP | |
| 1700 K Street, N.W. | |
| Washington, D.C. 20007 | Attorneys for Defendant |
| Telephone: 202-282-5000 | ABBOTT LABORATORIES |
| Facsimile: 202-282-5100 | |
| Email: cklein@winston.com | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **Case No. C 07-5470 CW**<br><br>*Related by October 31, 2007 Order to:*<br>*Case No. C 04-1511 CW*<br><br>**ORDER GRANTING ABBOTT LABORATORIES' REQUEST PURSUANT TO GENERAL ORDER 58.IV.E TO BRING ELECTRONIC AND OTHER MISCELLANEOUS EQUIPMENT INTO THE COURTROOM** |

*(Caption continued on next page)*

| | | |
|---|---|---|
| 1 | | |
| 2 | SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, | CASE NO. CV 07-5702 (CW) |
| 3 | Plaintiff, | Related per November 19, 2007 Order to Case No. CV 04-1511(CW) |
| 4 | vs. | |
| 5 | ABBOTT LABORATORIES, | |
| 6 | | |
| 7 | Defendant. | |
| 8 | RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC, | CASE NO. CV 07-6120 (CW) |
| 9 | | Related per December 5, 2007 Order to Case No. CV 04-1511 (CW) |
| 10 | | |
| 11 | Plaintiffs, | |
| 12 | vs. | |
| 13 | ABBOTT LABORATORIES, | |
| 14 | | |
| 15 | Defendant. | |
| 16 | MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | CASE NO. CV 07-5985 (CW) (Consolidated Cases) |
| 17 | | Related per November 30, 2007 Order to Case No. CV 04-1511 (CW) |
| 18 | | |
| 19 | | |
| 20 | Plaintiffs, | |
| 21 | vs. | |
| 22 | ABBOTT LABORATORIES, | |
| 23 | Defendant. | |

(Left margin: WINSTON & STRAWN LLP / MUNGER, TOLLES & OLSON LLP)

Having considered Defendant Abbott Laboratories' Request pursuant to General Order 58.IV.E to bring electronic equipment into the courtroom, and finding good cause therefore, Abbott's Request GRANTED.

Abbott shall be permitted to bring the following equipment into the courtroom for use at trial beginning February 28, 2011:

1. Extension cord(s)
2. Printer (1) and associated cord(s)
3. Computer monitor (1) and associated cord(s)
4. Laser pointer (1)
5. Power Point remote control (1)
6. Elmo document camera (1)
7. Switch (between each side's presentation equipment) (1)
8. VGA and audio cord(s)
9. Miscellaneous office supplies as needed including without limitation, paperclips, staplers, highlighters, computer paper, sticky notes, etc.
10. Easel(s) for poster board presentations
11. White Board(s)
12. Library cart(s)
13. Poster board demonstrative(s)
14. Bottled water
15. Folding table for trial presentation software operators
16. Chairs (2) for trial presentation software operators
17. Boxes containing printouts of trial exhibits.

Dated: __2/22/2011_____   By: _____
                                    Hon. Claudia Wilken
                                    United States District Judge