1  IRELL & MANELLA LLP
   Alexander F. Wiles (CA 73596) awiles@irell.com
2  Brian Hennigan (CA 86955) bhennigan@irell.com
   Trevor V. Stockinger (CA 226359) tstockinger@irell.com
3  S. Albert Wang (CA 250163) awang@irell.com
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
5  Facsimile:   (310) 203-7199

6  ARNOLD & PORTER LLP
   Kenneth A. Letzler (Admitted *Pro Hac Vice*) Kenneth_Letzler@aporter.com
7  Daniel S. Pariser (Admitted *Pro Hac Vice*) Daniel_Pariser@aporter.com
   Barbara H. Wootton (Admitted *Pro Hac Vice*) Barbara_Wootton@aporter.com
8  555 Twelfth Street, NW
   Washington, DC  20004-1206
9  Telephone:  (202) 942-5000
   Facsimile:   (202) 942-5999
10
   Attorneys for Plaintiff
11 GlaxoSmithKline

12 [ADDITIONAL COUNSEL ON SIGNATURE PAGE]

13            **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15                    **OAKLAND DIVISION**

| | |
|---|---|
| 16  SMITHKLINE BEECHAM CORPORATION )<br>     d/b/a/ GLAXOSMITHKLINE,                              ) | Case No. C07-5702 (CW) |
| 17                                                                                    )<br>                    Plaintiff,                              ) | *Related per November 19, 2007 Order to*<br>**Case No. C-04-1511 (CW)** |
| 18                                                                                    )<br>          v.                                             ) | **ORDER REGARDING PLAINTIFFS'**<br>**REQUEST PURSUANT TO GENERAL** |
| 19  ABBOTT LABORATORIES,                                           ) | **ORDER 58 IV. E. TO BRING**<br>**ELECTRONIC AND OTHER** |
| 20                   Defendant.                                     ) | **MISCELLANEOUS EQUIPMENT INTO**<br>**THE COURTROOM** |
| 21                                                                                    ) | |
| 22                                                                                    ) | Trial Start Date: February 28, 2011<br>Trial Start Time: 8:30 a.m. |
| 23                                                                                    ) | Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |

24

25 *(Caption continued on next page.)*

| | | |
|---|---|---|
| 1 | SAFEWAY INC., *et al.*, | Case No. C07-5470 (CW) |
| 2 | Plaintiffs, | Related per November 19, 2007 Order to Case No. C04-1511 (CW) |
| 3 | v. | |
| 4 | ABBOTT LABORATORIES, | **ORDER REGARDING PLAINTIFFS' REQUEST PURSUANT TO GENERAL ORDER 58 IV. E. TO BRING ELECTRONIC AND OTHER MISCELLANEOUS EQUIPMENT INTO THE COURTROOM** |
| 5 | Defendant. | |
| 6 | | |
| 7 | | Trial Start Date: February 28, 2011 |
| 8 | | Trial Start Time: 8:30 a.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |
| 9 | | |
| 10 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.*, | Case No. C07-5985 (CW)<br>(Consolidated Cases) |
| 11 | Plaintiffs, | Related per November 30, 2007 Order to Case No. C04-1511 (CW) |
| 12 | v. | |
| 13 | ABBOTT LABORATORIES, | **ORDER REGARDING PLAINTIFFS' REQUEST PURSUANT TO GENERAL ORDER 58 IV. E. TO BRING ELECTRONIC AND OTHER MISCELLANEOUS EQUIPMENT INTO THE COURTROOM** |
| 14 | Defendant. | |
| 15 | | |
| 16 | | Trial Start Date: February 28, 2011 |
| 17 | | Trial Start Time: 8:30 a.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |
| 18 | | |
| 19 | RITE AID CORPORATION, *et al.*, | Case No. C07-6120 (CW) |
| 20 | Plaintiffs, | Related per December 5, 2007 Order to Case No. C04-1511 (CW) |
| 21 | v. | |
| 22 | ABBOTT LABORATORIES, | **ORDER REGARDING PLAINTIFFS' REQUEST PURSUANT TO GENERAL ORDER 58 IV. E. TO BRING ELECTRONIC AND OTHER MISCELLANEOUS EQUIPMENT INTO THE COURTROOM** |
| 23 | Defendant. | |
| 24 | | |
| 25 | | Trial Start Date: February 28, 2011<br>Trial Start Time: 8:30 a.m.<br>Courtroom: 2 (4th Floor) |
| 26 | | Judge: Hon. Claudia Wilken |
| 27 | | |
| 28 | | |

1   Having considered Plaintiffs' Request Pursuant to General Order 58 IV.E to Bring
2   Electronic and Other Miscellaneous Equipment into the Courtroom, and finding good cause
3   therefore, Plaintiffs' Request is GRANTED.
4   IT IS HEREBY ORDERED that the Plaintiffs in the above captioned cases shall be
5   permitted to bring the following electronic and other equipment into the courtroom on February
6   28, 2011 and thereafter for the duration of the trial:

1. Laptops for non-counsel support team;
2. Two external hard drives;
3. Tabletop printer/scanner;
4. Monitor;
5. VGA switcher box;
6. Video distribution amplifier;
7. Headphones;
8. Extra speakers;
9. Laser pointer;
10. Powerpoint remote control;
11. Elmo document camera;
12. Various cables, including audio cables, and surge protectors as needed;
13. Trial technician table with chairs;
14. Two library carts;
15. Large writing pad and easel;
16. Easel for poster board presentations;
17. Bottled water and assorted snacks;
18. Such office supplies and boxes of documents as necessary for the presentation of the case.

The Plaintiffs shall install such equipment in the courtroom, and be responsible for the appropriate arrangement of the equipment in accordance with the direction of the Court or its staff,

- 1 -

[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST PURSUANT TO GEN. ORDER 58 IV.E. TO BRING
ELEC. & OTHER MISC. EQUIP. INTO COURTROOM (CASE NOS. 07-5702 07-5470, 07-5985, 07-6120)
2386671

1  as well as the removal of the equipment from the courtroom at the conclusion of trial or at the
2  direction of the Court or its staff.

3
4  Dated: **2/24/2011**                    _____
                                              The Honorable Phyllis J. Hamilton for
5                                             The Honorable Claudia Wilken
                                              United States District Judge

- 2 -