IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596)  awiles@irell.com
Brian Hennigan (CA 86955)  bhennigan@irell.com
Trevor V. Stockinger (CA 226359)  tstockinger@irell.com
S. Albert Wang (CA 250163)  awang@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:      (310) 277-1010
Facsimile:      (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (Admitted *Pro Hac Vice*)  Kenneth_Letzler@aporter.com
Daniel S. Pariser (Admitted *Pro Hac Vice*)  Daniel_Pariser@aporter.com
Barbara H. Wootton (Admitted *Pro Hac Vice*)  Barbara Wootton@aporter.com
555 Twelfth Street, NW Washington, DC 20004-1206
Telephone:      (202) 942-5000
Facsimile:      (202) 942-5999

Attorneys for Plaintiff
GlaxoSmithKline

[ADDITIONAL ATTORNEYS ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C07-5702 (CW)<br><br>*Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)**<br><br>**STIPULATION AND ORDER ADOPTING PROCEDURE FOR ADMITTING DOCUMENTS INTO EVIDENCE**<br><br>Date:          N/A<br>Time:          N/A<br>Courtroom:  2 (4th Floor)<br>Judge:         Hon. Claudia Wilken |

*(Caption continued on next page.)*

| | | |
|---|---|---|
| 1 | SAFEWAY INC., *et al* ) | Case No. C07-5470 (CW) |
| 2 | ) Plaintiffs, ) | *Related per November 19, 2007 Order to* |
| | ) | **Case No. C-04-1511 (CW)** |
| 3 | v. ) | |
| | ) | **STIPULATION AND ORDER** |
| 4 | ABBOTT LABORATORIES , ) | **ADOPTING PROCEDURE FOR** |
| | ) | **ADMITTING DOCUMENTS INTO** |
| 5 | Defendant. ) | **EVIDENCE** |
| 6 | ) | Date:        N/A |
| | ) | Time:        N/A |
| 7 | ) | Courtroom:   2 (4th Floor) |
| | ) | Judge:       Hon. Claudia Wilken |
| 8 | ) | |
| 9 | MEIJER, INC. & MEIJER DISTRIBUTION, ) INC., *et al.*, ) | Case No. C07-5985 (CW) |
| 10 | ) Plaintiffs, ) | *Related per November 3, 2007 Order to* |
| | ) | **Case No. C-04-1511 (CW)** |
| 11 | v. ) | |
| | ) | **STIPULATION AND ORDER** |
| 12 | ABBOTT LABORATORIES , ) | **ADOPTING PROCEDURE FOR** |
| | ) | **ADMITTING DOCUMENTS INTO** |
| 13 | Defendant. ) | **EVIDENCE** |
| 14 | ) | Date:        N/A |
| | ) | Time:        N/A |
| 15 | ) | Courtroom:   2 (4th Floor) |
| | ) | Judge:       Hon. Claudia Wilken |
| 16 | ) | |
| 17 | RITE AID CORPORATION, *et al.*, ) | Case No. C07-6120 (CW) |
| 18 | ) Plaintiffs, ) | *Related per December 5, 2007 Order to* |
| 19 | v. ) | **Case No. C-04-1511 (CW)** |
| 20 | ABBOTT LABORATORIES , ) | **STIPULATION AND ORDER** |
| | ) | **ADOPTING PROCEDURE FOR** |
| 21 | Defendant. ) | **ADMITTING DOCUMENTS INTO** |
| | ) | **EVIDENCE** |
| 22 | ) | Date:        N/A |
| 23 | ) | Time:        N/A |
| | ) | Courtroom:   2 (4th Floor) |
| 24 | ) | Judge:       Hon. Claudia Wilken |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1    WHEREAS, the parties wish to facilitate the efficiency of the trial beginning on February

2    28, 2011;

3    WHEREAS, the parties believe the following procedure for admitting documents into

4    evidence would be convenient and efficient for both the parties and the Court;

5    **IT IS HEREBY STIPULATED AND AGREED:**

6    1.    Any document that was identified by the parties as a common exhibit or a sub-list

7    exhibit as those terms are defined in the January 21, 2011 Stipulation and Order Regarding

8    Parties' Proposed Exhibit List and Deposition Designations, *e.g.*, Case No. 07-5702, Dkt. # 328,

9    and that was not excluded pursuant to an order of the Court based on the parties' joint brief filed

10   February 24, 2011, *e.g.*, Case No. 07-5702, Dkt. # 426, shall be admissble.

11   2.    An exhibit referenced in paragraph 1 will be admitted into evidence unless (a) it is

12   not used with a witness; or (b) it is an exhibit falling within Paragraph 4 of the January 21, 2011

13   Stipulation and Order, and the Court sustained an objection to admissibility of the document.

14   3.    On a daily basis, the parties will jointly coordinate with  the courtroom clerk and/or

15   court reporter following the close of testimony to check that the joint list of exhibits admitted each

16   day is accurately maintained.

17   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

18

19   */s/ Alexander F. Wiles*                          */s/ Stephanie S. McCallum*

20   Alexander F. Wiles                                Stephanie S. McCallum
     IRELL & MANELLA LLP                               WINSTON & STRAWN LLP
     1800 Avenue of the Stars, Suite 900               35 W. Wacker Drive
21   Los Angeles, CA 90067-4276                        Chicago, IL 60601

22   *Counsel for GSK*                                 *Counsel for Abbott Laboratories*

23

24   */s/ Scott E. Perwin*                             */s/ Brendan Glackin*

25   Scott E. Perwin                                   Brendan Glackin
     KENNY NACHWALTER, PA                              LIEFF, CABRASER, HEIMANN &
     1100 Miami Center                                 BERNSTEIN, LLP
26   201 South Biscayne Blvd.                          Embarcadero Center West
     Miami, FL 33131                                   275 Battery Street, 30th Floor
27                                                     San Francisco, CA 94111-3339

     *Counsel for Safeway Inc., et al.*
28                                                     *Counsel for Customer Class Plaintiffs*

- 1 -

1

2 _____*/s/ Monica L. Rebuck*_____
   Monica L. Rebuck
3 HANGLEY ARONCHICK SEGAL
   & PUDLIN
4 30 N. Third Street, Suite 700
   Harrisburg, PA  17101
5
   *Counsel for Rite Aid Corp., et al.*
6

7       Pursuant to General Order No. 45, Section X, I attest under penalty of perjury that

8 concurrence in the filing of this document has been obtained from the above signatories.

9 Dated:  February 26, 2011          */s/ Sarah R. London*_____

10                                    Sarah R. London
                                      LIEFF, CABRASER, HEIMANN & BERNSTEIN
11                                    *Counsel for Customer Plaintiffs*

12

13 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

14 Dated:  3/1/2011

15                                    Judge Claudia Wilken
                                      United States District Court
16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION AND [PROPOSED] ORDER ADOPTING PROCEDURE FOR ADMITTING DOCUMENTS
INTO EVIDENCE (CASE NOS. C 07-5702, C 07-5470, C 07-5985, C 07-6120)