1  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Joseph R. Saveri (State Bar No. 130064)
2  Brendan P. Glackin (State Bar No. 199643)
   Sarah R. London (State Bar No. 267083)
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008

*Counsel for the Direct Purchaser Class*

HANGLEY ARONCHICK SEGAL & PUDLIN
Steve D. Shadowen, Pro Hac Vice
Monica L. Rebuck, Pro Hac Vice
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone: (717) 364-1007
Facsimile: (717) 362-1020

*Counsel for Rite Aid Corp., et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAFEWAY INC., *et al.*, | Case No. C07-5470 (CW) |
| Plaintiff, | Related per November 19, 2007 Order to Case No. C04-1511 (CW) |
| v. | **STIPULATION REGARDING ASSIGNMENTS OF CLAIMS** |
| ABBOTT LABORATORIES, | |
| Defendant. | |
| | **Date:** N/A<br>**Time:** N/A<br>**Courtroom:** N/A<br>**Judge:** Hon. Claudia Wilken |

*(Caption continued on next page)*

| | | |
|---|---|---|
| 1 | | |
| 2 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.*, | ) Case No. C07-5985 (CW)<br>) (Consolidated Cases)<br>) |
| 3 | | ) Related per November 30, 2007 Order to<br>) Case No. C04-1511 (CW) |
| 4 | Plaintiff, | ) |
| 5 | v. | ) **STIPULATION REGARDING**<br>) **ASSIGNMENTS OF CLAIMS** |
| 6 | ABBOTT LABORATORIES, | ) |
| 7 | Defendant. | ) **Date:**     N/A<br>) **Time:**     N/A |
| 8 | | ) **Courtroom:** N/A<br>) **Judge:**    Hon. Claudia Wilken |
| 9 | | ) |
| 10 | RITE AID CORPORATION, *et al.*, | ) Case No. C07-6120 (CW) |
| 11 | Plaintiff, | )<br>) Related per December 5, 2007 Order to<br>) Case No. C04-1511 (CW) |
| 12 | v. | ) |
| 13 | ABBOTT LABORATORIES, | ) **STIPULATION REGARDING**<br>) **ASSIGNMENTS OF CLAIMS** |
| 14 | Defendant. | ) |
| 15 | | ) **Date:**     N/A<br>) **Time:**     N/A |
| 16 | | ) **Courtroom:** N/A<br>) **Judge:**    Hon. Claudia Wilken |
| 17 | | ) |
| 18 | | |

WHEREAS, at the Pretrial Conference the Court encouraged the parties to resolve any outstanding issues regarding the validity of any agreements for assignments of claims;

WHEREAS, the Customer Plaintiffs[1] and defendant Abbott Laboratories ("Abbott"), have met and conferred on these issues and have reached an agreement regarding the validity of the Individual Plaintiffs' assignments;

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. As between the class that has been certified in Case No. 07-5985 ("Class Plaintiffs" or "Class") and the plaintiffs in Case Nos. 07-5470 and 07-6120 ("Individual Pharmacy Plaintiffs"), all claims based on any purchases by a member of the Class for which Dr. Leffler calculates damages in his 2/11/2011 updates to his expert disclosures in this matter have been validly assigned from the relevant Class members to the relevant Individual Plaintiffs. (Abbott reserves all other bases on which to challenge any alleged liability in this matter or any plaintiff's alleged damages, including but not limited to those alleged damages stemming from assigned claims.)

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

*/s/ Monica L. Rebuck*

Monica L. Rebuck, Pro Hac Vice
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone: (717) 364-1007
Facsimile: (717) 362-1020
Email: mrebuck@hangley.com

*Lead Counsel for Rite Aid Corp., et al.*

*/s/ Stephanie McCallum*

Stephanie McCallum
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: smccallum@winston.com

*Counsel for Abbott Laboratories*

---

[1] Plaintiffs in Case Nos. 07-5470 (CW), 07-5985 (CW), and 07-6120 (CW).

- 1 -

- 2 -

| | |
|---|---|
| /s/ Brendan P. Glackin | /s/ Scott E. Perwin |
| Brendan Glackin<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br><br>*Counsel for Customer Class Plaintiffs* | Scott Eliot Perwin, Pro Hac Vice<br>KENNY NACHWALTER, PA<br>201 S. Biscayne Blvd.<br>1100 Miami Center<br>Miami, Florida 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>Email: sperwin@kennynachwalter.com<br><br>*Lead Counsel for Safeway Inc., et al.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __3/1/2011__

Judge Claudia Wilken
United States District Court
Northern District of California

### GENERAL ORDER 45 ATTESTATION

In compliance with General Order 45, X.B., I, Sarah R. London , the filer of this document, hereby attest that all the above counsel concurred in this filing.

Dated: February 25, 2011