| | |
|---|---|
| James F. Hurst *(Admitted Pro Hac Vice)* <br> David J. Doyle *(Admitted Pro Hac Vice)* <br> Samuel S. Park *(Admitted Pro Hac Vice)* <br> Stephanie S. McCallum *(Admitted Pro Hac Vice)* <br> WINSTON & STRAWN LLP <br> 35 W. Wacker Drive <br> Chicago, IL 60601-9703 <br> Telephone: (312) 558-5600 <br> Facsimile: (312) 558-5700 <br> Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com; smccallum@winston.com | Jeffrey I. Weinberger (SBN 56214) <br> Stuart N. Senator (SBN 148009) <br> Keith R.D. Hamilton (SBN 252115) <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Avenue <br> Los Angeles, CA 90071-1560 <br> Telephone: (213) 683-9100 <br> Facsimile: (213) 687-3702 <br> Email: jeffrey.weinberger@mto.com; stuart.senator@mto.com; keith.hamilton@mto.com; |
| Nicole M. Norris (SBN 222785) <br> WINSTON & STRAWN LLP <br> 101 California Street, Suite 3900 <br> San Francisco, CA 94111-5894 <br> Telephone: 415-591-1000 <br> Facsimile: 415-591-1400 <br> Email: nnorris@winston.com | Michelle Friedland (SBN 234124) <br> Kathryn A. Eidmann (SBN 268053) <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street <br> San Francisco, CA 94105-2907 <br> Telephone: (415) 512-4000 <br> Facsimile: (415) 512-4077 <br> Email: michelle.friedland@mto.com; kathryn.eidmann@mto.com |
| Charles B. Klein *(Admitted Pro Hac Vice)* <br> Matthew A. Campbell *(Admitted Pro Hac Vice)* <br> WINSTON & STRAWN LLP <br> 1700 K Street, N.W. <br> Washington, DC 20007 <br> Telephone: (202) 282-5000 <br> Facsimile: (202) 282-5100 <br> Email: cklein@winston.com | Attorneys for Defendant <br> ABBOTT LABORATORIES |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, <br><br> Plaintiff, <br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. <br><br> *(Caption continued on next page)* | CASE NO. C 07-5702 (CW) <br><br> Related per December 5, 2007 Order to Case No. C 04-1511 (CW) <br><br> **ORDER GRANTING DEFENDANT ABBOTT LABORATORIES' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE MARCH 3, 2011 REPORTER'S TRANSCRIPT** |

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO.  C 07-5470 (CW)<br><br>Related per November 19, 2007 Order to Case No. C 04-1511(CW) |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO.  C 07-6120 (CW)<br><br>Related per December 5, 2007 Order to Case No. C 04-1511 (CW) |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO.  C 07-5985 (CW)<br>(Consolidated Cases)<br>Related per November 30, 2007 Order to Case No. C 04-1511 (CW) |

13038885.1

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR ADMIN. RELIEF
CASE NOS.  07-5470, 07-5985, 07-6120,  07-5702

Having considered Defendant Abbott Laboratories' Administrative Motion to Seal Portions of the March 3, 2011 Reporter's Transcript, and finding compelling reasons therefore, Defendant's Motion is GRANTED.

IT IS ORDERED THAT:

1. The following shall be sealed and shall be redacted from the final public version of the March 3, 2011 reporter's transcript in the above-captioned matters:

   - Pages 3-6;
   - Page 2, lines 17-25;
   - Page 7, lines 1-16;
   - Page 14, lines 23-25; and
   - Page 15, lines 1-7.

2. The parties may not disclose or refer to the substance of these pages in public filings or in open court.

Dated: 3/4/2011        By: _____
                           Hon. Claudia A. Wilken
                           United States District Judge

- 1 -
13038885.1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMIN. RELIEF
CASE NOS. 07-5470, 07-5985, 07-6120, 07-5702