| | |
|---|---|
| James F. Hurst (*Admitted Pro Hac Vice*) | Jeffrey I. Weinberger (SBN 56214) |
| Samuel S. Park (*Admitted Pro Hac Vice*) | Stuart N. Senator (SBN 148009) |
| Stephanie S. McCallum (*Admitted Pro Hac Vice*) | Keith R.D. Hamilton (SBN 252115) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 35 W. Wacker Drive | 355 Grand Avenue |
| Chicago, IL 60601-9703 | Los Angeles, CA 90071-1560 |
| Telephone: 312-558-5600 | Telephone: (213) 683-9100 |
| Facsimile: 312-558-5700 | Facsimile: (213) 687-3702 |
| Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com; smccallum@winston.com | Email: jeffrey.weinberger@mto.com; stuart.senator@mto.com; keith.hamilton@mto.com |
| | |
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 101 California Street, Suite 3900 | 560 Mission Street, 27th Floor |
| San Francisco, CA 94111-5894 | San Francisco, CA 94105-2907 |
| Telephone: 415-591-1000 | Telephone: (415) 512-4000 |
| Facsimile: 415-591-1400 | Facsimile: (415) 512-4077 |
| Email: nnorris@winston.com | Email: michelle.friedland@mto.com |
| | |
| Charles B. Klein (*Admitted Pro Hac Vice*) | |
| Matthew Campbell (*Admitted Pro Hac Vice*) | |
| WINSTON & STRAWN LLP | |
| 1700 K Street, N.W. | |
| Washington, D.C. 20007 | Attorneys for Defendant |
| Telephone: 202-282-5000 | ABBOTT LABORATORIES |
| Facsimile: 202-282-5100 | |
| Email: cklein@winston.com | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **Case No. C 07-5470 CW**<br><br>*Related by October 31, 2007 Order to:*<br>*Case No. C 04-1511 CW*<br><br>**ORDER GRANTING ABBOTT'S MISCELLANEOUS ADMIN. MOTION TO FILE DOCUMENTS IN SUPPORT OF ITS MOTION TO CLARIFY UNDER SEAL**<br><br>**Judge: Honorable Claudia Wilken**<br>**Trial Date: February 28, 2011**<br>**Time: 8:30 a.m.**<br><br>**Location: Courtroom 2 (4th Floor)** |

*(Caption continued on next page)*

CASE NOS. 07-5470, 07-5702, 07-5985, 07-6120 (CW) - P̶R̶O̶P̶O̶S̶E̶D̶ ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO. CV 07-5702 (CW)<br><br>Related per November 19, 2007 Order to Case No. CV 04-1511(CW) |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO. CV 07-6120 (CW)<br><br>Related per December 5, 2007 Order to Case No. CV 04-1511 (CW) |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO. CV 07-5985 (CW)<br>(Consolidated Cases)<br>Related per November 30, 2007 Order to Case No. CV 04-1511 (CW) |

WINSTON & STRAWN LLP
MUNGER, TOLLES & OLSON LLP

1   Having considered Defendant Abbott's Miscellaneous Administrative Motion to File
2   Certain Documents Under Seal and the supporting Declaration of Matthew A. Campbell, and finding
3   good cause therefore, Plaintiffs' Motion is GRANTED.
4   Accordingly, the following materials shall be filed UNDER SEAL:
5   • Exhibits B, C, F, G, and J to the Declaration of Matthew A. Campbell in
6   support of Abbott's Motion to Clarify Portions of the Court's Order on Motions *in Limine* and
7   • A redacted version of Abbott Laboratories' Motion to Clarify Portions of the
8   Court's Order on Motions *in Limine* and GSK's Opposition to the extent the Motion discusses or
9   quotes the contents of Exhibits B, C, F, G, and J listed above.
10  •

Dated: **3/7/2011**          By: _____
                                  Hon. Claudia Wilken
                                  United States District Judge

3

CASE NOS. 07-5470, 07-5702, 07-5985, 07-6120 (CW) - P̶R̶O̶P̶O̶S̶E̶D̶ ORDER GRANTING ABBOTT'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL al