| | |
|---|---|
| DILLINGHAM & MURPHY, LLP<br>WILLIAM F. MURPHY (SBN 82482)<br>BARBARA L. HARRIS CHIANG (SBN206892)<br>225 Bush Street, 6th Floor<br>San Francisco, California 94104<br>Telephone:     (415) 397-2700<br>Facsimile:      (415) 397-3300<br>Email: wfm@dillinghammurphy.com<br><br>KENNY NACHWALTER, P.A.<br>SCOTT E. PERWIN (*Admitted Pro Hac Vice*)<br>LAUREN C. RAVKIND (*Admitted Pro Hac Vice*)<br>1100 Miami Center<br>201 South Biscayne Blvd.<br>Miami, Florida 33131-4327<br>Telephone:     (305) 373-1000<br>Facsimile:      (305) 372-1861<br>Email: sperwin@kennynachwalter.com<br><br>Attorneys for PLAINTIFFS | MUNGER TOLLES & OLSON LLP<br>JEFFREY I. WEINBERGER (SBN 56214)<br>STUART N. SENATOR (SBN 148009)<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>Email: jeffrey.weinberger@mto.com<br><br>WINSTON & STRAWN LLP<br>JAMES F. HURST (*Admitted Pro Hac Vice*)<br>DAVID J. DOYLE (*Admitted Pro Hac Vice*)<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>Email: jhurst@winston.com<br><br>Attorneys for DEFENDANT ABBOTT LABORATORIES |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>           Plaintiffs,<br><br>     v.<br><br>ABBOTT LABORATORIES,<br><br>           Defendant. | Case No. C07-5470 (CW)<br><br>*Related per November 19, 2007 Order to* Case No. C04-1511 (CW)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**DATE:**    N/A<br>**TIME:**    N/A<br>**PLACE:**  N/A<br>**JUDGE:**  Honorable Claudia Wilken |

---
Stipulation of Dismissal with Prejudice
Case No. C07-5470 (CW)

All Plaintiffs and Defendant Abbott Laboratories, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

/s/ Scott E. Perwin                               /
Scott Perwin, *Pro Hac Vice*
Lauren Ravkind, *Pro Hac Vice*
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Blvd.
Miami FL 33131
*Attorneys for Safeway, Inc., et al.*

/s/ Stuart N. Senator                              /
Jeffrey I. Weinberger
Stuart N. Senator
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071
*Attorneys for Defendant Abbott Laboratories*

/s/ William F. Murphy                              /
William F. Murphy
Barbara L. Harris Chiang
DILLINGHAM & MURPHY
225 Bush Street, 6th Floor
San Francisco, CA 94104
*Attorneys for Safeway, Inc. et al.*

/s/ James F. Hurst                                 /
James F. Hurst
David J. Doyle
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
*Attorneys for Defendant Abbott Laboratories*

I, Stuart N. Senator, attest that concurrence in the filing of this document has been obtained from all persons required to sign it.

/s/ Stuart N. Senator
*Counsel for Defendant Abbott Laboratories*

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -
Stipulation of Dismissal with Prejudice
Case No. C07-5470 (CW)